AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

VALERIE HUE,
    Plaintiff,

V.

NCO FINANCIAL SYSTEMS, INC., a Delaware corporation, trading as NCO FINANCIAL COMMERCIAL SERVICES,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 225

TO: (Name and address of Defendant)

NCO Financial Systems, Inc.
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremy W. Homer, Esquire
PARKOWSKI, GUERKE & SWAYZE, P.A.
116 West Water Street
P.O. Box 598
Dover, DE  19903

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

4-18-05

CLERK

Bet Nun

(By) DEPUTY CLERK

DATE

⊕AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>April 21, 2005 at 2:00 PM |
| NAME OF SERVER (PRINT)<br>William Golt | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on NCO Financial Systems, Inc. was effectuated by personally serving Brian Penrod, Managing Agent. Service was made at 1209 Orange St., Wilmington, DE 19801.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$20.00 | TOTAL<br>$20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 22, 2005
              _____          _____
                    Date                         Signature of Server
                                           DELAWARE ATTORNEY SERVICES
                                           2000 Pennsylvania Avenue, Suite 207
                                           Wilmington, DE 19806  (302) 429-0657
                                           _____
                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.