IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-00225 |
| ) | |
| v. ) | TRIAL BY JURY OF |
| ) | TWELVE DEMANDED |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as ) | |
| NCO FINANCIAL COMMERCIAL SERVICES, ) | |
| ) | |
| Defendants ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jennifer C. Jauffret and Alyssa M. Schwartz and the firm of Richards, Layton & Finger in the above-captioned action as counsel to defendants NCO Financial Systems, Inc. and NCO Financial Commercial Services. Defendants reserve the right to answer, move or otherwise respond to the complaint and specifically reserves all defenses available to it.

_____
Jennifer C. Jauffret (#3689)
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
jauffret@rlf.com
schwartz@rlf.com
Attorneys for Defendants

Dated: May 9, 2005

RLF1-2873342-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA FACSIMILE

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2873343-1