IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-00225 |
| ) | |
| v ) | TRIAL BY JURY OF |
| ) | TWELVE DEMANDED |
| NCO FINANCIAL SYSTEMS, INC , a ) | |
| Delaware corporation, trading as ) | |
| NCO FINANCIAL COMMERCIAL SERVICES, ) | |
| ) | |
| Defendants ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83 5 and the attached certifications, counsel moves the admission *pro hac vice* of Mayas D Erickson, Elizabeth P Fite and David Israel to represent defendants NCO Financial Systems, Inc and NCO Financial Commercial Services in this matter

Signed: _____

Jennifer C Jauffret (#3689)
Alyssa M Schwartz (#4351)
Richards, Layton & Finger, P A
One Rodney Square
Post Office Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
jauffret@rlf com
schwartz@rlf com
Attorneys for Defendants

Dated: May 9, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted

Date: _____    _____
                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Louisiana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____   Date: 4/24/05

Mayas D. Erickson
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Avenue, 35th Floor
New Orleans, LA 70170-3500
merickson@sessions-law.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Louisiana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____   Date: 4/26/05

David Israel
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Avenue, 35th Floor
New Orleans, LA 70170-3500
Disrael@sessions-law.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____    Date: May 2/05

Elizabeth P. Fite
Law Office's of Elizabeth P. Fite
15316 N. Florida Avenue
Tampa, FL 33613
Telephone: 813-908-6121
Fite@fitelaw.com

RLF1-2867693-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA FACSIMILE

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2873343-1