IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE,<br><br>        Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a<br>Delaware corporation, trading as<br>NCO FINANCIAL COMMERICAL<br>SERVICES,<br><br>        Defendant. | :<br>:<br>:<br>:  Civil Action No.:05-225-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## 7.1(a) CORPORATE DISCLOSURE STATEMENT

Defendant NCO Financial Systems, Inc. ("NCO"), by and through the undersigned counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

NCO, a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc., a publicly held corporation incorporated in Pennsylvania. No publicly held corporation owns 10% or more of NCO Group, Inc. stock.

OF COUNSEL:

David Israel
Mayas D. Erickson
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Ave., Suite 3500
New Orleans, Louisiana 70170-350

Elizabeth K. Fite
Law Office of Elizabeth Fite, P.A.
15316 N. Florida Avenue, Suite 100
Tampa, Florida 33613

Dated: May 10, 2005

Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

RLF1-2873785-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA FACSIMILE

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2873343-1