## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

May 13, 2005

Jeremy W. Homer, Esquire
Parkowski & Guerke, PA
P.O. Box 598
Dover, DE 19903

Jennifer C. Jauffret, Esquire
Richards, Layton & Finger, PA
One Rodney Square
Wilmington, DE  19801

     Re:    Valerie Hue v. NCO Financial Systems, Inc.
               Civil Action No. 05-225-KAJ

Dear Counsel:

     I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order.  Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

                                Very truly yours,

                                Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court