IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, : | |
| : | |
| Plaintiff, : | Civil Action No.: 05-225-KAJ |
| : | |
| v. : | |
| : | |
| NCO FINANCIAL SYSTEMS, INC., a : | |
| Delaware corporation, trading as : | |
| NCO FINANCIAL COMMERICAL SERVICES : | |
| : | |
| Defendant : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 6, 2005 true and correct copies of NCO Financial Systems, Inc.'s Initial Disclosures were served on counsel below as noted:

**By Facsimile and U.S. Mail, First Class**

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

OF COUNSEL:

David Israel
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Ave., Suite 3500
New Orleans, Louisiana 70170-350

Elizabeth K. Fite
Law Office of Elizabeth Fite, P.A.
15316 N. Florida Avenue, Suite 100
Tampa, Florida 33613

/s/ Jennifer C. Jauffret
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899
Telephone No.: (302) 651-7700

  Attorneys for defendant NCO Financial
  NCO Financial Systems, Inc.

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA FACSIMILE

Jeremy W. Homer, Esq
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com