IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | : |
| | : |
| Plaintiff, | : Civil Action No.:05-225-KAJ |
| | : |
| v | : |
| | : |
| NCO FINANCIAL SYSTEMS, INC., a | : |
| Delaware corporation, trading as | : |
| NCO FINANCIAL COMMERICAL SERVICES | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 19, 2005, true and correct copies of NCO Financial Systems, Inc.'s Responses to Plaintiff's First Request for Production of Documents and First Set of Interrogatories were served via first class mail on the following counsel of record for Plaintiff:

Jeremy Homer
116 W. Water Street
Dover, DE 19903

OF COUNSEL:

David Israel
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Ave., Suite 3500
New Orleans, Louisiana 70170-350
Telephone: (504) 582-1500

Elizabeth K. Fite
Law Office of Elizabeth Fite, P.A.
15316 N. Florida Avenue, Suite 100
Tampa, Florida 33613
Telephone No.: (813) 908-6121

Dated: August 22, 2005

Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Telephone No.: (302) 651-7700
Facsimile No.: (302) 651-7701

RLF1-2913413-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA FACSIMILE

Jeremy W. Homer, Esq
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com