## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VALERIE HUE,                                      :
                                                  :
        Plaintiff,            :          Civil Action No : 05-00225
                                                  :
    v                                           :
                                                  :
NCO FINANCIAL SYSTEMS, INC , a                    :
Delaware corporation, trading as                  :
NCO FINANCIAL COMMERICAL SERVICES                 :
                                                  :
        Defendant             :

### AMENDED NOTICE OF DEPOSITION OF VALERIE HUE

**TO:**    Jeremy W. Homer, Esq.
        Parkowski, Guerke & Swayze, P.A.
        116 West Water Street, P.O. Box 598
        Dover, DE  19903

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(5), defendant NCO Financial Systems, Inc ("NCO") will take the oral deposition of plaintiff Valerie Hue ("Plaintiff") on September 22, 2005, commencing at 9:00 a.m., to be held at the law offices of Parkowski, Guerke & Swayze, P.A., 116 W. Water Street, Dover, Delaware 19904. Such deposition will continue from day to day until complete. The deposition shall be conducted before a notary public or other officer authorized to administer oaths and will be stenographically recorded. You are invited to attend and cross-examine.

In conformity with Fed. R. Civ. P. 30(b)(5), NCO further requests that Plaintiff produce, at or before the taking of her deposition, the documents requested in Exhibit A attached hereto.

RLF1-2915025-1

_Jennifer C. Jauffret (#3689)_
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Telephone No.: (302) 651-7700
Facsimile No.: (302) 651-7701

OF COUNSEL:

David Israel
Sessions, Fishman & Nathan, L.L.P
201 St. Charles Ave., Suite 3500
New Orleans, Louisiana 70170-350
Telephone: (504) 582-1500

Counsel for defendant NCO Financial
Systems, Inc

Elizabeth K. Fite
Law Office of Elizabeth Fite, P.A.
15316 N. Florida Avenue, Suite 100
Tampa, Florida 33613
Telephone No.: (813) 908-6121

Dated: August 25, 2005

2

RLF1-2915025-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

## VIA FACSIMILE

Jeremy Homer, Esq
Parkowski, Guerke & Swayze, P A
116 W. Water Street
P.O. Box 598
Dover, DE 19903

Alyssa M. Schwartz (#4351)
schwartz@rlf.com