IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-225-KAJ |
| | ) |
| v. | ) |
| NCO FINANCIAL SYSTEMS, INC., a | ) |
| Delaware corporation, trading as NCO | ) |
| FINANCIAL COMMERCIAL SERVICES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:  Jennifer C. Jauffret, Esquire           Elizabeth K. Fite, Esq.
     Alyssa M. Schwartz, Esquire             Law Office of Elizabeth Fite, P.A.
     Richard, Layton & Finger, P.A.          15316 North Florida Avenue, Suite 100
     One Rodney Square                       Tampa, Florida 33613
     P.O. Box 551
     Wilmington, DE 19899                    David Israel, Esquire
                                             Mayas D. Erickson Esquire
                                             Sessions, Fishman & Nathan L.L.P.
                                             201 St. Charles Avenue, 35th Floor
                                             New Orleans, LA 70170-3500

PLEASE TAKE NOTICE that the attached Motion To Compel Answers To Discovery And For The Imposition of Sanctions will be heard at the soonest convenience to the Court.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: 10-31-05