IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | |
| FINANCIAL COMMERCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED that defendant shall provide to plaintiff within 14 days of the date of this ORDER complete and full answers responsive to plaintiff's First Set of Interrogatories and First Requests For Production of Documents.

IT IS ALSO ORDERED that defendant pay $_____ in attorney fees to plaintiff's attorneys within 14 days of the date of this order.

Date:_____     _____
                                                                              Judge