IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>NCO FINANCIAL SYSTEMS, INC., a )<br>Delaware corporation, trading as NCO )<br>FINANCIAL COMMERCIAL SERVICES, )<br>)<br>Defendant. ) | Civil Action No. 05-225-KAJ |

## CERTIFICATE OF SERVICE

I, hereby certify that on the 31st day of October, A.D. 2005, I electronically filed Plaintiff's Motion to Compel Answers To Discovery and For The Imposition of Sanctions with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Elizabeth K. Fite, Esq.
Law Office of Elizabeth Fite, P.A.
15316 North Florida Avenue, Suite 100
Tampa, Florida 33613

David Israel, Esquire
Mayas D. Erickson Esquire
Sessions, Fishman & Nathan L.L.P.
201 St. Charles Avenue, 35th Floor
New Orleans, LA 70170-3500

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

h\hue\Plaintiff's Motion to Compel