IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-225-KAJ |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC., a | : | JURY TRIAL DEMANDED |
| Delaware corporation, trading as | : | |
| NCO FINANCIAL COMMERCIAL SERVICES | : | |
| | : | |
| Defendant. | : | |

WHEREAS, the Court having considered the Motion of NCO Financial Systems, Inc. ("NCO") to file an amended answer, counterclaims and affirmative defenses;

IT IS HEREBY ORDERED this 7th day of Nov , 2005 that the Motion is GRANTED and that NCO is permitted to file its amended pleading in the form attached as Exhibit A to the Motion. The amended pleading is to be deemed filed and served on the date of this Order.

_____
UNITED STATES ~~MAGISTRATE~~ District JUDGE

RLF1-2940111-2