IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant. ) | |

    I, hereby certify that on the __18th__ day of November, A.D. 2005, I electronically filed Plaintiff's Answer to Defendant's Counterclaims with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

    I hereby certify that on the __18th__ day of November, A.D. 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Elizabeth K. Fite, Esq.
Law Office of Elizabeth Fite, P.A.
15316 North Florida Avenue, Suite 100
Tampa, Florida 33613

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
114 Northpark Boulevard, Suite 10
Covington, LA 70433

                                             PARKOWSKI, GUERKE & SWAYZE, P.A.

                            By: _/s/ Jeremy W. Homer_____
                                     JEREMY W. HOMER, ESQUIRE
                                     Delaware State Bar I.D. No.: 413
                                     116 W. Water Street, P.O. Box 598
                                     Dover, DE 19903
                                     (302) 678-3262
                                     Attorneys for Plaintiff

h\hue\Plaintiff's Answer to Defendant's Amended Answer to Complaint and Counterclaim