LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE

PROFESSIONAL ASSOCIATION
116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

November 28, 2005

The Honorable Kent A. Jordan
U.S. District Court
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

RE:   **Valerie Hue, Plaintiff v. NCO Financial Systems, Inc.**
      Case No.: 05-225 KAJ / Interim Status Report

Dear Judge Jordan:

Jeremy W. Homer, counsel for Plaintiff, pursuant to the Scheduling Order entered in this case on or about June 29, 2005, hereby files with the Court this joint letter which relates the progress of discovery. Counsel for Defendant, Elizabeth K. Fite, has authorized Mr. Homer to file this letter as a joint letter of the parties. The parties believe that the Status Conference scheduled with the Court on December 5, 2005, will be necessary.

On July 19, 2005, Plaintiff served Interrogatories and Requests for Production of Documents. On August 22, 2005, Defendant served responses. On August 24, 2005, Plaintiff's counsel sent Defendant's counsel a letter which sought amended responses. On September 8, 2005, Defendant's counsel sent Plaintiff's counsel a response. On September 26, 2005, Plaintiff's counsel sent a letter, consisting of nine pages, to Defendant's counsel which explained in detail the problems with Defendant's discovery responses. On October 14, 2005, Defendant served Supplemental Responses to the discovery requests. On November 10, 2005, Plaintiff's counsel filed a letter with the Court which explains the discovery dispute. On November 15, 2005, the Court held a teleconference with the parties' counsel regarding the discovery dispute and directed Defendant to supplement its discovery responses. To date, Plaintiff's counsel has not received the supplemental responses, but Defendant expects to have them in counsel's hands by Friday, December 2, 2005, so they can be reviewed prior to the December 5, teleconference.

The Honorable Kent A. Jordan
Page 2

Plaintiff has requested Defendant to provide dates on which the depositions can be taken. Defendant's counsel has indicated that only two or three dates are available in December and only a few other dates in January, 2006, which predate the January 16, 2006 discovery cutoff date. Defendant's counsel has indicated that it believes an extension to the Scheduling Order is necessary. Plaintiff's counsel would like to take the depositions before January 16, 2006, if possible. Defendant seeks to take the deposition of the Plaintiff, which Plaintiff's counsel is willing to schedule as soon as he receives responsive answers to the written discovery.

NCO attempted to schedule the Plaintiff's deposition for August 24, 2005 by sending a Notice of Deposition of Valerie Hue. On August 15, 2005, Plaintiff's deposition was cancelled due to outstanding discovery issues. NCO attempted to re-schedule Ms. Hue's deposition for September 22, 2005 by sending an Amended Notice of Deposition of Valerie Hue. Again, the deposition was cancelled due to outstanding discovery issues.

Respectfully submitted,

JEREMY W. HOMER
Bar ID #413
Attorney for Plaintiff

JWHsar
e:mail: JHomer@pgslegal.com
cc:     Dr. Peter T. Delleo, Clerk      (Via Electronic Filing)
        Jennifer C. Jauffret, Esquire   (Via Electronic Filing)
        Alyssa M. Schwartz, Esquire     (Via Electronic Filing)
        Elizabeth K. Fite, Esquire      (Via First Class Mail and E-Mail)
        David Israel, Esquire           (Via First Class Mail and E-Mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | **CERTIFICATE OF MAILING** |
| FINANCIAL COMMERCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on November  28 , 2005, I electronically filed the foregoing November 28, 2005 Interim Status Report to The Honorable Kent A. Jordan with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

I hereby certify that on the November  28 , 2005, I have served via e-mail and mailed by United States Postal Service, to the following participants:

Elizabeth K. Fite, Esq.
Law Office of Elizabeth Fite, P.A.
15316 North Florida Avenue, Suite 100
Tampa, Florida 33613

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
114 Northpark Boulevard, Suite 10
Covington, LA  70433

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.:  413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

H\Hue\statusreport-Jordan