IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 05-225-KAJ |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC., a | : | |
| Delaware corporation, trading as | : | |
| NCO FINANCIAL COMMERICAL SERVICES | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 1, 2005 true and correct copies of NCO Financial Systems, Inc.'s Second Supplemental Responses to Plaintiff's Contention Interrogatory No. 5 and Request for Production No. 1 were served on counsel below as noted:

**By Federal Express and Electronic Mail**

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P. O. Box 598
Dover, DE 19903

OF COUNSEL:

David Israel
Sessions, Fishman & Nathan, L.L.P.
114 Northpark Boulevard, Suite 10
Covington, LA 70433


Elizabeth K. Fite
Law Office of Elizabeth Fite, P.A.
15316 N. Florida Avenue, Suite 100
Tampa, Florida 33613

Dated: December 1, 2005

Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-7700

*Attorneys for defendant NCO Financial Systems, Inc.*

RLF1-2894373-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2873343-1