IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VALERIE HUE,                                    :
                                                :
                    Plaintiff,                  :        C.A. No.: 05-225-KAJ
                                                :
        v.                                      :
                                                :
NCO FINANCIAL SYSTEMS, INC., a                  :
Delaware corporation, trading as               :
NCO FINANCIAL COMMERICAL SERVICES               :
                                                :
                    Defendant.                  :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 6, 2005 true and correct copies of NCO

Financial Systems, Inc.'s Supplemental Rule 26(a)(1) Initial Disclosures were served on counsel

below as noted:

### By Facsimile and U.S. Mail

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P. O. Box 598
Dover, DE 19903

OF COUNSEL:

David Israel
Sessions, Fishman & Nathan, L.L.P.
114 Northpark Boulevard, Suite 10
Covington, LA 70433

Elizabeth K. Fite
Law Office of Elizabeth Fite, P.A.
15316 N. Florida Avenue, Suite 100
Tampa, Florida 33613

Dated: December 7, 2005

Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-7700

*Attorneys for defendant NCO Financial
Systems, Inc.*

RLF1-2894373-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2005, I electronically filed the foregoing with the

Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and

which has also been served as noted:

### VIA U.S. MAIL AND ELECTRONIC MAIL

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

Alyssa M. Schwartz (#4351)
schwartz@rlf.com