IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | : |
| | : |
| Plaintiff, | : C.A. No. 05-225-KAJ |
| | : |
| v. | : |
| | : |
| NCO FINANCIAL SYSTEMS, INC., a | : |
| Delaware corporation, trading as | : |
| NCO FINANCIAL COMMERCIAL SERVICES | : |
| | : |
| Defendant. | : |

**STIPULATION AND ORDER**

IT IS HEREBY AGREED, subject to the approval of the Court, that the discovery cutoff as outlined in Paragraph 3(c) of the Scheduling Order (D.I. 12) for the above-captioned matter, is extended through and including February 28, 2006. All other dates in the Scheduling Order remain the same.

__/s/ Jeremy W. Homer__
Jeremy W. Homer (#413)
jhomer@pgslegal.com
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P. O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Valerie Hue

Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, PO Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for NCO Financial Systems, Inc.

SO ORDERED this ____ day of January, 2006.

_____
U.S.D.J.

RLF1-2957605-1