IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | **CERTIFICATE OF MAILING** |
| FINANCIAL COMMERCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

    I hereby certify that on January __24__, 2006, I electronically filed the foregoing January 24, 2006 letter to The Honorable Kent A. Jordan regarding the January 26, 1006 teleconference with the Clerk of Court using CM/ECF, which will send notification of such filing to the following and which has also been served via e-mail:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

    I hereby certify that on the January __24__, 2006, I have served via e-mail and mailed by United States Postal Service, the January 24, 2006 letter to the following participants:

| | |
|---|---|
| Elizabeth K. Fite, Esq. | David Israel, Esquire |
| Law Office of Elizabeth Fite, P.A. | Sessions, Fishman & Nathan L.L.P. |
| 15316 North Florida Avenue, Suite 100 | 3850 North Causeway Boulevard |
| Tampa, Florida 33613 | Lakeway Two, Suite 1240 |
| | Metairie, LA 70002-1752 |

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

H\Hue\Jordan11