IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | : |
|       Plaintiff, | :    C.A. No. 05-225-KAJ |
| v. | : |
| NCO FINANCIAL SYSTEMS, INC., a Delaware corporation, trading as NCO FINANCIAL COMMERCIAL SERVICES | : |
|       Defendant. | : |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

IT IS HEREBY AGREED, subject to the approval of the Court, that the scheduling order be amended as follows:

(1) <u>Limitation on Hours for Deposition Discovery</u>. Each side is limited to a total of 21 depositions and 75 hours of taking testimony by deposition upon oral examination.

(2) <u>Discovery Cut Off</u>. All discovery in this case shall be initiated so that it will be completed on or before April 28, 2006.

(3) <u>Disclosure of Witness Information</u>. Defendant agrees to provide the last known phone numbers and addresses of former employees designated by plaintiff as potential witnesses. In the event plaintiff is unable to locate said witnesses by such information, defendant shall provide the social security numbers of such employees.

(4) <u>Case Dispositive Motions</u>. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before May 19, 2006.

(5) All other dates in the Scheduling Order remain the same.

| | |
|---|---|
| *[signature: Jeremy W. Homer]* | /s/ Alyssa M. Schwartz |
| Jeremy W. Homer (#413) | Jennifer C. Jauffret (#3689) |
| jhomer@pgslegal.com | jauffret@rlf.com |
| Parkowski, Guerke & Swayze, P.A. | Alyssa M. Schwartz (#4351) |
| 116 West Water Street | schwartz@rlf.com |
| P. O. Box 598 | Richards, Layton & Finger, P.A. |
| Dover, DE 19903 | One Rodney Square, PO Box 551 |
| (302) 678-3262 | Wilmington, DE 19899 |
| Attorneys for Valerie Hue | (302) 651-7700 |
| | Attorneys for NCO Financial Systems, Inc. |

SO ORDERED this ____ day of January, 2006.

_____
U.S.D.J.

h\hue\stipulation and order4