IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | **NOTICE OF DEPOSITIONS** |
| ) | |
| Defendant. ) | |

TO:  Jennifer C. Jauffret, Esquire           David Israel, Esquire
     Alyssa M. Schwartz, Esquire             Sessions, Fishman & Nathan L.L.P.
     Richard, Layton & Finger, P.A.          3850 North Causeway Boulevard
     One Rodney Square                       Lakeway Two, Suite 1240
     P.O. Box 551                            Metairie, LA 70002-1752
     Wilmington, DE 19899

     Elizabeth K. Fite, Esquire
     Law Office of Elizabeth Fite, P.A.
     15316 North Florida Ave., Suite 100
     Tampa, Florida 33613

**PLEASE TAKE NOTICE** that Plaintiff will take the depositions upon oral examination of the parties listed below, at the dates and times listed below, at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904.

January 31, 2006 (by phone):                February 6, 2006 (by phone):
   Dina Loft Shaantiel at 1:00 PM              Kathy Obenshain at 1:00 PM
   Brad Reavis at 1:00 PM
   Eric Shaw at 1:00 PM                     February 7, 2006 (by phone):
                                               Ted Fox at 1:00 P.M.
February 1, 2006 (by phone):                   Mike Scher at 1:00 P.M.
   Carryover date for January 31, 2006
   deposition if they are not completed.

                            PARKOWSKI, GUERKE & SWAYZE, P.A.

                    By:     _____
                            JEREMY W. HOMER, ESQUIRE
                            Delaware State Bar I.D. No.: 413
                            116 W. Water Street, P.O. Box 598
                            Dover, DE 19903
                            (302) 678-3262
DATED: 1-27-06              Attorneys for Plaintiff