IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Civil Action No. 05-225-KAJ |
| | : |
| NCO FINANCIAL SYSTEMS, INC., a | : |
| Delaware corporation, trading as NCO | : |
| FINANCIAL COMMERCIAL SERVICES, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **17th** day of **February, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, February 22, 2006 at 5:00 p.m.** to discuss the status of the case and the mediation scheduled for Tuesday, March 7, 2006 at 9:00 a.m. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE