IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, : | |
| : | |
| Plaintiff, : | C.A. No. 05-225-KAJ |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| NCO FINANCIAL SYSTEMS, INC., a : | |
| Delaware corporation, trading as : | |
| NCO FINANCIAL COMMERCIAL SERVICES : | |
| : | |
| Defendant. : | |

### NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE THAT, effective January 17, 2006, the Law Office of Elizabeth Fite, P.A., is now known as Sessions, Fishman & Nathan, L.L.P. The Firm's address, telephone and facsimile numbers, will remain the same. Accordingly, please update your records with respect to the *pro hac vice* admission of Elizabeth K. Fite, on behalf of defendant NCO Financial Systems, Inc. as follows:

> Elizabeth K. Fite
> Sessions, Fishman & Nathan, L.L.P.
> 15316 N. Florida Avenue, Suite 100
> Tampa, Florida 33613
> Telephone: (813) 908-6121
> Facsimile: (813) 908-6126

Sessions, Fishman & Nathan, L.L.P. remains counsel to defendant NCO Financial Systems, Inc.

OF COUNSEL:
David Israel
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Ave., Suite 3500
New Orleans, Louisiana 70170-350
Telephone: (504) 582-1500

Elizabeth K. Fite
Sessions, Fishman & Nathan, L.L.P.
15316 N. Florida Avenue, Suite 100
Tampa, Florida 33613
Telephone: (813) 908-6121

Dated: February 22, 2006
RLF1-2983224-1

Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-7700

*Attorneys for NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA FACSIMILE AND U.S. MAIL

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

_/s/ Alyssa M. Schwartz_
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2873343-1