## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-225-KAJ |
| | : |
| NCO FINANCIAL SYSTEMS, INC., a | : |
| Delaware corporation, trading as NCO | : |
| FINANCIAL COMMERCIAL SERVICES, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **23rd** day of **February, 2006**,

IT IS ORDERED that the mediation scheduled for Tuesday, March 7, 2006 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE