IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>NCO FINANCIAL SYSTEMS, INC., a )<br>Delaware corporation, trading as NCO )<br>FINANCIAL COMMERCIAL SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-225-KAJ<br><br><br><br><br><br>**NOTICE OF DEPOSITIONS** |

TO:  Jennifer C. Jauffret, Esquire            David Israel, Esquire
     Alyssa M. Schwartz, Esquire              Sessions, Fishman & Nathan L.L.P.
     Richard, Layton & Finger, P.A.           3850 North Causeway Boulevard
     One Rodney Square                        Lakeway Two, Suite 1240
     P.O. Box 551                             Metairie, LA 70002-1752
     Wilmington, DE 19899

     Elizabeth K. Fite, Esquire
     Sessions, Fishman & Nathan, L.L.P.
     15316 North Florida Ave., Suite 100
     Tampa, Florida 33613

**PLEASE TAKE NOTICE** that Plaintiff will take the depositions upon oral examination of the parties listed below, at the dates and times listed below, at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904.

March 8, 2006:
    Kim Marlow at 9:00 AM
    Jennie Birdsong at 11:00 AM
    Ken Rose at 1:00 PM

March 9, 2006:
    Carryover date for March 8, 2006
    depositions if not completed.

March 13, 2006 (by phone):
    Phil Weaver at 1:00 PM

March 22, 2006 (by phone):
    Cherie Sugg at 4:00 PM
    David McQuisen at 2:30 PM

March 23, 2006 (by phone):
    Mike Scher at 10:00 AM

March 28, 2006:
    Dina Shaantiel at 9:00 AM
    Twyla Hicks at 3:00 PM
    Barry Lee at 4:00 PM

March 29, 2006:
    Carryover date for depositions
    if not completed.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: 3-6-06