IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | |
| FINANCIAL COMMERCIAL SERVICES, | ) | **NOTICE OF DEPOSITION** |
| | ) | |
| Defendant. | ) | |

TO:  Ric Boudreau                          Elizabeth K. Fite, Esquire
     134 Sakonnett Blvd.                   Sessions, Fishman & Nathan, L.L.P.
     Narragansett, RI  02882               15316 North Florida Ave., Suite 100
     Phone:  401-792-3578                  Tampa, Florida 33613

     Jennifer C. Jauffret, Esquire         David Israel, Esquire
     Alyssa M. Schwartz, Esquire           Sessions, Fishman & Nathan L.L.P.
     Richard, Layton & Finger, P.A.        3850 North Causeway Boulevard
     One Rodney Square                     Lakeway Two, Suite 1240
     P.O. Box 551                          Metairie, LA 70002-1752
     Wilmington, DE  19899

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Ric Boudreau on March 22, 2006 at 9:00 A.M. at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904.  The deposition will be taken by telephone and shall be recorded by sound and stenographic means.

                                    PARKOWSKI, GUERKE & SWAYZE, P.A.

                              By:   _____
                                    JEREMY W. HOMER, ESQUIRE
                                    Delaware State Bar I.D. No.:  413
                                    116 W. Water Street, P.O. Box 598
                                    Dover, DE  19903
                                    (302) 678-3262
DATED:  3-7-06                      Attorneys for Plaintiff