IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | |
| FINANCIAL COMMERCIAL SERVICES, | ) | **NOTICE OF DEPOSITION** |
| | ) | |
| Defendant. | ) | |

TO:  Mark Lefeyve  
      278 Great Geneva Drive  
      Dover, DE 19901  
      302-698-0525

Elizabeth K. Fite, Esquire  
Sessions, Fishman & Nathan, L.L.P.  
15316 North Florida Ave., Suite 100  
Tampa, Florida 33613

Jennifer C. Jauffret, Esquire  
Alyssa M. Schwartz, Esquire  
Richard, Layton & Finger, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899

David Israel, Esquire  
Sessions, Fishman & Nathan L.L.P.  
3850 North Causeway Boulevard  
Lakeway Two, Suite 1240  
Metairie, LA 70002-1752

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Mark Lefeyve on March 29, 2006 at 9:00 A.M. at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904. The deposition will be recorded by sound and stenographic means.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____  
JEREMY W. HOMER, ESQUIRE  
Delaware State Bar I.D. No.: 413  
116 W. Water Street, P.O. Box 598  
Dover, DE 19903  
(302) 678-3262  
Attorneys for Plaintiff

DATED: 3-7-06