IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE,<br><br>      Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a<br>Delaware corporation, trading as NCO<br>FINANCIAL COMMERCIAL SERVICES,<br><br>      Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-225-KAJ<br>)<br>)<br>)<br>)<br>)  **CERTIFICATE OF SERVICE**<br>)<br>) |

    I, hereby certify that on the ___7th___ day of March, A.D. 2006, I electronically filed Plaintiff's Notice of Deposition of Mark Lefeyve with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

    I hereby certify that on the ___7th___ day of March, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Elizabeth K. Fite, Esq.
Sessions, Fishman & Nathan, L.L.P.
15316 North Florida Avenue, Suite 100
Tampa, Florida 33613

Mark Lefeyve
278 Great Geneva Drive
Dover, DE 19901

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752

                    PARKOWSKI, GUERKE & SWAYZE, P.A.

          By: _____
                  JEREMY W. HOMER, ESQUIRE
                  Delaware State Bar I.D. No.: 413
                  116 W. Water Street, P.O. Box 598
                  Dover, DE 19903
                  (302) 678-3262
                  Attorneys for Plaintiff

h\hue\Notice of Depositions9