IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | **RE-NOTICE OF DEPOSITION** |
| ) | |
| Defendant. ) | |

TO:   Phil Weaver
       372 Winchester Circle
       Mandeville, LA, 70448

       Jennifer C. Jauffret, Esquire
       Alyssa M. Schwartz, Esquire
       Richard, Layton & Finger, P.A.
       One Rodney Square
       P.O. Box 551
       Wilmington, DE 19899

Elizabeth K. Fite, Esquire
Sessions, Fishman & Nathan, L.L.P.
15316 North Florida Ave., Suite 100
Tampa, Florida 33613

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Phil Weaver on March 13, 2006 at 2:30 P.M., Eastern Standard Time, at the location of Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware. The deposition will be taken by telephone and shall be recorded by sound and stenographic means. The deponent and opposing counsel will be present at the offices of Fishman & Nathan L.L.P., 3850 North Causeway Boulevard, Lakeway Two, Suite 1240, Metairie, LA 70002.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: *[signature]*
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: 3-7-06