IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | |
| FINANCIAL COMMERCIAL SERVICES, | ) | **RE-NOTICE OF DEPOSITION** |
| | ) | |
| Defendant. | ) | |

TO: Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752

Elizabeth K. Fite, Esquire
Sessions, Fishman & Nathan, L.L.P.
15316 North Florida Ave., Suite 100
Tampa, Florida 33613

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of David McQuisten on March 22, 2006 at 2:00 P.M. at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904. Mr. McQuisten was previously scheduled on March 22, 2006 at 2:30 P.M. The deposition will be taken by telephone and shall be recorded by sound and stenographic means.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: 3-7-07