IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | **NOTICE OF DEPOSITION** |
| ) | |
| Defendant. ) | |

TO:  Kathy Obenshain
C2C Resources
56 Perimeter Center East
Suite 100
Atlanta, GA  30346
Phone: 866-495-0050

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Elizabeth K. Fite, Esquire
Sessions, Fishman & Nathan, L.L.P.
15316 North Florida Ave., Suite 100
Tampa, Florida 33613

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Kathy Obenshain on March 16, 2006 at 11:00 A.M., at the location of C2C Resources, 56 Perimeter Center East, Suite 100, Atlanta, GA  30346 (Phone: 866-495-0050).  The deposition shall be recorded by sound and stenographic means.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

DATED: 3-8-06