IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant. ) | |

I, hereby certify that on the ___8th___ day of March, A.D. 2006, I electronically filed Plaintiff's Notice of Deposition of Kathy Obenshain with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on the ___8th___ day of March, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Elizabeth K. Fite, Esq.                    Kathy Obenshain
Sessions, Fishman & Nathan, L.L.P.         C2C Resources
15316 North Florida Avenue, Suite 100      56 Perimeter Center East, Suite 100
Tampa, Florida 33613                       Atlanta, GA 30346

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752

                              PARKOWSKI, GUERKE & SWAYZE, P.A.

                        By: _____/s/ Jeremy W. Homer_____
                              JEREMY W. HOMER, ESQUIRE
                              Delaware State Bar I.D. No.: 413
                              116 W. Water Street, P.O. Box 598
                              Dover, DE 19903
                              (302) 678-3262
                              Attorneys for Plaintiff

h\hue\Notice of Depositions3