IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | **NOTICE OF DEPOSITION** |
| ) | |
| Defendant. ) | |

TO: Leigh Ann Nickerson           Elizabeth K. Fite, Esquire
a/k/a Leigh Ann Maddox            Sessions, Fishman & Nathan, L.L.P.
511 Commons Lane                  15316 North Florida Ave., Suite 100
Camden-Wyoming, DE 19934          Tampa, Florida 33613
Phone: 302-353-6548

                                  David Israel, Esquire
Jennifer C. Jauffret, Esquire     Sessions, Fishman & Nathan L.L.P.
Alyssa M. Schwartz, Esquire       3850 North Causeway Boulevard
Richard, Layton & Finger, P.A.    Lakeway Two, Suite 1240
One Rodney Square                 Metairie, LA 70002-1752
P.O. Box 551
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Leigh Nickerson (a/k/a/Leigh Ann Maddox) on March 29, 2006 at 10:30 A.M., at the location of Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware. The deposition shall be recorded by sound and stenographic means.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: March 8, 2006