IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | |
| FINANCIAL COMMERCIAL SERVICES, | ) | **NOTICE OF DEPOSITION** |
| | ) | |
| Defendant. | ) | |

TO:  Jessie Montoro Johnson
　　　417 Westchester Drive
　　　Decatur, GA 30030

　　　Jennifer C. Jauffret, Esquire
　　　Alyssa M. Schwartz, Esquire
　　　Richard, Layton & Finger, P.A.
　　　One Rodney Square
　　　P.O. Box 551
　　　Wilmington, DE 19899

　　　Elizabeth K. Fite, Esquire
　　　Sessions, Fishman & Nathan, L.L.P.
　　　15316 North Florida Ave., Suite 100
　　　Tampa, Florida 33613

　　　David Israel, Esquire
　　　Sessions, Fishman & Nathan L.L.P.
　　　3850 North Causeway Boulevard
　　　Lakeway Two, Suite 1240
　　　Metairie, LA 70002-1752

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Jessie Montoro Johnson on March 17, 2006 at 9:00 A.M., at the location of Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware. The deponent will be at 417 Westchester Drive, Decatur, GA 30030. The deposition will be taken by telephone and shall be recorded by sound and stenographic means.

　　　　　　　　　　　　PARKOWSKI, GUERKE & SWAYZE, P.A.

　　　　　　　　By: _____
　　　　　　　　　　　　JEREMY W. HOMER, ESQUIRE
　　　　　　　　　　　　Delaware State Bar I.D. No.: 413
　　　　　　　　　　　　116 W. Water Street, P.O. Box 598
　　　　　　　　　　　　Dover, DE 19903
　　　　　　　　　　　　(302) 678-3262
DATED: 3-9-06　　　　Attorneys for Plaintiff