IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | **RE-NOTICE OF DEPOSITION** |
| ) | |
| Defendant. ) | |

TO:   Ric Boudreau                           Elizabeth K. Fite, Esquire
      134 Sakonnett Blvd.                    Sessions, Fishman & Nathan, L.L.P.
      Narragansett, RI  02882                15316 North Florida Ave., Suite 100
      Phone:  401-792-3578                   Tampa, Florida 33613

      Jennifer C. Jauffret, Esquire          David Israel, Esquire
      Alyssa M. Schwartz, Esquire            Sessions, Fishman & Nathan L.L.P.
      Richard, Layton & Finger, P.A.         3850 North Causeway Boulevard
      One Rodney Square                      Lakeway Two, Suite 1240
      P.O. Box 551                           Metairie, LA 70002-1752
      Wilmington, DE  19899

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Ric Boudreau on March 28, 2006 at 12:00 P.M. at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904. The deposition will be taken by telephone and shall be recorded by sound and stenographic means.

                                    PARKOWSKI, GUERKE & SWAYZE, P.A.

                            By:     _____
                                    JEREMY W. HOMER, ESQUIRE
                                    Delaware State Bar I.D. No.:  413
                                    116 W. Water Street, P.O. Box 598
                                    Dover, DE  19903
                                    (302) 678-3262
DATED: 3-10-06                      Attorneys for Plaintiff