IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a<br>Delaware corporation, trading as NCO<br>FINANCIAL COMMERCIAL SERVICES,<br><br>    Defendant. | )<br>)<br>)   Civil Action No. 05-225-KAJ<br>)<br>)<br>)<br>)<br>)   **RE-NOTICE OF DEPOSITION**<br>)<br>)<br>) |

TO:    Jennifer C. Jauffret, Esquire                 David Israel, Esquire
        Alyssa M. Schwartz, Esquire              Sessions, Fishman & Nathan L.L.P.
        Richard, Layton & Finger, P.A.             3850 North Causeway Boulevard
        One Rodney Square                           Lakeway Two, Suite 1240
        P.O. Box 551                                    Metairie, LA 70002-1752
        Wilmington, DE 19899

        Elizabeth K. Fite, Esquire
        Sessions, Fishman & Nathan, L.L.P.
        15316 North Florida Ave., Suite 100
        Tampa, Florida 33613

        **PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Cherie Suggs on April 3, 2006 at 2:30 P.M. at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904. The deposition will be taken by telephone and shall be recorded by sound and stenographic means.

                                                            PARKOWSKI, GUERKE & SWAYZE, P.A.

                               By: _____
                                              JEREMY W. HOMER, ESQUIRE
                                              Delaware State Bar I.D. No.: 413
                                              116 W. Water Street, P.O. Box 598
                                              Dover, DE 19903
                                              (302) 678-3262
                                              Attorneys for Plaintiff

DATED: 3-14-06