IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-225-KAJ |
| | ) |
| v. | ) |
| NCO FINANCIAL SYSTEMS, INC., a | ) |
| Delaware corporation, trading as NCO | ) |
| FINANCIAL COMMERCIAL SERVICES, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| Defendant. | ) |

I, hereby certify that on the ___14th___ day of March, A.D. 2006, I electronically filed Plaintiff's Re-Notice of Deposition of Cherie Suggs with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on the ___14th___ day of March, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Elizabeth K. Fite, Esq.
Sessions, Fishman & Nathan, L.L.P.
15316 North Florida Avenue, Suite 100
Tampa, Florida 33613

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752

Ric Boudreau
134 Sakonnett Blvd.
Narragansett, RI 02882

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

h\hue\Notice of Depositions13