IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE,<br><br>      Plaintiff,<br><br>      v.<br><br>NCO FINANCIAL SYSTEMS, INC., a<br>Delaware corporation, trading as NCO<br>FINANCIAL COMMERCIAL SERVICES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 05-225-KAJ<br><br><br><br>**SECOND RE-NOTICE**<br>**OF DEPOSITION** |

TO:    Jennifer C. Jauffret, Esquire           David Israel, Esquire
        Alyssa M. Schwartz, Esquire           Sessions, Fishman & Nathan L.L.P.
        Richard, Layton & Finger, P.A.          3850 North Causeway Boulevard
        One Rodney Square                       Lakeway Two, Suite 1240
        P.O. Box 551                              Metairie, LA 70002-1752
        Wilmington, DE 19899

        Elizabeth K. Fite, Esquire
        Sessions, Fishman & Nathan, L.L.P.
        15316 North Florida Ave., Suite 100
        Tampa, Florida 33613

        **PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of David McQuisten on March 23, 2006 at 2:00 P.M. Eastern Standard Time at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904. Mr. McQuisten was previously scheduled on March 22, 2006 at 2:00 P.M. The deposition will be taken by telephone and shall be recorded by sound and stenographic means.

                                            PARKOWSKI, GUERKE & SWAYZE, P.A.

                        By:   _____
                                            JEREMY W. HOMER, ESQUIRE
                                            Delaware State Bar I.D. No.: 413
                                            116 W. Water Street, P.O. Box 598
                                            Dover, DE 19903
                                            (302) 678-3262
DATED: March 21, 2006            Attorneys for Plaintiff