IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | **NOTICE TO VACATE** |
| FINANCIAL COMMERCIAL SERVICES, ) | **DEPOSITIONS** |
| ) | |
| Defendant. ) | |

TO:  Jennifer C. Jauffret, Esquire
     Alyssa M. Schwartz, Esquire
     Richard, Layton & Finger, P.A.
     One Rodney Square
     P.O. Box 551
     Wilmington, DE 19899

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752

Elizabeth K. Fite, Esquire
Sessions, Fishman & Nathan, L.L.P.
15316 North Florida Ave., Suite 100
Tampa, Florida 33613

**PLEASE TAKE NOTICE** that the depositions of Twyla Hicks and Barry Lee scheduled to be taken on March 28, 2006 at 3:00 PM and 4:00 PM respectively in the Offices of Parkowski, Guerke & Swayze, 116 West Water Street, Dover, Delaware have been vacated.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: March 21, 2006