IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | **NOTICE TO VACATE** |
| FINANCIAL COMMERCIAL SERVICES, ) | **DEPOSITION** |
| ) | |
| Defendant. ) | |

TO:  Barry Walker
     5115 Lexington Ave. SW
     Stone Mountain, GA 30087-3659

     Jennifer C. Jauffret, Esquire
     Alyssa M. Schwartz, Esquire
     Richard, Layton & Finger, P.A.
     One Rodney Square
     P.O. Box 551
     Wilmington, DE 19899

     Elizabeth K. Fite, Esquire
     Sessions, Fishman & Nathan, L.L.P.
     15316 North Florida Ave., Suite 100
     Tampa, Florida 33613

     David Israel, Esquire
     Sessions, Fishman & Nathan L.L.P.
     3850 North Causeway Boulevard
     Lakeway Two, Suite 1240
     Metairie, LA 70002-1752

**PLEASE TAKE NOTICE** that the telephone deposition of Barry Walker scheduled to be taken on March 29, 2006 at 5:30 P.M., in the offices of Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware has been vacated.

                    PARKOWSKI, GUERKE & SWAYZE, P.A.

                    By: _____
                    JEREMY W. HOMER, ESQUIRE
                    Delaware State Bar I.D. No.: 413
                    116 W. Water Street, P.O. Box 598
                    Dover, DE 19903
                    (302) 678-3262
DATED: March 21, 2006    Attorneys for Plaintiff