IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | : |
| Plaintiff, | : C.A. No. 05-225-KAJ |
| v. | : |
| NCO FINANCIAL SYSTEMS, INC., a Delaware corporation, trading as NCO FINANCIAL COMMERCIAL SERVICES, | : |
| Defendant. | : |

### DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant NCO Financial Systems, Inc. ("NCO") hereby moves pursuant to Federal Rule of Civil Procedure 56 for entry of summary judgment against plaintiff Valerie Hue. The grounds for this motion are set forth in detail in NCO's Opening Brief in Support of its Motion for Summary Judgment filed contemporaneously herewith.

/s/ Jennifer C. Jauffret
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant
NCO Financial Systems, Inc.

*Pro Hac* Counsel:

David Israel
Sessions, Fishman & Nathan, L.L.P.
3850 North Causeway Boulevard
Suite 1240
Metairie, Louisiana 70433
(504) 828-3700

Elizabeth K. Fite
Sessions, Fishman & Nathan, L.L.P.
15316 N. Florida Avenue, Suite 100
Tampa, Florida 33613
(813) 908-6121

Dated: April 17, 2006

RLF1-3000029-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | : |
|     Plaintiff, | : C.A. No. 05-225-KAJ |
| v. | : |
| NCO FINANCIAL SYSTEMS, INC., a<br>Delaware corporation, trading as<br>NCO FINANCIAL COMMERCIAL SERVICES, | : |
|     Defendant. | : |

## [PROPOSED] ORDER

The Court, having considered defendant NCO Financial Systems, Inc.'s ("NCO") Motion for Summary Judgment ("Motion"), and all arguments and briefing thereon,

IT IS HEREBY ORDERED, this ____ day of _____, 2006, that:

NCO's Motion is granted, and summary judgment is entered in favor of NCO and against plaintiff Valarie Hue ("Plaintiff") on all claims asserted.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

Alyssa M. Schwartz (#4351)
schwartz@rlf.com