IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE,<br><br>       Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a<br>Delaware corporation, trading as<br>NCO FINANCIAL COMMERCIAL SERVICES,<br><br>       Defendant. | :<br>:<br>:<br>:   C.A. No. 05-225-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DECLARATION OF ALYSSA M. SCHWARTZ IN SUPPORT OF NCO'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

I, Alyssa M. Schwartz, do hereby declare:

I am an attorney with the law firm of Richards, Layton & Finger, P.A, counsel to Defendant NCO Financial Systems, Inc. ("NCO") in the above-captioned action. I make this declaration in support of NCO's Opening Brief in Support of its Motion for Summary Judgment.

1. Attached as Exhibit A is a true and accurate copy of excerpts from the March 8, 2006 deposition of Jennifer Birdsong.

2. Attached as Exhibit B is a true and accurate copy of excerpts from the March 8, 2006 deposition of Kenneth Alan Rose.

3. Attached as Exhibit C is a true and accurate copy of the Affidavit of Cherie A. Sugg, dated April 3, 2006.

4. Attached as Exhibit D is a true and accurate copy of excerpts from the January 4, 2006 deposition of Valerie D. Hue.

5. Attached as Exhibit 5 is a true and accurate copy of the Employee Change Authorization, dated April 19, 2002, for Valerie Hue.

6. Attached at Exhibit 6 is a true and accurate copy of the transcript of a tape-recorded conversation between Rick Boudreau, Phil Weaver, and Ted Fox.

7. Attached as Exhibit E is a true and accurate copy of the resignation letter of Valerie Hue, dated January 2, 1998.

8. Attached as Exhibit F is a true and accurate copy of excerpts from the March 8, 2006 deposition of Kimberly Marlow.

9. Attached as Exhibit G is a true and accurate copy of excerpts from the March 16, 2006 deposition of Kathy Obenshain.

10. Attached as Exhibit H is a true and accurate copy of excerpts from the March 23, 2006 deposition of David McQuisten.

11. Attached as Exhibit I are true and accurate copies of NCO Financial Systems, Inc. Employee Handbook Acknowledgment pages signed by Valerie Hue, dated December 14, 1999 and April 16, 2001.

12. Attached as Exhibit J is a true and accurate copy of Job Discussion Summary of William Savage, dated October 11, 2001.

13. Attached as Exhibit K is a true and accurate copy of statements regarding William Savage's inappropriate comments.

14. Attached as Exhibit L is a true and accurate copy of excerpts from the March 28, 2006 deposition of Richard Boudreau.

15. Attached as Exhibit M is a true and accurate copy of excerpts from the March 13, 2006 deposition of Ted Fox.

- 3 -

16. Attached as Exhibit N is a true and accurate copy of excerpts from the March 23, 2006 deposition of Michael Scher.

17. Attached as Exhibit O is a true and accurate copy of excerpts from the January 4, 2006 deposition of Matthew Lane.

18. Attached as Exhibit P is a true and accurate copy of excerpts from the February 1, 2006 deposition of Eric J. Shaw.

19. Attached as Exhibit Q is a true and accurate copy of excerpts from the January 31, 2006 deposition of Dina Sha'altiel.

20. Attached as Exhibit R is a true and accurate copy of an NSF Report.

21. Attached as Exhibit S is a true and accurate copy of Account Notes relating to December 2003 NSF checks.

22. Attached as Exhibit T are true and accurate copies of statements by David McQuisten, Mark LeFevre, Brad Reavis, Kim Marlow, and Eric Shaw.

23. Attached as Exhibit U is a true and accurate copy of a Memo for Record from Kathy Obenshain to Josh Ginden, Steve Leckerman, and Dina Loft, dated January 22, 2004.

24. Attached as Exhibit V is a true and accurate copy of an e-mail from Valerie Hue to Steve Leckerman, dated January 22, 2004.

25. Attached as Exhibit W is a true and accurate copy of a memorandum from Valerie Hue to Steve Leckerman, Ted Fox, Human Resources, and the File of Valerie Hue, dated January 27, 2003.

26. Attached as Exhibit X is a true and accurate copy of the Sworn Statements of Brian Laiche, Darrin Deesch, Steve Ross, Chris Santasiero, Lenny Ciccarone, Manny Cardozo, Joe Batie, Mike Scher, Joe Thomas, and Kathy Obenshain.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 17, 2006

_____
Alyssa M. Schwartz (#4351)