Exhibit R

| DATE OF CHECK | Collector Name | A/C # | Root of Problem collector/cash debtor | Unit | Check Amount | Explanation |
|---|---|---|---|---|---|---|
| 12/26/2003 | william callett | S78713 | collector/debtor | A11 | -5930.43 | 1st bounce was nevered made up w cert funds |
| 12/31/2003 | william callett | R95152 | collector | A11 | -3221 | debtor said no nfy on 12/12 ck should of pulled |
| 12/31/2003 | william callett | T03297 | debtor | A11 | -3000 | no money |
| 12/31/2003 | william callett | S92674 | collector | A11 | -1020.65 | debtor told collector funds no good |
| 12/31/2003 | steve troxell | S57063 | debtor | A20 | -2500 | no money |
| 12/31/2003 | steve troxell | R19352 | debtor | A20 | -2500 | stop pay |
| 12/31/2003 | steve troxell | R83936 | debtor | A20 | -1000 | no money |
| 12/30/2003 | michelle glidden | R01080 | debtor | A21 | -1500 | no money |
| 12/31/2003 | keith bryant | S78635 | collector/debtor | A3 | -2744.03 | nvr flu to see if roller recd |
| 12/31/2003 | keith bryant | T35950 | collector/debtor | A3 | -2529.73 | d called to pull ck same day |
| 12/31/2003 | keith bryant | S13415 | collector/debtor | A3 | -1800 | had nsf should of made up w cert |
| 12/31/2003 | claude jones | T04496 | debtor | A32 | -2225.86 | no money |
| 12/24/2003 | harold moore | Q97254 | debtor | A37 | -3044.6 | no money |
| 12/24/2003 | kevin brown | T16561 | debt | A43 | -1051.73 | no money |
| 12/31/2003 | ellis phelps | A68860 | debtr | A53 | -5000 | no money mult nsf |
| 12/31/2003 | ellis phelps | S42563 | debtr | A53 | -2000 | no money |
| 12/31/2003 | ellis phelps | T14389 | debtr | A53 | -1718 | no money |
| 12/26/2003 | ellis phelps | A68860 | debtr | A53 | -1000 | no money mult nsf |
| 12/29/2003 | julie rees | R49535 | collector/debtor | A63 | -3611.8 | money was in the hosp debtor is client |
| 12/30/2003 | julie rees | R87439 | debtor | A63 | -3369.61 | |

000944

001025

| Date | Name | Account | Role | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | david Kornahrens | T07557 | collector | B59 | -2500 | mult nsf redci w/o d ck |
| 12/29/2003 | david Kornahrens | S47763 | debtor | B59 | -1000 | mult nsf |
| 12/31/2003 | bob fager | S98456 | debtor | B6 | -1220 | no money |
| 12/30/2003 | walter theodore | S64627 | debtor | B62 | -1000 | verf bank good for 1 put 2 cks in poss rensf |
| 12/30/2003 | linda costa | S09348 | debtr | B63 | -2845 | no money |
| 12/30/2003 | linda costa | S83272 | debtr | B63 | -1682 | accounting issue |
| S21335 | steven birdsong | S21335 | collector | D1 | -1813 | collector ran ck -funds no verf |
| 12/29/2003 | raymond morrison | 573686 | debtor | D17 | -2500 | no money |
| 12/30/2003 | dantae ramirez | T16568 | debtor | D19 | -1166.58 | no money |
| 12/31/2003 | dantae ramirez | R97882 | collect/mgr | D19 | -1000 | redci w/o contact |
| 12/31/2003 | BRAD REAVES | R06156 | collector | D22 | -7000 | nvr recd authrztn from d eorn |
| 12/31/2003 | BRAD REAVES | S51306 | collector | D22 | -3435.5 | nnvr recd authrztn from d eorn |
| 12/31/2003 | Brad REAVES | S51306 | collector | D22 | -3400 | nvr recd authrztn from d eorn |
| 12/31/2003 | BRAD REAVES | T32974 | debtor | D22 | -2401.46 | no money |
| 12/31/2003 | BRAD REAVES | T20071 | collector | D22 | -2030 | nvr recd authrztn to del ck |
| 12/29/2003 | BRAD REAVES | S98825 | collector | D22 | -2000 | knew no money nvr pulled ck |
| 12/31/2003 | BRAD REAVES | S98825 | collector | D22 | -2000 | knew no money nvr pulled ck change postdate then docrmnl to do so |
| 12/31/2003 | BRAD REAVES | S42285 | collector | D22 | -2000 | documnls no clear |
| 12/31/2003 | BRAD REAVES | T38089 | ? | D22 | -1500 | d was sending mo mult nsf |
| 1/5/2004 | BRAD REAVES | S85602 | collector | D22 | -1071.18 | d was sending mo mult nsf |
| 12/24/2003 | BRAD REAVES | S85602 | collector | D22 | -1000 | collclr knew d was sending mo ck should have been pull |
| 12/31/2003 | BRAD REAVES | R72202 | collector | D22 | -1000 | |
| 12/29/2003 | KEN ROSE | S94552 | COLLECTOR | D29 | -6500 | notes don't add up |
| 12/31/2003 | KEN ROSE | T11659 | collector/client | D29 | -5000 | notes show pending client ck shoukld of pulled |
| 12/29/2003 | KEN ROSE | S27200 | collector | D29 | -1982 | mult nsf should of pulled |

| Date | Name | Account | Type | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | joe giaquento | R74588 | collector | D31 | -2683.21 | 2nd dci no contact or authorzin |
| 12/30/2003 | joe giaquento | T09615 | debtor | D31 | -2459.94 | no money |
| 12/31/2003 | joe giaquento | T22837 | cash | D31 | -1202.05 | ck was changed date to 2nd ran on 31st |
| 12/29/2003 | joe giaquento | S95774 | debtor | D31 | -1112.13 | no money |
| 12/31/2003 | dan maddox | Q93881 | collector | D36 | -22879.62 | knew aba wrong gor correct info and nvr put in also had date change |
| 12/31/2003 | david dunham | S97141 | collector | D43 | -2034.01 | nvr called debtor after 1st bounce |
| 12/31/2003 | david dunham | T16655 | collector | D43 | -1062.5 | no contact w d then dci |
| 12/30/2003 | david dunham | S07157 | collector | D43 | -1000 | no money |
| 12/31/2003 | SCOTT RAULSTON | D95575 | collector/debtor | D48 | -4000 | no money -funky notes |
| 12/30/2003 | SCOTT RAULSTON | R40912 | debtor | D48 | -1500 | no money |
| 12/31/2003 | SCOTT RAULSTON | S80592 | debtor | D48 | -1050.74 | funky notes |
| 12/31/2003 | matt lane | S28434 | collector | D60 | -7500 | no contact after 1st bounce then redci |
| 12/31/2003 | matt lane | S13617 | collector | D60 | -5000 | no contact after 1st bounce then redci |
| 12/31/2003 | matt lane | R21037 | collector | D60 | -4325 | no contact after 1st bounce then redci / ck was a pull |
| 12/30/2003 | matt lane | S54996 | collector | D60 | -4000 | no contact after 1st bounce then redci |
| 12/31/2003 | matt lane | S70944 | collector | D60 | -3023.5 | no contact after 1st bounce then redci |
| 12/30/2003 | matt lane | R63502 | collector | D60 | -1000 | redci |
| 12/24/2003 | mark lefevre | T13335 | debtor | D70 | -14045 | no money |
| 12/31/2003 | mark lefevre | Q71642 | collector | D70 | -14000 | 1st ck bounce debtor then told collector ck no good till the 10th collector put ck in on the 2nd |

| Date | Name | Account | Role | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | mark lefevre | T14251 | collector/debtor | D70 | -6617.79 | 1st bounce then redcl funky docs |
| 12/30/2003 | mark lefevre | S51701 | collector | D70 | -1745.62 | no contact w debtor only lm |
| 12/31/2003 | joseph dunning | S11960 | collectr | D75 | -1000 | no contact w debtor only lm |
| 12/30/2003 | david mcquisten | 684902 | collector/debtor | D79 | -15000 | unable to verf funds 2nd time |
| 12/31/2003 | david mcquisten | Q83571 | collector/mgt | D79 | -12000 | redip per mgt no funds per notes |
| 12/31/2003 | david mcquisten | S15764 | collector | D79 | -8000 | mult nsf |
| 12/31/2003 | david mcquisten | 667976 | collector | D79 | -4373.34 | 1st ck nsf no real contact redcl |
| 12/31/2003 | david mcquisten | S47717 | collector/mgt | D79 | -3778.06 | ck bounce mult nsf |
| 12/31/2003 | david mcquisten | S95738 | collector | D79 | -3000 | dcl done w/o authrztn |
| 12/30/2003 | david mcquisten | T32522 | collector | D79 | -2500 | redcl w/o authrzn just verf w bank - calld next day and was then told no funds |
| 12/30/2003 | david mcquisten | P96885 | collector | D79 | -1600 | mult nsf for sevral mo change dcl dates |
| 12/31/2003 | david mcquisten | R92555 | collector | D79 | -1500 | mult date changes mult nsf |
| 12/31/2003 | david mcquisten | R37499 | collector/mgt | D79 | -1366.86 | mult nsf |
| 12/31/2003 | mike kralg | 892388 | collector | F11 | -2000 | dcl error |
| 12/30/2003 | St. Clair Carr | Q72441 | collector | F21 | -1000 | collector told debtor to do a stop pmnt |
| 12/30/2003 | Jon Tapia | D32616 | debtor | F51 | -5000 | no money |
| 12/31/2003 | Trenice Harris | Q76796 | debtor | F65 | -2000 | no money |
| 12/31/2003 | Bruce Richardson | S16794 | debtor | F93 | -2000 | no money |
| 12/30/2003 | Storm McIntyre | Q83584 | debtor | M1 | -3000 | no money |
| 12/31/2003 | Brian Dennis | S16508 | debtor/collector | M2 | -12000 | attny sd he would fed-ex ck - ck's were dc'd |

| Date | Name | Account | collector/debtor | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | julie rees | S09400 | collector/debtor | A63 | -1000 | no money/mult nsf |
| 12/31/2003 | david dubery | T23443 | debtor | A73 | -1785.33 | no money |
| 12/31/2003 | lori clark | T08940 | debtor | A75 | -4105 | client issues |
| 12/30/2003 | lori clark | S25962 | debtor | A75 | -2900.43 | no money |
| 12/29/2003 | lori clark | T13949 | debtor | A75 | -2898.42 | no money |
| 12/31/2003 | lori clark | T03384 | debtor | A75 | -2524.43 | no money |
| 12/31/2003 | lori clark | T20759 | debtor | a75 | -2030 | no money |
| 12/31/2003 | lori clark | T20248 | debtor | A75 | -1000 | no money mult nsf |
| 12/31/2003 | lori clark | T20248 | debtor | A75 | -1000 | no money mult nsf |
| 12/31/2003 | craig cavalcante | R63632 | debtor | A76 | -18997.6 | debtor called no good same day |
| 12/31/2003 | craig cavalcante | T34793 | debtor | A76 | -16176.62 | dci-name error made good bc took cc decline no contact took clk |
| 12/31/2003 | craig cavalcante | T07888 | collector | A76 | -12577.13 | no money |
| 12/31/2003 | craig cavalcante | T20414 | debtor | A76 | -7333.99 | changed bank accounts w/o notices |
| 12/31/2003 | craig cavalcante | S65957 | debtor | A76 | -1937.67 | no contact w d just dci |
| 12/31/2003 | craig cavalcante | T12150 | collector | A76 | -1274 | no money |
| 12/30/2003 | craig cavalcante | T01866 | debtor | A76 | -1251.37 | no money |
| 12/31/2003 | frank orr | S60834 | debtor | A77 | -18935.94 | bank hold of funds |
| 12/31/2003 | frank orr | T15748 | debtor | A77 | -3600 | no money |
| 12/31/2003 | frank orr | T06799 | debtor | A77 | -3589.86 | no money |
| 12/31/2003 | frank orr | Q61567 | collector | A77 | -1753.47 | nvr made up 1st nsf or contact w debtor |
| 12/29/2003 | frank orr | D42544 | debtor | A77 | -1500 | no money |
| 12/31/2003 | frank orr | R83014 | collector | A77 | -1004.97 | nvr made up 1st nsf or contact w / nvr made up 1st nsf or contact w / debtor |
| 12/24/2003 | jessie montoro | S27322 | debtor | A82 | -3857.73 | no money |
| 12/24/2003 | jessie montoro | R86627 | debtor | A82 | -3595.3 | no money |
| 12/31/2003 | tom ventrone | R25366 | collector/debtor | B57 | -1042.15 | knew ck no good moved dci |

