IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF VALERIE D. HUE'S RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Valerie D. Hue, hereby opposes the entry of summary judgment against plaintiff Valerie Hue. The grounds for this opposition are set forth in detail in the Answering Brief of Plaintiff Valerie Hue in Opposition to Motion for Summary Judgment filed contemporaneously herewith.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _/s/ Jeremy W. Homer_
JEREMY W. HOMER, ESQUIRE
(Delaware Bar ID#0413)
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: May 15, 2006