IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-225-KAJ |
| | ) |
| v. | ) |
| NCO FINANCIAL SYSTEMS, INC., a | ) |
| Delaware corporation, trading as NCO | ) |
| FINANCIAL COMMERCIAL SERVICES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Court, having considered defendant NCO Financial Systems, Inc.'s ("NCO") Motion for Summary Judgment ("Motion"), and all arguments and briefing thereon,

IT IS HEREBY ORDERED, this _____ day of _____, 2006, that:

NCO's Motion is denied.

_____
United States District Judge