IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NCO FINANCIAL SYSTEMS, INC., a ) <br> Delaware corporation, trading as NCO ) <br> FINANCIAL COMMERCIAL SERVICES, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-225-KAJ <br><br><br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on May __15__, 2006, I electronically filed the foregoing Plaintiff Valerie D. Hue's Response to Defendant's Motion for Summary Judgment with the Clerk of Court, which will send notification of such filing to the following and which has also been served via first class mail:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

    I hereby certify that on the __15th__ day of May, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

| | |
|---|---|
| Elizabeth K. Fite, Esq. <br> Sessions, Fishman & Nathan, L.L.P. <br> 15316 North Florida Avenue, Suite 100 <br> Tampa, Florida 33613 | David Israel, Esquire <br> Sessions, Fishman & Nathan L.L.P. <br> 3850 North Causeway Boulevard <br> Lakeway Two, Suite 1240 <br> Metairie, LA 70002-1752 |

                        PARKOWSKI, GUERKE & SWAYZE, P.A.

            By: _____
                        JEREMY W. HOMER, ESQUIRE
                        Delaware State Bar I.D. No.: 413
                        116 W. Water Street, P.O. Box 598
                        Dover, DE 19903
                        (302) 678-3262
                        Attorneys for Plaintiff

H:\Hue\Response to Motion for Summary Judgment