IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., a )<br>Delaware corporation, trading as NCO )<br>FINANCIAL COMMERCIAL SERVICES, )<br>)<br>Defendant. ) | Civil Action No. 05-225-KAJ<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May _15_, 2006, I electronically filed the foregoing Answering Brief of Plaintiff Valerie Hue in Opposition to Motion for Summary Judgment with the Clerk of Court, which will send notification of such filing to the following and which has also been served via first class mail:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on the _15th_ day of May, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Elizabeth K. Fite, Esq.
Sessions, Fishman & Nathan, L.L.P.
15316 North Florida Avenue, Suite 100
Tampa, Florida 33613

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

H:\Hue\Answering Brief