| Date | Name | Account | debtor/collector | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Brian Dennis | R22796 | debtor/collector | M2 | -11133.33 | 2 bounces in a row-nvr verified funds |
| 12/31/2003 | Brian Dennis | T04342 | debtor | M2 | -4520 | no money |
| 12/22/2003 | Brian Dennis | 691579 | debtor | M2 | -2000 | stop payment |
| 12/31/2003 | Mark Patterson | S09433 | collector | M25 | -1000 | dbtor cld to change ck date- collector said no |
| 12/22/2003 | Elkiedra Richard | Q60240 | debtor | M26 | -3012 | no money |
| 12/31/2003 | Jim Gillis | 966780 | collector | M31 | -30000 | was told by super to verify funds no name |
| 12/31/2003 | Jim Gillis | R88579 | debtor | M31 | -2411.5 | |
| 1/6/2004 | Annie Hunt | T16484 | collector | M38 | -2536.78 | verified no money with bank-still ran |
| 12/31/2003 | Annie Hunt | D46489 | collector | M38 | -2059.88 | dbtr std he was sending WU- verified no money- still ran ck |
| 12/31/2003 | Fernando Hunt | S89295 | debtor | M4 | -4577.07 | no money |
| 12/31/2003 | Fernando Hunt | S88816 | debtor | M4 | -1500 | no money |
| 1/6/2004 | Dane Revelfe | 248701 | debtor/collector | M40 | -1041.66 | never followed up after 1st bounce. |
| 12/31/2003 | Greg Ansardi | T12054 | collector | M42 | -1050.11 | debtor called to stop pmnt-never done |
| 12/30/2003 | Denise Richardson | S40051 | debtor | M73 | -1962.09 | no money |
| 12/30/2003 | Steve Hallam | T38274 | ??? | M80 | -2500 | ??? |
| 1/13/2004 | Mike Mullens | Q90213 | debtor | P15 | -1420.54 | ck not endorsed |
| 12/31/2003 | Frank Sauceda | T16254 | debtor | P16 | -9000 | no money |
| 12/31/2003 | Frank Sauceda | T26854 | debtor | P16 | -4608.38 | no money |
| 12/31/2003 | Frank Sauceda | T24294 | debtor | P16 | -2593.91 | no money |

| Date | Name | Account | Role | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Bill Rice | S04710 | collector | P46 | -1000 | every ck in past 4 months bounced. |
| 12/31/2003 | Bruce Woodson | S58146 | collector | P49 | -6000 | dbtr said still trying to get funds- collector dld'd anyway 2 bounces-2 checks taken, asked to get cert funds, no attempt made. |
| 12/31/2003 | Bruce Woodson | S30421 | collector | P49 | -2000 | 3 bounces in a row |
| 12/31/2003 | Bruce Woodson | S61445 | collector | P49 | -1835.41 | 4 bounces in a row |
| 12/31/2003 | Bruce Woodson | S46255 | collector | P49 | -1704.76 | |
| 12/31/2003 | Ricardo Hernandez | 897578 | debtor | T21 | -1000 | no money |
| 12/31/2003 | Ricardo Hernandez | R49951 | debtor | T21 | -1000 | no money |
| 12/30/2003 | Dennis Angeles | Q19413 | debtor | T27 | -1000 | debtor is a client |
| 12/26/2003 | Andrew Hardin | S95713 | debtor | T47 | -3875 | no money |
| 12/29/2003 | Darrel Austin | T16868 | debtor | T63 | -3138.75 | no money; dbtr wanted pd changed-never changed |
| 12/31/2003 | Darrel Austin | R92845 | collector | T63 | -2000 | debtr was to fed ex ck-ck did'd |
| 12/31/2003 | Darrel Austin | T19022 | collector | T63 | -1000 | No Contact |
| 12/31/2003 | Darrel Austin | P9887I | debtor | T63 | -1000 | no money |
| 12/31/2003 | Ronald Davis | R51111 | collector/debtor | Z1 | -2004.11 | dbtr clld sd having trouble with funds, will c/b, check rain n bounced. |
| 12/31/2003 | Ronald Davis | Q75158 | debtor | Z1 | -1750 | no money |
| 12/31/2003 | Michael Dubay | T22857 | debtor | Z11 | -5133.34 | no money |
| 12/31/2003 | Michael Dubay | T26751 | debtor | Z11 | -1307.44 | mail in check bounced |
| 12/31/2003 | Robert Goodrich | T16242 | debtor | Z12 | -1187.15 | no money |

| Date | Name | Account | debtor/collector | P# | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Frank Sauceda | R52068 | debtor | P16 | -1766.36 | no money |
| 12/26/2003 | Dan Stack | S78094 | debtor/collector? | P18 | -22962.54 | ??? Cmnts show dbtr stop pay b4 ck ran |
| 12/31/2003 | Dan Stack | T20235 | debtor | P18 | -3927.93 | no money |
| 12/26/2003 | Dan Stack | S80488 | debtor | P18 | -1659 | no money |
| 12/31/2003 | Stephen Ross | R75604 | collector | P3 | -11913.64 | Does not make sense-dcl'd x2 no contact |
| 12/31/2003 | Stephen Ross | R75604 | collector | P3 | -11913.64 | does not make sense- dclx2 no contact |
| 12/31/2003 | Stephen Ross | S66790 | collector | P3 | -7290.69 | doesnot make sense- dclx2 no contact |
| 12/31/2003 | Stephen Ross | S66790 | collector | P3 | -7290.69 | Does not make sense-dcl'd x2 no contact |
| 12/31/2003 | Doug Gallaher | T04431 | collector | P42 | -1355.6 | dbtr fed ex'd check- ck was dcl'd no contact. |
| 12/31/2003 | Doug Gallaher | S72495 | debtor/collector | P42 | -1157.23 | unable to contact debtor after 1st bounce. |
| 12/29/2003 | Doug Gallaher | S25262 | collector | P42 | -1000 | no doc's from dbtr to ok post dates |
| 12/31/2003 | miguelle Christi | Q97349 | collector | P44 | -2000 | changed ck with no contact |
| 12/31/2003 | miguelle Christi | T14046 | debtor | P44 | -1550 |  |
| 1/13/2004 | miguelle Christi | Q90213 | debtor | P44 | -1508.22 | mail in check |
| 12/31/2003 | Michelle Beck | T22732 | debtor | P45 | -1495 | no money |
| 12/31/2003 | Bill Rice | S84638 | debtor | P46 | -1784.39 | no money |
| 12/29/2003 | Bill Rice | T13604 | collector | P46 | -1490.78 | dbtr said needed more time- collector verifed funds with bank n ran-ck still bounced. |
| 12/30/2003 | Bill Rice | T13604 | collector | P46 | -1490.78 | dbtr said needed more time- collector verifed funds with bank n ran-ck still bounced. |

| Date | Name | ID | Role | Z | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Gary Garrett | R37980 | collector | Z19 | -1275.4 | 5 bounces in a row- bounced 2 cks after coll. doc'd need cert funds. |
| 12/31/2003 | Gary Garrett | R25371 | debtor/collector | Z19 | -1061.4 | told by manager to get cert funds |
| 12/31/2003 | Edward Falco | S28056 | debtor | Z2 | -5862.14 | client concerned |
| 12/31/2003 | Edward Falco | S63690 | collector | Z2 | -1000 | collectors doc's say ck ran early without dbtrs ok. |
| 12/30/2003 | Maria Munson | T26931 | debtor | Z22 | -1022.94 | no money |
| 12/31/2003 | Patricia Pardo | R59576 | debtor | Z23 | -1500 | no money |
| 12/31/2003 | Jon Fred | T06510 | collector | Z37 | -1254.85 | verified no money with bank- never destroyed |
| 12/31/2003 | Jacqueline Johns | R93638 | collector | Z41 | -2429.7 | debtor has bounced 5 cks in a row starting Oct. |
| 12/30/2003 | Ed Bagrowski | S25765 | debtor | Z52 | -5000 | Stop payment |
| 12/29/2003 | Ed Bagrowski | T16639 | collector/debtor | Z52 | -4186.9 | was told by manager to verify ck after first ck bounced |
| 12/29/2003 | Ed Bagrowski | S98838 | debtor | Z52 | -3996.65 | waiting for collector to pull next ck, as requested by manager. |
| 12/26/2003 | Ed Bagrowski | S80928 | debtor | Z52 | -1398.85 | no money |
| 12/31/2003 | Ed Bagrowski | S80928 | debtor | Z52 | -1333.39 | no money |
| 12/31/2003 | Gary Garrett | G29113 | collector/debtor | Z6 | -1000 | Collector was told cert. funds only-too many bounces |
| 12/30/2003 | Richard Thompson | R77406 | debtor | Z7 | -15213 | no money |
| 12/26/2003 | Richard Thompson | T14832 | debtor | Z7 | -1845 | debtor was to mail cert funds, next day ltc was taken |
| 12/31/2003 | Richard Thompson | R01525 | debtor | Z7 | -1500 | no money |

12/30/2003

Dan Frazier

T00043

debtor

Z8

-3666.66

Stop Payment- Debtor's been waiting on loan money.

001322

Exhibit S

# FACT SHEET

```
CRS #:      R97882                    Client #:   D99K3V-1
Name:       CHAD THOMAS-SOLE PROP   SANDHILL OIL CO
Address:    6690 OTOE ROAD          Acct #:
City/State: ALLIANCE, NE 69301      Regarding:  200  MGT FEE
Phone #1:   (308) 762-7686          Amt Refered:    5434.12
Phone #2:   (000) 000-0000          Current Bal:    5585.26
Soc Sec No: 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             Comm Rate:      40.000%
Contact:    CHAD THOMAS             Costs:          0.00
                                    Ck Chg/Fee:     0.00
                                    Other    0.00
Status:     30  BANKRUPTCY          Interest Rate:  0.000%
Coll Unit:  L10  CHARLETTE PETKOVICH Interest Amt:   80.31
Date Last:  12/15/02                Date Received:  08/06/03
Activity Code:  NU ACTIVE DEBTOR       ****** RETURNED ******
E-Mail
WebSite
Old M&M #   Last:              .       First:
KCourtCost             350.00ArbitrateDte  00/00/00
KSF OfferAmt             0.00SF OfferDate  00/00/00
KLgl Mgmt Fee          200.00Lgl ContRate  40
NCO Fax #    (000) 000-0000 .
```

===============================================================================
```
 NEED SOA                           GERING, NE
 CL FAX 308-645-2539


 NSF 1000.00  CK 1608
 WEST HERITAGE CU
```
===============================================================================

```
----------PAYMENTS----------------  -------------TRANSACTIONS--------------
--Date--     Amount    Code   Rate  --DATE--    TIME  AC/RC  ----COMMENT----  ID

12/07/04    -350.00 RR 32L10 100.0% 08/06/03  17:50  MM/MT                    SLM
12/07/04     200.00 MF 31L10 100.0%    DEBT IS FOR FUEL OIL...DEBTOR ALSO D
11/30/04     150.00 RR 36L98 100.0%    OES BUSINESS AS THOMAS FARMS--BELIEV
11/05/04    -150.00 FS 33L98 100.0%    E DEBTOR FAX IS 308 762 1606
10/31/04    -200.00 MF 31L98 100.0% 08/07/03  11:21  RN/8     08-07-03        JUQ
10/31/04     350.00 1C 33L98 100.0% 08/07/03  11:21  CS/10                    JUQ
09/28/04     350.00 LE 32L47 100.0% 08/07/03  11:21  PB/GC   T OK             JUQ
01/09/04    1000.00    87AA1 100.0% 08/07/03  11:22  RM/CC                    JUQ
09/30/03     231.45    43D19100.0%    PLEASE PIC FOR JOE MANNING   X345
11/30/03    1000.00 LE 16D19 40.00% 08/07/03  14:36  PB/CO
11/30/03    1000.00 1C 13D19 40.00%    --FINANCIAL INVESTIGATIVE SERVICES--   J2C
11/30/03    1000.00 MF 88AA1100.00%    ...........RICHARD LION...........
12/08/03    1000.00 FS 87AA1100.00%    PIC-7686-REC ANS AS RSP..LMTC U
12/31/03    1000.00 RR 16D19 40.00% 08/07/03  14:36  RM/CC                    J2C
12/31/03    1000.00 MF 13D19 40.00% 08/07/03  14:36  RM/CC                    J2C
```

001043

R97882   CHAD THOMAS-SOLE PROP                              Page 3

----------PAYMENTS----------------  --------------TRANSACTIONS--------------
--Date--    Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT----  ID

                                    12/08/03  14:35  CS/48                    GV
                                    12/08/03  14:46  PB/LM   LFT MSG ...DR    DA
                                    12/09/03  07:37  TA/D0                    KI
                                    12/10/03  13:25  PB/LM   LM W MCH ...DR   DA
                                    12/11/03  14:16  PB/NA                    DA
                                    12/12/03  13:20  PB/NA                    DA
                                    12/16/03  13:52  RM/CC                    SL
                                      DANTAE....JUST TO LET YOU KNOW..BEST
                                       TIME TO REACH THE DEBTORS FOR
                                    12/16/03  13:52  RM/CC                    SL
                                      SANDHILL IS USUALLY VERY EARLY AM..C
                                       B AROUND 8-840---HOPE THIS HELPS
                                    12/18/03  10:35  PB/FU                    ER
                                      TT CHAD GV DEMAND TO RESOLVE NEED
                                       BIF PRIOR TO EOM CB 7AM TOM 2HRS
                                       BEHIND
                                    12/24/03  09:25  PB/LM                    DA
                                    12/29/03  09:22  PB/NA                    DA
                                      WILL TRY BACK...
                                    12/29/03  10:32  PB/NA                    DA
                                      NO ANSWER NO MSG WILL TRY BACK...
                                    12/29/03  13:06  PB/LM   LM W WIFE        DA
                                    12/29/03  15:41  GC/GC                    DA
                                      MGR APPROVL REDIP
                                    12/29/03  15:45  BK/RP                    DA
                                      ON 01-02-04 FOR 1000.00 1508
                                    12/29/03  15:45  CS/59                    DA
                                    12/29/03  15:45  CC/CC                    DA
                                      BANK WSTN HERITAGE CU AT 308-436-755
                                       8 ACCT
                                    12/31/03  09:37  PB/LM                    ERC
                                    01/02/04  10:43  PB/NA                    ERC
                                    01/05/04  13:52  CS/48                    ERC
                                    01/05/04  13:53  SR/SR                    ERC
                                      FOLLOW THE CHECK CALL DEBTOR
                                    01/06/04  17:01  PB/NA                    ERC
                                    01/08/04  11:21  PB/LM   LM ..            HUE
                                    01/09/04  12:15  CC/CC                    GVM
                                      CK1508 1000.00 NSF
                                    01/09/04  12:15  TA/     D19              SYS
                                    01/09/04  12:15  CS/42                    GVM
                                    01/12/04  07:28  TA/D0                    KIM
                                    01/12/04  09:06  RM/CC                    HUE
                                      YOU DID NOT FOLLOW MGR DIRECTIONS
                                    01/12/04  09:07  SR/CC                    HUE
                                      YOU HAVE UNTIL FRIDAY TO MK GOOD OR
                                       IT WILL BE ASSIGNED.
                                    01/12/04  13:55  PB/LM                    HUE
                                      P1 LM W VM ...I CALL THIS ACCOUNT
                                       EVERYDAY FOLLOWING THE CHK WHAT DO
                                       U MEAN ..DR
          001050                    01/21/04  08:30  SR/SR   CERT FUNDS ONLY  ERC
                                    01/21/04  16:05  PB/NA                    DAR
                                    02/11/04  15:10  SR/SR                    KIM

# FACT SHEET

```
CRS #:      Q83571                      Client #:   D17221-1
Name:       DELTA FLORAL              ENSIGN WHOLESALE FLORAL
Address:    241 EAST MAIN            Acct #:
City/State: DELTA, UT 84624          Regarding:  200 MGMT FEE
Phone #1:   (435) 864-2260           Amt Refered:   30047.90
Phone #2:   (435) 864-4088           Current Bal:   30047.90
Soc Sec No: 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              Comm Rate:       40.000%
Contact:    SUSAN/EDWARD JOHNSON     Costs:            0.00
                                     Ck Chg/Fee:       0.00
                                     Other    0.00
Status:     30  BANKRUPTCY           Interest Rate:    0.000%
Coll Unit:  L91  CHARLETTE PETKOVICH Interest Amt:     0.00
Date Last:  05/01/02                 Date Received:  04/16/03
Activity Code:  B3 BKT CHPTR 13          ****** RETURNED ******
E-Mail
WebSite
Old M&M #    Last:                   First:
KCourtCost                 0.00ArbitrateDte  00/00/00
KSF OfferAmt         12000.00SF OfferDate   12/31/03
KLgl Mgmt Fee             0.00Lgl ContRate
NCO Fax #     (000) 000-0000
```

====================================================================================

```
  SUIT FILED                              KAMAS, UT



                                      225.00

  ZIONS FIRST NATL BK
```

====================================================================================

```
-----------PAYMENTS---------------    -------------TRANSACTIONS---------------
--Date--     Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID

06/07/04    -425.00 RR 32L91 100.0% 04/16/03  15:55  MM/MT                  SLM
06/07/04     200.00 MF 31L91 100.0%    HOME NUMBER IS 435.864.4088. CLIENT
06/07/04     225.00 RR 36L91 100.0%    HAS SIGNED PERSONAL GUARANTEE.
05/11/04    -200.00 MF 31L73 100.0% 04/17/03  07:28  RN/4   04-17-03        DMQ
05/10/04    -225.00 FS 33L73 100.0% 04/17/03  07:28  CC/CC  REQ EXPER       DMQ
05/07/04     425.00 1C 33L73 100.0% 04/17/03  07:29  FD/NL                  DMQ
04/21/04     425.00 LE 32L74 100.0% 04/17/03  10:47  PB/NA                  DMQ
01/09/04   12000.00    87AA1 100.0%    POB NA..MANY RINGS
08/25/03   12000.00    16D79  30.00% 04/17/03  10:47  FD/NL                 DMQ
08/25/03 NSF 12000.00 LE 13D79 30.00% 04/17/03  10:48  TC/CC                DMQ
08/25/03   12000.00 1C 88AA1100.00%    CALL CLI NA MANY RINGS
09/03/03   12000.00 FS 87AA1100.00% 04/17/03  10:49  TC/CC                  DMQ
11/30/03   12000.00 MF 16D79  30.00%   CALL CLI-VERI FILE..PREV CUST..SD
11/30/03 NSF 12000.00 RR 13D79 30.00%  PAYS POORLY..CKS BOUNCE..HAVE CRE
11/30/03   12000.00 MF 88AA1100.00%    APPL AND PG AND CK COPIES..LAST
```

Q83571   DELTA FLORAL

Page 11

```
----------PAYMENTS----------------    -------------TRANSACTIONS--------------
--Date--    Amount    Code    Rate    --DATE--    TIME   AC/RC  ----COMMENT---- ID
```

*(handwritten annotations in left margin: "not changed", "Status - CK should", "was a hold paid, should of been changed (1st) collector for EOM date")*

```
                                      LAUGH AT HER, ADV THIS IS IT, NO
                                      MORE CHANCES
                                      11/26/03  13:12  CC/CC              DM
                                      SUBMIT CK HOLD-DEBTR MAY SEND CERT
                                      FUNDS ON FRIDAY FROM BANK..WL CI
                                      AND LM ON MY VCML..RE-INPUT MONDAY
                                      IF NO MSSG
                                      11/26/03  13:13  BK/CP              DM
                                      ON 12-05-03 FOR 12000.00 1731
                                      11/26/03  13:16  CS/48              HU
                                      11/26/03  13:18  BK/CP              DM
                                      ON 12-01-03 FOR 12000.00 1731
                                      12/01/03  09:55  CS/92              LA
                                      12/01/03  11:01  CS/10              DM
                                      12/01/03  13:20  DC/TD              DM
                                      SUSAN CI-DID NOT TAKE LOAN, SD
                                      DECIDED TO GET ON JAN 2-3RD, MUCH
                                      LOWER RATE AND WILL BE ABLE TO GET
                                      MORE MONEY, I ADV THIS IS IT-THIS
                                      CK MUST BE GOOD OR MADE GOOD BY 12-
                                      15 VIA CERT FUNDS..SHE MEETS WITH
                                      HER BROTHER ON 12-8 HE IS VERY RICH-
                                      BUT SHE EMBARRASED, ADV IF NOT NOW-
                                      THEN SUIT AND BIF PER CLI..WL TALK
                                      AND GIVE WIRE AND OVERNIGHT INFO
                                      EEW
                                      12/04/03  11:21  PB/LM              DMC
                                      POB LM MAN SD NI YET
                                      12/04/03  14:00  DC/TD              DMQ
                                      RSP CI BANK CALLED HER CK WAS RET-
                                      WE KNEW THIS WAS POS, SHE MEETS W
                                      BRO ON MONDAY PM, UNK IF HE HAS 12K
                                      AVAIL IMMED OR IF WILL TAKE DAY OR
                                      TWO..SD BANK DID NOTIFY HER THAT
                                      MAY GET LOAN B4 1ST, THIS WAS DELAYE
                                      D TO GET MOER FUNDS AND LESS INTERES
                                      T, SHE WL ADV TUE AM
                                      12/09/03  15:52  RM/CC              SLM
                                      HAVE YOU HEARD FROM DEBTOR. CLIENT N
                                      EEDS STAT. PLEASE HELP. THANKS
                                      12/09/03  15:52  RM/CC  VERY MUCH. JEN  SLM
                                      12/09/03  16:47  PB/TD              DMQ
                                      POB TT SUSAN HER BRO LOANING MONEY-
                                      SHOULD HAVE IDEA WHEN GETTING TOMMAR
                                      OW-..I WL HAVE HER SEND DIRECT TO
                                      CLI
                                      12/09/03  16:48  CS/48              DMQ
                                      12/10/03  14:13  RM/CC              SLM
                                      SINCE THIS CHECK HASNT BOUNCED YET,
                                      PLEASE MAKE SURE WE DONT SEND
                                      12/10/03  14:13  RM/CC              SLM
                                      MONEY TO THE CLIENT ON THE 15TH. THX
                                      . JEN
                                      12/11/03  10:57  CC/CC              GVM
```

*(handwritten annotation: "$ to Client")*

001134

Q83571  DELTA FLORAL

Page 12

```
----------PAYMENTS---------------    ------------TRANSACTIONS--------------
--Date--    Amount    Code    Rate    --DATE--    TIME  AC/RC  ----COMMENT----  II
```

```
                                        CK1731 12000.00 NSF
                                      12/11/03  10:57  CC/CC                    GV
                                        CK1731 12000.00 NSF CAN NOT REDIP..
                                        ONLY COPY OF CHK CAME BACK
                                      12/11/03  10:57  CS/ 0                    GV
                                      12/11/03  10:57  TA/D79                   SY
                                      12/11/03  10:57  CS/32                    GV
                                      12/11/03  11:27  DC/TD                    DM
                                        RSP SUSAN CI, HER BRO GOES TO HIS
                                        CO TOMARROW, HE WILL GET LOAN FROM
                                        HIS 401 K FOR 12K, IT WILL TAKE 2
                                        WEEKS, DV EOM, WILL TALK TUE
                                      12/11/03  11:28  TC/CC                    DM
                                        CALL CLI-W JEN, EXPL SIT..ADV OF
                                        EOM AND PYMNT DIRECT TO CLIENT
                                      12/12/03  09:15  TA/D0                    KI
                                      12/18/03  13:35  PB/TD                    DM
                                        POB TT RSP, SD STILL LOOKING AT EOM
                                        HOPEFULLY
                                      12/23/03  14:11  CS/59                    DM
                                      12/23/03  14:12  PB/TD                    DM
                                        POB TT RSP-NO WORD,
                                      12/29/03  15:10  PB/CC                    DM
                                        POB BUSY 2 TIMES
                                      12/29/03  16:19  PB/NM                    DM
                                        POB TT RSP WL CL WED AM, SHE IN
                                      12/31/03  14:02  PB/TD                    DM
                                        POB TT RSP, SD WILL TT BRO TOMARROW
                                        AND CALL 7AM HER TIME MONDAY WITH
                                        CK NUMBER
                                      01/02/04  09:28  CC/CC                    DM
                                        REDIP NSF PER MGMNT
                                      01/02/04  09:28  BK/RP                    DM
                                        ON 01-02-04 FOR 12000.00 1731
                                      01/02/04  09:28  CS/32                    DM
                                      01/02/04  09:28  CC/CC                    DM
                                        BANK ZIONS FIRST NATL BK AT 435-783-
                                        6256 ACCT
                                      01/02/04  16:49  DC/LM                    DM
                                        RSP CI LMR VCML ..SD HER HZ SDD NOT
                                        TO PUT CK THRU, BRO SD WAIT COUPLE
                                        DAYS WILL HAVE MONEY
                                      01/05/04  10:28  DC/TD                    DM
                                        RSP CI, UPSET CK WENT THRU-SD CLLED
                                        TO ADV NOT TO PUT IN..SD CK FROM
                                        BRO IS COMING OUT 1-10 WL HAVE 1-13
                                      01/08/04  11:49  FD/NL                    DM
                                      01/08/04  11:50  PB/NM  POB NM LFT        DM
                                      01/08/04  11:50  CC/CC                    DM
                                        RESET FOR PM CALL, TO VERI FUNDS
                                      01/09/04  14:46  CC/CC                    GVM
                                        CK1731 12000.00 NSF PAYMENT STOPPED
                                      01/09/04  14:46  TA/D79                   SYS
                                      01/09/04  14:47  CS/48                    GVM
```

Redip per mgr
No contact
Redip per
w/debtor

001135

# FACT SHEET

```
CRS #:      S47717                        Client #:   D51151-C
Name:       DANNER TILE              ADP/TOTALPAY/AUTOPAY
Address:    1358 HOMERSTEAD LANE     Acct #:     04-EHV
City/State: HAYWARD, CA 94545        Regarding:
Phone #1:   (510) 264-0205           Amt Refered:    3778.06
Phone #2:   (510) 755-1002           Current Bal:      0.00
Soc Sec No: 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              Comm Rate:     20.000%
Contact:    BARRY/CHRIS DANNER       Costs:            0.00
                                     Ck Chg/Fee:       0.00
                                     Other    0.00
Status:     41  PAID IN FULL         Interest Rate:   0.000%
Coll Unit:  D79  KIM MARLOW          Interest Amt:     0.00
Date Last:  09/05/03                 Date Received:  09/22/03
Activity Code:  PF PAID IN FULL        ****** RETURNED ******
E-Mail
WebSite
Old M&M #   Last:                    First:
KCourtCost              0.00ArbitrateDte  00/00/00
KSF OfferAmt        3022.45SF OfferDate  00/00/00
KLgl Mgmt Fee          0.00Lgl ContRate
NCO Fax #   (000) 000-0000
```

```
=======================================================================
  ROD-NEW PARTNER                        ELK GROVE, CA
  CHRIS CELL 510-773-7823
  CELL BARRY 510-755-1002 DISC           NSF CK 3480 3778.06
  FAX 510-784-9865 WIFE LOUISE           WASHINGTON MUTUAL BANK
  NSF CK 3480 3022.45                    ELK GROVE, CA
  WASHINGTON MUTUAL BK

=======================================================================
```

```
----------PAYMENTS----------------  -------------TRANSACTIONS-------------
--Date--     Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT----  ID

05/29/04    3778.06 EC 16D79  20.0% 09/23/03  07:50  RN/4   09-23-03          DMC
01/09/04    3778.06    87AA1 100.0% 09/23/03  07:50  CC/CC  RESET TOO EARLY  DMC
12/31/03    3778.06    88AA1 100.0% 09/23/03  07:50  FD/NL                   DMC
12/31/03 NSF 3778.06 EC 13D79 20.0% 09/23/03  07:51  FD/NL                   DMC
12/31/03    3778.06 EC 16D79  20.0% 09/23/03  07:51  CC/CC                   DMC
12/11/03    3778.06    87AA1 100.0%  FD GV CO SM ADDR DIF PH
11/30/03    3778.06    88AA1 100.0% 09/23/03  13:18  PB/CC  POB BUSY         DMC
11/30/03    3778.06 EC 13D79  20.0% 09/23/03  13:18  FD/NL                   DMC
09/30/03    3022.45 EC 16D79 20.00% 09/23/03  13:19  CC/CC                   DMC
09/30/03 NSF 3022.45   13D79 20.00%  WWW-SOS NL FOUND FOR DANNER TILE
09/30/03    3022.45    88AA1100.00% 09/23/03  13:22  CC/CC  CL SLS NA        DMQ
10/08/03    3022.45 EC 87AA1100.00% 09/23/03  13:22  CC/CC                   DMQ
10/08/03    3022.45 EC 16D79 20.00%  SENT MSG TO SC 1224 FOR 09-23-03
10/08/03 NSF 3022.45   13D79 20.00%  CLI 51151, DEBTR S47717 DO WE HAVE B
10/08/03    3022.45    88AA1100.00%  U, MULT IS SAME CLIENT
```

S47717   DANNER TILE

Page 6

```
----------PAYMENTS----------------        -------------TRANSACTIONS---------------
--Date--      Amount     Code   Rate   --DATE--    TIME  AC/RC   ----COMMENT---- II
```

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|

```
                                       CELL REC , NM..CL 0205 BUSY OUT 2
                                       TIMES
                                       11/12/03  15:14  PB/LM          DM
                                       POB 0205 AND 1002 LMRTCO ASAP
                                       11/13/03  12:57  CC/CC          DM
                                       CL 0205 MANY RINGS NA, CALL 1002
                                       VCML MAILBOX FULL, RES TT WIFE-SD
                                       MONEY DID NOT COME IN YET..SD GOVT
                                       JOB, KEEP GETTING TOLD ANY DAY
                                       11/13/03  13:05  CC/CC          DM
                                       TT LOUISE AT RES..SEE MULT NOTES
                                       11/14/03  10:40  CC/CC          KI
                                       UNRTRN D51151C-04-EHV
                                       11/14/03  10:41  TA/D0          KI
                                       11/17/03  10:54  CC/CC          DM
                                       TT DAVE D..MULT RSP SENDING CERT
                                       FUNDS FOR RET CK TO BE SENT OVERNIGH
                                       T WED
                                       11/17/03  10:55  CS/59          DM
                                       11/19/03  16:58  CC/CC          DM
                                       CL BARRY CELL 1002 REC NM . CALL
                                       CHRIS CELL 510-773-7823..TT CHRIS..
                                       SD CL BACK 2 MIN
                                       11/20/03  11:14  PB/CC          DM
                                       CL CHRIS CELL 510-773-7823 VCML NM,
                                       CALL BARRY CELL 1002 LMR, CALL 0205.
                                       ..LMR, CL RES 9865..LMR
                                       11/20/03  11:17  CC/CC          DM
                                       CORRECTION DID NOT LM AT RES
                                       11/20/03  11:51  PB/CC          DM
                                       CELL BARRY 1002, REC NM, CALL 0205
                                       REC NM
                                       11/20/03  11:52  CC/CC  C1-2-FILE BATES DM
                                       11/20/03  12:17  CC/CC          DM
                                       CELL CHRIS  VCML NM, RES NA MANY
                                       RINGS
                                       11/20/03  16:04  PB/LM          DM
                                       POB 0205 LMR, CHRIS CELL LMR
                                       11/21/03  11:49  CC/CC          DM
                                       ACTIVITY PF  D51151C-04-EHV
                                       11/21/03  12:57  CC/CC          DM
                                       CALL RES 9865..FAX TONE, 1002-BARRY
                                       CELL. LMR
                                       11/21/03  12:59  CC/CC          DM
                                       CHRSI CELL LMR, CL 0205 LMR
                                       11/21/03  14:53  CC/CC          DM
                                       DID PBP FOR REDIP
                                       11/21/03  14:55  BK/RP          DM
                                       ON 12-01-03 FOR 3778.06 3480
                                       11/21/03  14:55  CS/32          DM
                                       11/21/03  14:55  CC/CC          DM
                                       BANK WASHINGTON MUTUAL BANK FA AT 91
                                       6-685-2080 ACCT
                                       11/24/03  11:58  PB/CC          DM
```

Redi w/o
contact

001144

S47717   DANNER TILE                                    Page 7

```
-----------PAYMENTS----------------    ------------TRANSACTIONS--------------
--Date--.    Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT----  II
                                     POB 1002 AND 9865 REC AND FAX NM,
                                     CL 7823-REC, 0205 REC NM
                                     11/25/03  14:22  PB/CC                    DM
                                     POB 0205 REC NM, CL 1002 BARRY CELL,
                                     REC NM
                                     11/25/03  14:25  CC/CC                    DM
                                     CL RES BUSY OUT, CL BACK DISC 9865
                                     11/25/03  14:43  PB/LM                    DM
                                     POB 0205 LMR, CL BARRY CELL 1002-
                                     LMR, CHRIS CELL 7823..
                                     11/25/03  14:46  PB/TD                    DM
                                     POB TT CHRIS ADV OF CK FOR 12-1 IF
                                     PROBLEM MUST CALL, BY TOMMARROW
                                     12/01/03  08:08  CS/48                    SG
                                     12/01/03  11:20  PF/ET                    LA
                                     12/01/03  11:20  CC/CC                    SY
                                     ACTIVITY AD - CBR2738476
                                     12/01/03  11:20  CC/CC                    SY
                                     RETURN D51151C-04-EHV
                                     12/04/03  11:08  CC/CC                    DM
                                     BANK DOES NOT VERI
                                     12/04/03  11:10  CC/CC                    DM
                                     CL CELL 755-1002 DISC, 0205 REC,
                                     7823-LMR CHRIS VCML,
                                     12/11/03  10:46  CC/CC                    GV
                                     CK3480 3778.06 NSF
                                     12/11/03  10:46  CS/ 0                    GV
                                     12/11/03  10:46  TA/D79                   SY
                                     12/11/03  10:46  CS/41                    GV
                                     12/11/03  12:39  CC/CC  POB 0205 REC NM DM
                                     12/11/03  12:42  CC/CC                    DM
                                     RES 9865 REC ID BUSI
                                     12/12/03  07:41  TA/D0                    KI
                                     12/16/03  13:15  PB/TD                    DM
                                     POB 0205 TT CHRIS SD STILL WAITING
                                     ON MONEY FROM SCHOOL DIST, SD ANOTHE
                                     R CONTRACTOR PUT FALSE LIEN ON JOB,
                                     IS CAUSING DELAYS..SD BARRY HANDLES
                                     ALL CO FINANCES FOR BUSI, LM FOR
                                     BARRY IN 830-9PM EST
                                     12/16/03  13:18  CS/59                    DM
                                     12/16/03  13:19  CC/CC                    DM
                                     ACTIVITY PF  D51151C-04-EHV
                                     12/29/03  13:48  PB/NM                    DM
                                     POB BUSY 3 TIMES 0205, CL CHRIS
                                     CELL 7823 LMR, RES 9865..VCML NM
                                     12/29/03  16:57  PB/LM  POB 0205 LMR      DM
                                     12/30/03  12:30  PB/NM                    DM
                                     CL RES 9865 REC NM, POB 0205 REC NM,
                                     CHRIS CELL 7823 REC NM
                                     12/30/03  15:47  CC/CC                    DM
                                     RES REC, CHRIS CELL REC LMTCO, POB
                                     0205 LMR
                                     12/31/03  11:01  PB/LM                    DM
```

No $ Should of
pulled 12/31 CK

001145

S47717    DANNER TILE                                    Page 8

----------PAYMENTS----------------    -------------TRANSACTIONS--------------
--Date--    Amount    Code    Rate    --DATE--    TIME   AC/RC   ----COMMENT----   II

RES REC NM, 0205 REC, CHRIS CELL
REC LMTCO
01/02/04   08:16   BK/RP                                           DM
ON 01-10-04 FOR 3778.06 3480
01/02/04   08:16   CS/25                                           DM
01/02/04   08:16   CC/CC                                           DM
BANK WELLS FARGO BK NA AT 714-545-55
43 ACCT      - - - - -
01/02/04   08:16   CC/CC                                           DM
REINPUT NSF PER MGMNT
01/02/04   08:18   BK/CP                                           DM
ON 01-02-04 FOR 3778.06 3480
01/02/04   08:19   CC/CC                                           DM
INPUT WR DATE..REDIDP PBP REDIP
01/02/04   10:01   CS/48                                           SG
01/05/04   08:57   PF/ET                                           LA
01/05/04   08:57   CC/CC                                           SY
ACTIVITY AD - CBR2738476
01/05/04   08:57   CC/CC                                           SY
RETURN D51151C-04-EHV
01/05/04   11:13   PB/NM   RES 9865 BUSY                           DM
01/05/04   11:14   PB/TD                                           DM
POB TT RSP, SD HE JUST GOT OFF PH,
SD TO GET FUNDS ANY DAY, HALF BAL
SOMETIME THIS WEEK
01/08/04   11:30   PB/LM                                           DM
CL RES 9865 FAX, 0205 LMR
01/08/04   15:59   PB/CC   RES 9865 FAX                            DM
01/09/04   14:39   CC/CC                                           GVI
CK3480 3778.06 NSF ACCT CLOSED..
2019719632
01/09/04   14:39   TA/D79                                          SYS
01/09/04   14:40   CS/41                                           GVN
01/12/04   07:28   TA/D0                                           KIN
01/12/04   11:31   CC/CC                                           DMC
FWD TO KIM TO PUT IN MY QUE, PUT IN
D22 BY MISTAKE
01/12/04   11:32   PB/NM                                           DMC
CL RES 9865..MANY RINGS NA, CL POB
0205..LMR..CL CHRIS CELL 7823..
LMR
01/12/04   11:33   CC/CC   EMP-CHRIS                               DMC
01/12/04   13:37   TA/D22                                          KIN
01/12/04   16:30   PB/NM                                           DMC
RES 9865 FAX TONE, POB 0205 REC NM
LFT
01/12/04   16:32   CC/CC                                           DMQ
ACTIVITY PF  D51151C-04-EHV
01/13/04   11:28   PB/LM                                           DMQ
RES 9865 TT LOUISE, SD DO NOT THINK
THE MONEY COME IN YET, SHE NOT SURE
OF WHAT HAPPENING..0205 LMR BUSI
REC
01/14/04   11:55   PB/LM                                           DMQ

# FACT SHEET

CRS #:        R37499                            Client #:   D48062-C
Name:         J & R PRINTING OF STATEN ISLAN    BRADLEY GRAPHIC SOLUTIONS
Address:      1234 CASTLETON AVE                Acct #:
City/State:   STATEN ISLAND, NY 10310           Regarding:
Phone #1:     (917) 348-6999                    Amt Refered:    4102.86
Phone #2:     (718) 980-1281                    Current Bal:    4102.86
Soc Sec No:   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                       Comm Rate:        33.300%
Contact:      PETER SAVINO                      Costs:            0.00
                                                Ck Chg/Fee:       0.00
                                                Other     0.00
Status:       13  UNCOLLECTABLE                 Interest Rate:    0.000%
Coll Unit:    F25  LETTER SERIES                Interest Amt:     0.00
Date Last:    12/01/02                          Date Received: 06/06/03
Activity Code:  NU ACTIVE DEBTOR                ***** RETURNED *****
E-Mail        08
WebSite       01
Old M&M #    Last: 033004                       First:
KCourtCost              0.00ArbitrateDte  00/00/00
KSF OfferAmt            0.00SF OfferDate  00/00/00
KLgl Mgmt Fee          0.00Lgl ContRate
NCO Fax #    (000) 000-0000

===============================================================================
   RANDI L PRESWORSKY MGR 3905188          VICTORY STATE BANK
   RANDI RES IS 718-980-1281               OAKWOOD, NY
   ALT 718-984-3537 POS RSP                CLI PLCED S50044
   POS REL FOR RANDI 7185752812
   DEBTR IS CLI  S50044 FAIRBNKS
   NSF 1366.86 CK 1724
===============================================================================

----------PAYMENTS----------------    ------------TRANSACTIONS--------------
--Date--     Amount    Code   Rate    --DATE--    TIME  AC/RC   ----COMMENT---- ID

01/08/04     1366.86    87AA1 100.0%  06/06/03  11:33  MM/MT
12/31/03     1366.86    88AA1 100.0%                                            SLM
12/31/03 NSF 1366.86 EC 13D79  33.3%     CLIENT RAN DEBTOR CREDIT CARD AND IT
12/31/03     1366.86 EC 16D79  33.3%      WAS DECLINED 4 TIMES. THAT S WHY SH
12/03/03     1366.86    87AA1 100.0%     E PLACED IT FOR COLLECTIONS.
11/26/03     1366.86    88AA1 100.0%  06/09/03  08:09  PB/CC
11/26/03 NSF 1366.86 EC 13D79  33.3%     VERIFIED GOOD PHONE                    BAY
11/26/03     1366.86 EC 16D79  33.3%  06/09/03  08:11  CX/CX
06/12/03     1000.00 EC 16D72 33.30%     ADDRESS LINE 1  3838 RICHMOND AVE      BAY
06/12/03 NSF 1000.00 EC 13D72 33.30%     CITY  STATEN ISLAND,STATE  NY,ZIP
06/12/03     1000.00    88AA1100.00%     10312-3838 IS OWNED BY DTR CO......
06/20/03     1000.00    87AA1100.00%     UNABLE TO IDENTIFY SOS OR UCC FILING
07/31/03     1368.00 EC 16D79 33.30%     S......
07/31/03 NSF 1368.00 EC 13D79 33.30%  06/09/03  08:13  SS/SS
07/31/03     1368.00    88AA1100.00%     T NY SOS 518-473-2492 HAVE TO CALL     BAY
                                         900

001158

R37499    J & R PRINTING OF STATEN ISLAN                    Page 8

```
----------PAYMENTS---------------    -------------TRANSACTIONS--------------
--Date--    Amount    Code    Rate    --DATE--    TIME  AC/RC    ----COMMENT----  ID
                                      POB DID TT RANDI-SD NO MONEY-PUT ON
                                      HOLD..GOT DISC
                                      10/08/03  14:23  CS/48                      LAN
                                      10/08/03  14:23  SR/CC                      LAN
                                      PER MANAGER HOLD FOR VERIFICATION
                                      10/16/03  15:34  PB/LM                      DMC
                                      POB LM REC ID BUSI
                                      10/17/03  14:20  PB/CC    POB 5190 T DISC  DMC
                                      10/17/03  14:21  CC/CC                      DMC
                                      CL 3391..CHG TO 718-390-5190
                                      10/20/03  16:15  PB/CC    POB T DISC        DMC
                                      10/20/03  16:39  RM/CC                      SLM
                                      TRY THIS NUMBER...718.980.1281. THAN
                                      KS. JEN
                                      10/21/03  08:32  PB/CC                      DMC
                                      POB 390-5190 T DISC..CALL 718-980-
                                      1281..PRIV MGR
                                      10/21/03  08:33  CC/CC                      DMC
                                      TT SLS SD 1281 IS RANDI HOME NUMBER
                                      10/21/03  12:08  BK/CP                      DMQ
                                      ON 11-30-03 FOR 1366.86 1724
                                      10/21/03  12:08  CC/CC                      DMQ
                                      DATE PST DATE TO NOV UNTIL VERI
                                      10/21/03  13:28  CC/CC                      DMQ
                                      VIEW MULT-TT RANDI-STILL AT HOME-NO
                                      ONE IN OFFICE
                                      10/24/03  14:40  CS/92                      DMQ
                                      10/29/03  15:54  TC/CC    RESET             DMQ
                                      11/10/03  16:26  CC/CC                      DMQ
                                      DISC-CK CLI DBTR ACCT-FAIRBANKS
                                      STILL NOT ABLE REACH CLI
                                      11/11/03  09:17  CS/48                      LAN
                                      11/14/03  09:17  CC/CC    WP-7189843391    DMQ
                                      11/14/03  09:17  CC/CC                      DMQ
                                      C1-2-RSP PROM 2K CC
                                      11/14/03  09:19  PB/CC                      DMQ
                                      POB T DISC 5190, RES 1281 PRI MGR
                                      REC SD CONNECTING TO ANSWER SYS-BUT
                                      NOTH
                                      11/17/03  08:11  BK/CP                      DMQ
                                      ON 12-30-03 FOR 1366.86 1724
                                      11/17/03  08:12  CC/CC                      DMQ
                                      DID DATE CHG ON CK UNTILL REACH
                                      DEBTR
                                      11/17/03  11:02  RM/CC                      LAN
                                      PLEASE MOVE CHECK TO 11 30 03 THANKS
                                      11/21/03  16:17  PB/CC                      DMQ
                                      POB 5190 T DISC, 1281 PRIV MGR ..
                                      11/21/03  16:17  CS/92                      DMQ
                                      11/24/03  17:04  CC/CC                      DMQ
                                      REVIEW NOTES MULT COLL TT OWNER..SD
                                      CLOSE OTHER ACCT,,RANDI WAS NOT
                                      AUTH TO PLACE-NOT DELINQ, CLI RCVD
                                      CK FROM THEM..SO CK ON THIS ACCT
```

Change date of # Disc no
Check no
Contact

001153

R37499   J & R PRINTING OF STATEN ISLAN                    Page 9

-----------PAYMENTS----------------    -------------TRANSACTIONS---------------
--Date--      Amount    Code   Rate    --DATE--    TIME  AC/RC  ----COMMENT----  ID

                                       DATED 11-30 SHOULD BE GOOD
                                       11/24/03  17:04  BK/CP                    DM
                                       ON 11-30-03 FOR 1366.86 1724
                                       11/24/03  17:05  CC/CC                    DM
                                       CALL RANDI, PRIV MGR-UNABLE BREAK
                                       THRU, POB 5190 DISC
                                       11/24/03  17:05  CC/CC                    DM
                                       CL 917-348-6999 BUSY OUT
                                       11/25/03  10:33  PB/CC                    DM
                                       POB 917-348-6999 TT RSP,,SD PUT CK
                                       THRU SEE WHAT HAPPENS SD CO IN
                                       PROCESS OF CXLOSING, TRYING TO GET
                                       11/26/03  08:06  BK/CP                    DM
                                       ON 11-26-03 FOR 1366.86 1724
                                       12/03/03  12:50  CC/CC                    GV.
                                       CK1724 1366.86 NSF
                                       12/03/03  12:50  CS/ 0                    GVI
                                       12/03/03  12:50  TA/D79                   SY.
                                       12/03/03  12:50  CS/48                    GVI
                                       12/03/03  14:34  RM/CC                    SLI
                                       WHAT HAPPENS NOW. JEN
                                       12/04/03  07:47  TA/D0                    KII
                                       12/04/03  11:40  PB/CC                    DM(
                                       CALL 917-348-6999 LMR VCML
                                       12/08/03  10:08  PB/CC                    DM(
                                       CL 917-348-6999 LMR
                                       12/10/03  15:21  CS/59                    DM(
                                       12/10/03  15:21  CC/CC   HP-7183905190    DM(
                                       12/10/03  15:21  CC/CC                    DM(
                                       CL 718-390-5190 DISC
                                       12/10/03  15:22  CC/CC   CL 6999 VCML NM  DM(
                                       12/10/03  15:22  RN/3    12-10-03         DM(
                                       12/11/03  00:31  SN/3                     DM(
                                       12/11/03  10:07  PB/LM                    DM(
                                       POB LMR 6999 VCML.NM LFT, CALL 1281.
                                       ..PRIV MGR
                                       12/11/03  14:18  PB/LM                    DMC
                                       POB LMR VCML RSP
                                       12/16/03  16:19  PB/LM   POB LMR BVCML    DMC
                                       12/19/03  13:12  PB/LM                    DMC
                                       POB LMR VCML RSP
                                       12/19/03  13:12  CC/CC                    DMC
                                       ACTIVITY AD  D48062C-
                                       12/19/03  13:12  CC/CC                    DMQ
                                       ROLLL FILE MAINT
                                       12/20/03  11:38  CS/75                    ERC
                                       12/20/03  11:38  CC/CC                    ERC
                                       ACTIVITY XE  D48062C-
                                       12/20/03  11:38  TA/D79                   ERC
                                       12/22/03  09:28  PB/GC   RSPS VM NO LW    SBS
                                       12/22/03  09:28  CS/10                    SBS
                                       12/22/03  09:28  CC/CC                    SBS
                                       ACTIVITY NU  D48062C-
                                       12/29/03  13:46  CC/CC                    DMQ

001160

R37499    J & R PRINTING OF STATEN ISLAN                    Page 10

```
----------PAYMENTS----------------    --------------TRANSACTIONS---------------
--Date--    Amount    Code    Rate    --DATE--    TIME  AC/RC  ----COMMENT----  ID
                                      PER MGMNT, REINPUT NSF DATED 1-2-04
                                      12/29/03  14:03  TA/D1                    ER
                                      12/29/03  14:06  BK/RP                    DM
                                      ON 01-02-04 FOR 1366.86 1724
                                      12/29/03  14:06  CS/25                    DM
                                      12/29/03  14:06  CC/CC                    DM
                                      BANK VICTORY STATE BANK AT 718-979-1
                                      100 ACCT
                                      12/29/03  14:07  CC/CC                    DM
                                      REDIP NSF PER MGNMNT
                                      12/29/03  14:07  PB/NG                    DM
                                      POB 917-348-6999 NIS
                                      01/08/04  13:43  CC/CC                    GVI
                                      CK1724 1366.86 NSF ACCT CLOSED..
                                      2007454
                                      01/08/04  13:43  TA/D79                   SY
                                      01/08/04  13:43  CS/48                    GVI
                                      01/09/04  07:43  TA/D0                    KII
                                      01/12/04  10:06  PB/NG                    DM
                                      POB 917-348-6999 DISC
                                      01/12/04  10:06  CC/CC                    DM
                                      ACTIVITY AD  D48062C-
                                      01/12/04  10:06  CC/CC                    DM
                                      ROLLL FILE MAINT
                                      01/13/04  16:36  CC/CC                    HUI
                                      ACTIVITY XE  D48062C-
                                      01/13/04  16:36  TA/D79                   HUI
                                      01/14/04  15:44  TA/D15                   HUI
                                      01/15/04  09:04  PB/GC                    COE
                                      TRIED PH1 AND PH2 AND RES NMBR 1
                                      AND ALT RES ALL DISCO..LAST POS RES
                                      FOR RANDI JUST RANG..
                                      02/13/04  15:43  MR/SK  SET MAIL RETURN SYS
                                      02/13/04  15:43  CS/59                    SYS
                                      02/17/04  10:57  PC/LM                    COE
                                      LFT MSG ON JOANNE VM
                                      02/17/04  12:34  CC/CC                    COE
                                      ACTIVITY NU  D48062C-
                                      02/17/04  12:35  CP/GC                    COB
                                      JOANNE PH AND SD NO MONIES AND
                                      NOTHING..
                                      02/17/04  12:44  CS/39                    COB
                                      02/20/04  16:01  CS/75                    MAD
                                      02/20/04  16:01  CC/CC                    MAD
                                      ACTIVITY XE  D48062C-
                                      02/20/04  16:01  TA/   D2                 MAD
                                      02/22/04  16:39  TA/   F91                LND
                                      03/17/04  09:19  TA/   F88                JSS
                                      03/29/04  16:49  II/SC                    KRG
                                      USED  Q  GOT PHO FOR CO BLUE BOY
                                      CORP AT THIS ADDRESS--THEY ANSWERED
                                      SAID DEBTOR CO BEEN GONE AND OOB
                                      FOR A FEW MONTHS.
                                      03/29/04  16:50  CS/10                    KRG
```

Redip
Per Mgt

001161

Exhibit T

01/21/2004 15:46 FAX



EXHIBIT
3A



NCO Financial Systems, Inc.
Commercial Services Division
802 Silver Lake Blvd.
Dover, DE  19904
(302) 735-4891, 800-788-1007  (Voice)
(302) 735-1835 (Fax)
sales.dover@ncogroup.com

# Fax

| To: | Kathy Obenshain | From: | Dave McQuisten |
|---|---|---|---|
| Fax: | | Date: | 1/21/04 |
| Phone: | | Pages | 2, including cover |
| Re: | See attached | | |

☐ Urgent   ☐ For Review ☐ Please Comment ☐ Please Reply☐ Please Recycle

000089

The information contained in this facsimile message is privileged and confidential.  The information is intended for the use of
the recipient named above only.  If the reader of this is not the intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in
error, please notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.

01/21/2004 15:47 FAX                                                   ☑002

*NCO Financial Systems, Inc.* ®
*Commercial Services*



Kathy Obenshain,

Per your request, the following is a summary of the phone conversation this morning with Ted Fox.

In conversations with debtors requesting a check not be deposited, have resulted in the check not being 'pulled', per manager direction.

Checks that have been returned NSF, have been directed to be 'put back on'.  Attempts to contact the debtor have and have not happened.

We, as a group, have at times been told 'no checks are being pulled', which led to no attempt to pull or change check dates, knowing they would possibly be returned. HOLD check request or deletions have gone unsigned in some cases.

This has been a 'semi' practice for some time, and I only have started notating the accounts in my que, the last few months.

000090

01/21/2004 15:38 FAX



EXHIBIT

3B



NCO Financial Systems, Inc.
Commercial Services Division
802 Silver Lake Blvd.
Dover, DE  19904
(302) 735-4891, 800-788-1007  (Voice)
(302) 735-1835  (Fax)
sales.dover@ncogroup.com

# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Obenshain | **From:** | Mark LeFevre |
| **Fax:** | | **Date:** | 1/21/04 |
| **Phone:** | | **Pages** | 2, including cover |
| **Re:** | See attached | | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply** ☐ **Please Recycle**

000091

The information contained in this facsimile message is privileged and confidential. The information is intended for the use of the recipient named above only. If the reader of this is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.

01/21/2004 15:36 FAX                                                    ☑002



NCO Financial Systems, Inc.
Commercial Services Division
802 Silver Lake Blvd.
Dover, DE 19904
(302) 735-4891, 800-788-1807 (Voice)
(302) 735-4893 (Fax)

RE:

Ref Number:

Comments:

        Per our conversation;

        It has been branch policy to run
checks that we were asked not to by
debtors, I.E "We are not pulling Any checks
off the system"
        Additionally checks have been redisposed
with no hope of clearing and also recreated (reason
in the computer.

01/21/2004 16:08 FAX

EXHIBIT

3c



### NCO Financial Systems, Inc.
Commercial Services Division
802 Silver Lake Blvd.
Dover, DE  19904
(302) 735-4891, 800-788-1007  (Voice)
(302) 735-1835  (Fax)
sales.dover@ncogroup.com

# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Obenshain | **From:** | Brad Reavis |
| **Fax:** | 504-837-3250 | **Date:** | 1/21/04 |
| **Phone:** | | **Pages** | 2, including cover |
| **Re:** | See attached | | |

☐ Urgent   ☐ For Review   ☐ Please Comment ☐ Please Reply☐ Please Recycle

000093

The information contained in this facsimile message is privileged and confidential. The information is intended for the use of the recipient named above only. If the reader of this is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in

I SPOKE TO TED AND KATHY AND
ADVISED BOTH OF THEM THAT WE WERE
ENCOURAGED BY OUR MANAGER TO LOOK AT
OUR NSF's THAT BOUNCED DURING THE MON
TO REDEPOSIT AT EOM AND IN ONE CASE
RECREATE FOR ALUND FEE.

01/22/2004 16:51 FAX 3027351635        NCO ACCOUNTING          → Kathy O          ☑001

EXHIBIT

3D

# NCO

## NCO Financial Systems, Inc.
Commercial Services Division
802 Silverlake Blvd., Ste 200
Dover, DE 19904
(302) 735-4891  800-788-1007 (Voice)
(302) 735-1635   (Fax)
Mail Payments To:
P.O. Box 41593
Philadelphia, PA 19101
Overnight Payments To:
507 Prudential Road
Department 23
Horsham, PA 19044

# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Obenshain | **From:** | Kim Marlow (Acting GCM) |
| **Fax:** | | **Date:** | |
| **Phone:** | | **Pages** | |
| **Re:** | | | |

☐ Urgent  ☑ For Review  ☐ Please Comment  ☐ Please Reply ☐ Please Recycle

000095

The information contained in his facsimile message is privileged and confidential. The information is intended for the use of the recipient named above or ty. If the reader of this is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in

January 22, 2004

To:    Ted Fox
Cc:    Kathy Obenshain

Per our conversation about policy & procedure, the directive that we were given by our manager (Valerie Hue) about NSF checks is as follows.

On a monthly basis we were given the directive to run checks that we knew were not going to clear the bank. We were directed to pull cash journals and put the checks back on that were from the previous months. Then we pulled each collector in one by one and discussed the checks that were to be run and the level of comfort of them clearing. One some occasions even the checks that the collectors stated that would not clear or verify would still be run by directive of Valerie Hue. Especially if we were relatively close to hitting our EOM number given to corporate.

I know for a fact that collectors have asked for some checks to be pulled at the end of the month because they knew that they would not clear. She (Val) stated that she had a directive from Kathy Obenshain that "we are not pulling any checks off the system and to make this happen". Collectors have complained several times about having to put on bad checks at the end of the month that they knew would not clear and would put them at a negative at the beginning of the following month.

Last month before Valerie left for vacation she gave the directive to Eric Shaw (Mid Balance Manager) and handed him all the cash journals of the collectors that she found multiple NSF's on and told him to "GET THEM ALL ON". I know this because we were in our morning managers meeting and she had also given me administrative directives in her absence, which did not have anything to do with the above.

Sincerely,

Kimberley Marlow

EXHIBIT

3E



## NCO Financial Systems, inc.
Commercial Services Division
802 Silver Lake Blvd.
Dover, DE  19904
(302) 735-4891, 800-788-1007 (Voice)
(302) 735-1835 (Fax)
sales dover@ncogroup.com

# Fax

| To: | Kathy – Michelle | From: | Eric Shaw |
|---|---|---|---|
| Fax: | 504-837-3230 | Date: | 1/22/04 |
| Phone: | | Pages | 2, including cover |
| Re: | See attached | | |

☐ Urgent  ☐ For Review  ☐ Please Comment ☐ Please Reply☐ Please Recycle

000097

The information contained in this facsimile message is privileged and confidential. The information is intended for the use of
the recipient named above only.  If the reader of this is not the intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in

01/22/2004 15:03 FAX 3027354891          NCO Group                          ☑002

To: Ted Fox
    Kathy Obenshain

Date: January 22, 2004

You have asked me to explain to you the incidents that occurred toward the end of the month of December 2003. I was given a directive by Valerie Hue, to acquire a list of all NSF checks to review with the large & super mid collectors. I was to advise her of how much net fee was available in non-sufficient funds checks. I was then instructed to review with each individual collector the status of their non-sufficient funds checks, for the purpose of locating additional fees we could add on to the end of the month figures.

After reviewing with each collector, I was instructed by Valerie Hue to inform the collectors to re-input the checks into the system. Normally she would have handled this herself, which she has done in the passed months with Large Balance, but she was out of the office and this fell upon me to do. This practice was, as I found out from reviewing with each collector, was the norm, they were just surprised that 'I' was doing this, since she normally handled it herself. Each collector I spoke with in Large Balance seemed to know the end of the month routine.

In reviewing the checks with the collectors, there were some judgments made for some of the checks not to run do to stop payments, and/or too many NSFs in some cases. I myself did not allow those to run. I gave Michael Scher, a list of these checks that were entered and not entered into the system, as I did keep a record. You ask me what happened at the end of December, this practice has been going on for as long as I can remember, even as a collector, from passed managers, I went through the same routine, and was instructed to put on checks the same way.

In addition, I have had collectors complain to me, regarding check they desired to pull because they were insufficient, but were unable to, because they had been told by Valerie Hue they could not pull them. This was even prior to checks being printed. I can only go on the direction of my manager, as she was my superior.

Sincerely,

Eric Shaw

ES/jlb

Exhibit U

# Memo for Record

To:     Josh Ginden
        Steve Leckerman
        Dina Loft

From:   Kathy Obenshain

Date:   January 22, 2004

Re:     Dover DCI Investigation

We determined yesterday that an inordinate amount of NSf's from Dec 03 were a result of previously returned DCI's recreated by the collectors without the permission of the debtor and re-deposits that were run by producers and managers without talking to the debtor or making any attempt to verify funds with the bank.  My review also uncovered one collector, Matt Lane, altering check amounts on DCi's without the permission of the debtor.  Through a preliminary investigation with the GCM, Valerie Hue, I was told that Eric Shaw the Mid Balance manager had gone over the NSf's from November fee production not yet recovered and asked the collectors " will the money be there" based on their answers yes or no he told them to recreate the DCIs and put the money back on.  We decided this is fraudulent behavior, discussed the issue with Steve Leckerman and demoted him from management to producer.  Matt Lane has been terminated.

Today Ted Fox and I started conducting an independent investigation interviewing producers in Dover, who stated that they were advised by management to recreate DCIs without talking to debtors, redeposit checks without verification of funds and not pull checks at EOM even if told that no funds were available by the debtor. Most of them have made written statements confirming these facts.  Pending completion of this investigation we have suspended Valerie Hue anticipating termination.

New Policies:
    a.  No redeposits will be allowed for checks greater than 5k without written permission from Kathy Obenshain sent directly to Horsham.
    b.  No DCI will be allowed by telephone in the commercial division.  A DCI form will be faxed to the debtor, the debtor will sign the form and fax back a copy of the check along with the signed form. All DCI information will be input by, an Administrative Assistant or designated manager, but not a producer.  All DCI copies will be maintained in a secure location at the Branch on a daily basis, month by month, which will clearly provide us with a method for verification at eom.

Example DCI's
S34627, S13617, P95383, R47590, S34627, S13617


Cc:     Ted Fox


Enclosure

Exhibit V

EXHIBIT

Genevieve H. Ritter, RPR
Delmarva Reporting

## belly dance

From:      "belly dance" <bellydance12@msn.com>
To:        <steve.leckerman@ncogroup.com>
Cc:        <ted.fox@ncogroup.com>
Sent:      Thursday, January 22, 2004 9:28 AM
Subject:   Valerie Hue

Dear Mr. Leckerman,

First, let me thank you for speaking to me this morning. I am stating for the records that I have not committed fraud nor, was my intent to commit fraud.

1/21, I was placed on suspension with pay due to 2 concerns: Not pulling checks and recreating dci on redips

**Not pulling checks:** I, as well as my mgt staff were given directives by Kathy on some months not to pull any checks. She would state they need to start working supp right away. I remember this being directed either June or July. This directive was given many different times during my 2 yrs as GCM. When a collector has asked me to pull or move check into next month. I look at where the producer is mtd. Is he sand bagging? Usually that is the case. I wouldn't tell the producer he is sand bagging but, no to his request. There has been hundreds of times when I have pulled check with out the producers okay because of stop pay, etc.

**Recreating DCI redips:** We had a policy under Phil Weaver that all checks were redipped 2 times automatically. When that policy went away it was mgt discretion on redipping checks. I have a redip policy in my branch with a form that the producer fills out. This form asks for verification method and once it is signed then it is redipped. If that form isn't filled out then it wasn't approved.

My manager, under my direction went to the producers with cash journal in December and discussed nsf if we could redip any checks. The same paper work had to be completed however, I did notice numerous checks were redipped without the form being signed after I returned from vacation. Yes, I should have given Eric clearer direction. The managers and producers always talked together about this. I never advised any producer they HAD to redip a check if we knew there was no chance to recover. If the banks won't verify which is 80% of the time then the decision is made based on that collector gut and discussion with the debtors.

In the beginning mgt were given a directive from upper management that on redipping dci we would have to recreate them with the same check number. I believe there are emails to that effect. That directive was never officially changed by upper management. I have reviewed cash journals from all offices and noticed dci being created on nsf.

Kathy, on the conference call on 1/20/04 did clarify we had to redip the dci not recreate another one. Mat MacKenzie, asked the question on the conference call if dci comes back could we recreate it with same check number. Kathy asked him is that going on in his branch and he stated not as of right now. Yesterday, Kathy stated I was the only branch that recreated checks on dci. I was surprised since she knew Atlanta also had done the same thing. I know there was no fraud attempt as she alleged. The direction that was given wasn't clear by upper management.

Kathy had stated on calls to my office to redip everything except stop pay. I believe this was in June or July.

Page 2 of 2

Brian Laidre stated to me that he was upset not bonusing and he redipped many of his checks in Jan or Feb of last year to make a bonus. He said Kathy knew.

I am being disciplined because the direction from upper management was not clear on numerous occasions. I believe I am being singled out for things all gcm have done not because we are stealing but, due to direction that wasn't clear.

My attempt in this email is for you to understand as gcm we have not always had clear direction. I don't deserve to be treated in this manner.

Thank you,


Valerie Hua

000024

EXHIBIT W

# MEMORANDUM

To:       Steve Leckerman, Ted Fox, Human Resources and File of Valerie Hue
From:     Valerie Hue
Date:     January 27, 2003
Subject:  Suspension


Today, I met with Kathy Obenshain and Mike Scher to discuss allegations of redeposit of checks.

The condition of the meeting place was a cold room, no lights, nor chairs. I was leaning on a ladder and Kathy asked me to give a written statement about the allegations. Please accept this email as my statement.

Since I have been a collector with the Dover branch for over 10 yrs, we have redeposited checks toward EOM. From Joe Scardi to Ric Boudreau this has been standard operating procedure with GCM's.

Kathy Obenshain had a directive that was announced where ALL checks were automatically redeposited. There was no verification method in place prior to redepositing those checks. The GCM's didn't see the checks back off until they had been returned twice from the bank. Was that fraud?

We also had a policy that checks over 5k gross needed Phil Weaver's approval. When the above mentioned policies were abandoned we were not given any new directives.

Kim Marlow and Eric Shaw have heard Kathy advised us to redeposit checks. As of date, Kim has not been contacted to verify if Kathy had given that directive.

I have been a GCM with this branch for 2 years. Kathy has visited me numerous times and has spoken to my staff. We have discussed many things all types of procedures such as JDS's, NSF's, etc. In 2 years, why wasn't I told that I had done something wrong? This was no secret.

Kathy advised me about an audit on NSF checks on Jan 20th. She stated "some head were going to roll and it would not be her's". She asked about our redip policy and wanted some memos on 2 collectors I had written up. I reviewed the accounts that were on the

audit for the Dover branch. After I reviewed the accounts a analysis was given. I spoke with Kathy again Jan 20th and she stated nothing was wrong. On Jan 21st by 3:00 pm, I was suspended. I am baffled by the decision to suspend me for a procedure that has been in place for over 10years.

Kathy stated today that my branch had more redeposited checks than other branches. What's the standard? The audit showed checks from other branches that were redeposited are those GCM's suspended?

Mac Mackenzie stated he redeposits checks on our conference call. Brain Laiche with Kathy's knowledge redeposited numerous checks to bonus during beginning months of 2003.

Kathy has stated by email, that I have done a good job as GCM and if I am given a directive, I get the job done.

Have all GCM"S been suspended and terminated for redepositing checks?. Your policy states all employees are treated equally and fairly. Why have I been singled out? Human Resources has not contacted me on my complaint last week. Why am I being treated so differently than my peers?. Why is the investigation being conducted by the person I have accused for giving the directives?

I believe Kathy will terminate me for telling the truth. The communication was not clear by Kathy on redeposits. I do not deserve to be fired for something that has been in place for years without any warning. I feel I am being made a example of and I have been treated unfairly as an employee with NCO.

Thank you.

Valerie Hue

EXHIBIT X

06/28/2004 10:41 FAX

EXHIBIT

6A

State of Louisiana
County of Jefferson

## SWORN STATEMENT OF BRIAN LAICHE

I, Brian Laiche, hereby confirm under oath the following:

1. I am employed by NCO Financial Systems, Inc. (NCO) and have worked at NCO since *MARCH 1, 1994*. I am currently a *manager* in the Commercial Division in Metairie, LA.

2. At no time did Kathy Obenshain, former vice president of operations for the Commercial Division, instruct me to re-deposit checks without verification of funds. Such conduct is a known violation of NCO check handling policies.

3. At no time did I witness Ms. Obenshain instruct Valerie Hue to re-deposit checks without verification of funds.

4. It has always been Kathy Obenshain's policy and direction that unless there was verification of funds available, no non-sufficient funds (NSF) checks should be re-deposited.

5. It is known that fraudulently violating NCO's check handling policies would result in termination.

6. I have provided this sworn statement of my own free will and the information contained in this statement is accurate to the best of my knowledge and belief.

H:\UD\NCO HR_FILES\Hue, Valerie\Correspondence\Sworn Statement Laiche.doc

Brian Laiche

6/28/04
Date

000101

06/23/2004 09:08 FAX 5048373230    NCO FINANCIAL SYSTEMS    002



EXHIBIT

68

State of Louisiana
County of Jefferson

## SWORN STATEMENT OF DARRIN DEESCH

I, Darrin DeEsch, hereby confirm under oath the following:

1.  I am employed by NCO Financial Systems, Inc. (NCO) and have worked at NCO since April 13, 1998. I am currently a General Manager in the Commercial Division in Metairie, LA as director of NCO's commercial legal management division and financial investigative services division.

2.  At no time did Kathy Obenshain, former vice president of operations for the Commercial Division, instruct me to re-deposit checks without verification of funds. Such conduct is a known violation of NCO check handling policies.

3.  At no time did I witness Ms. Obenshain instruct Valerie Hue to re-deposit checks without verification of funds.

4.  It has always been Kathy Obenshain's policy and direction that unless there was verification of funds available, no non-sufficient funds (NSF) checks should be re-deposited.

5.  It is known that fraudulently violating NCO's check handling policies would result in termination.

6.  I have provided this sworn statement of my own free will and the information contained in this statement is accurate to the best of my knowledge and belief.

_____    6/22/04
Darrin DeEsch             Date

H:\DT\NCO HR FILES\Hue, Valerie\Correspondence\Sworn Statement.DeEsch.doc

06/22/2004 07:24 FAX 503 526 9487          NCO FINANCIAL SYSTEMS      → SESSION                    ☒002

EXHIBIT

6C

State of Oregon
County of __WASHINGTON__

## SWORN STATEMENT OF STEVE ROSS

I, Steve Ross, hereby confirm under oath the following:

1.  I am employed by NCO Financial Systems, Inc. (NCO) and have worked at
    NCO since __1/27/97__, I am currently a __Branch Mgr.__ in the
    Commercial Division in Portland, Oregon.
2.  At no time did Kathy Obenshain, former vice president of operations for
    the Commercial Division, instruct me to re-deposit checks without
    verification of funds. Such conduct is a known violation of NCO check
    handling policies.
3.  At no time did I witness Ms. Obenshain instruct Valerie Hue to re-deposit
    checks without verification of funds.
4.  It has always been Kathy Obenshain's policy and direction that unless there
    was verification of funds available, no non-sufficient funds (NSF) checks
    should be re-deposited.
5.  It is known that fraudulently violating NCO's check handling policies
    would result in termination.
6.  I have provided this sworn statement of my own free will and the
    information contained in this statement is accurate to the best of my
    knowledge and belief.                                               6/22/64

                                     Steve Ross                            Date

H:\DNNCO HR FILES\Hoe, Valerie\Correspondence\Sworn Statement.Ross.doc

000103

08/22/2004 09:20 FAX

@001



EXHIBIT

6D

State of _GEORGIA_
County of _Fulton_

## SWORN STATEMENT OF CHRIS SANTASIERO

I, Chris Santasiero, hereby confirm under oath the following:

1.  I am employed by NCO Financial Systems, Inc. (NCO) and have worked at NCO since _October 9, 2000_. I am currently a _MANAGER_ in the Commercial Division in _ATLANTA GEORGIA_

2.  At no time did Kathy Obenshain, former vice president of operations for the Commercial Division, instruct me to re-deposit checks without verification of funds. Such conduct is a known violation of NCO check handling policies.

3.  At no time did I witness Ms. Obenshain instruct Valerie Hue to re-deposit checks without verification of funds.

4.  It has always been Kathy Obenshain's policy and direction that unless there was verification of funds available, no non-sufficient funds (NSF) checks should be re-deposited.

5.  It is known that fraudulently violating NCO's check handling policies would result in termination.

6.  I have provided this sworn statement of my own free will and the information contained in this statement is accurate to the best of my knowledge and belief.

_____     6-22-04
Chris Santasiero          Date

H:\D\NCO HR FILES\Hue, Valerie\Correspondence\Sworn Statement.Santasiero.doc

000104



State of Colorado
County of Arapahoe

## SWORN STATEMENT OF LENNY CICCARONE

I, Lenny Ciccarone, hereby confirm under oath the following:

1. I am employed by NCO Financial Systems, Inc. (NCO) and have worked at NCO since January 25, 1995. I am currently the managing director in the Commercial Division in Denver, Colorado.

2. At no time did Kathy Obenshain, former vice president of operations for the Commercial Division, instruct me to re-deposit checks without verification of funds. Such conduct is a known violation of NCO check handling policies.

3. At no time did I witness Ms. Obenshain instruct Valerie Hue to re-deposit checks without verification of funds.

4. It has always been Kathy Obenshain's policy and direction that unless there was verification of funds available, no non-sufficient funds (NSF) checks should be re-deposited.

5. It is known that fraudulently violating NCO's check handling policies would result in termination.

6. I have provided this sworn statement of my own free will and the information contained in this statement is accurate to the best of my knowledge and belief.

_____          6/22/04
Lenny Ciccarone                  Date

H:\D\NCO HR FILES\Hue, Valerie\Correspondence\Sworn Statement, Ciccarone.doc



State of Florida
County of _Hillsborough_

## SWORN STATEMENT OF MANNY CARDOZO

I, Manny Cardozo , hereby confirm under oath the following:

1. I am employed by NCO Financial Systems, Inc. (NCO) and have worked at NCO since _02/21/2001_ . I am currently a _BRANCH MANAGER_ in the Commercial Division in Tampa, FL.

2. At no time did Kathy Obenshain, former vice president of operations for the Commercial Division, instruct me to re-deposit checks without verification of funds. .Such conduct is a known violation of NCO check handling policies.

3. At no time did I witness Ms. Obenshain instruct Valerie Hue to re-deposit checks without verification of funds.

4. It has always been Kathy Obenshain's policy and direction that unless there was verification of funds available, no non-sufficient funds (NSF) checks should be re-deposited.

5. It is known that fraudulently violating NCO's check handling policies would result in termination.

6. I have provided this sworn statement of my own free will and the information contained in this statement is accurate to the best of my knowledge and belief.

_____    04/24/04
Manny Cardozo              Date

R:\NCO\NCO HR FILES\Hue, Valerie\Correspondence\Sworn Statement.Cardozo.doc

06/22/2004 07:27 FAX 5203259406          NCO AZ                          ☑002

EXHIBIT

6 G

State of Arizona
County of Pima

## SWORN STATEMENT OF JOE BATIE

I, Joe Batie, hereby confirm under oath the following:

1.   I am employed by NCO Financial Systems, Inc. (NCO) and have worked at NCO since January 3, 1991. I am currently the Managing Director in the Commercial Division in Tucson, Arizona.

2.   At no time did Kathy Obenshain, former vice president of operations for the Commercial Division, instruct me to re-deposit checks without verification of funds. Such conduct is a known violation of NCO check handling policies.

3.   At no time did I witness Ms. Obenshain instruct Valerie Hue to re-deposit checks without verification of funds.

4.   It has always been Kathy Obenshain's policy and direction that unless there was verification of funds available, no non-sufficient funds (NSF) checks should be re-deposited.

5.   It is known that fraudulently violating NCO's check handling policies would result in termination.

6.   I have provided this sworn statement of my own free will and the information contained in this statement is accurate to the best of my knowledge and belief.

Joe Batie                                                    Date    6/22/04

H:\DT\NCO HR FILES\Hue, Valerie\Correspondence\Sworn Statement.Batie.doc

EXHIBIT

tabbies ___6H___

State of Delaware
County of Kent

## SWORN STATEMENT OF MIKE SCHER

I, Mike Scher, hereby confirm under oath the following:

1. I am employed by NCO Financial Systems, Inc. (NCO) and have worked at NCO since June 1992. I am currently a General Manager in the Commercial Division in Dover, Delaware.

2. At no time did Kathy Obenshain, former vice president of operations for the Commercial Division, instruct me to re-deposit checks without verification of funds. Such conduct is a known violation of NCO check handling policies.

3. At no time did I witness Ms. Obenshain instruct Valerie Hue to re-deposit checks without verification of funds.

4. It has always been NCO's policy and direction that unless there was verification of funds available, no non-sufficient funds (NSF) checks should be re-deposited.

5. It is known that fraudulently violating NCO's check handling policies would result in termination.

6. I have provided this sworn statement of my own free will and the information contained in this statement is accurate to the best of my knowledge and belief.

_____          6/24/04
Mike Scher                          / Date

H:\DT\NCO HR FILES\Hue, Valerie\Correspondence\Sworn Statement Scher.doc

Jun-24 04 06:22p                                                                    p.2

EXHIBIT

6 I

State of Louisiana
County of Jefferson

## SWORN STATEMENT OF JOE THOMAS

I, Joe Thomas, hereby confirm under oath the following:

1.  I am employed by NCO Financial Systems, Inc. (NCO) and have worked at NCO since _September 2000_. I am currently a _GCM_ in the Commercial Division in Metairie, LA handling commercial matters arising out of NCO's Boone, NC office.

2.  At no time did Kathy Obenshain, former vice president of operations for the Commercial Division, instruct me to re-deposit checks without verification of funds. Such conduct is a known violation of NCO check handling policies.

3.  At no time did I witness Ms. Obenshain instruct Valerie Hue to re-deposit checks without verification of funds.

4.  It has always been Kathy Obenshain's policy and direction that unless there was verification of funds available, no non-sufficient funds (NSF) checks should be re-deposited.

5.  It is known that fraudulently violating NCO's check handling policies would result in termination.

6.  I have provided this sworn statement of my own free will and the information contained in this statement is accurate to the best of my knowledge and belief.

                                                    6-24-04
                                    _____    _____
                                    Joe Thomas                  Date

H:\DI\NCO HR FILES\Hue, Valerie\Correspondence\Sworn Statement.Thomas.doc

000109



EXHIBIT

exhibit

7

State of Louisiana
County of Jefferson

## SWORN STATEMENT OF KATHY OBENSHAIN

I, Kathy Obenshain, hereby confirm under oath the following:

1. I was employed by NCO Financial Systems, Inc. (NCO) and worked at NCO from December 1, 1994 to April 19, 2004 as the vice president of operations in the Commercial Division.

2. As the vice president of operations in the Commercial Division, I had consistent contact with Valerie Hue as her superior.

3. At no time did I instruct any branch manager, including Ms. Hue, to re-deposit checks without verification of funds. Such conduct is a known violation of NCO check handling policies.

4. As a result of a routine monthly audit, a large number of non-sufficient funds checks were found in Ms. Hue's department. A fact-finding investigation by Corporate Employee Relations and my department was completed, which revealed Ms. Hue was violating NCO's check handling policies.

5. I have provided this sworn statement of my own free will and the information contained in this statement is accurate to the best of my knowledge and belief.

_Kathy Obenshain_     _June 29 2004_
Kathy Obenshain             Date

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

Alyssa M. Schwartz (#4351)
schwartz@rlf.com