**All payments must be in-house in order to be posted**

Any payment instrument that is not in house at the appropriate cash-processing center will not be posted. Items that are received at a branch office cannot be posted from a copy regardless of dollar amount.

No payments are ever to be posted based on an Express Mail or Air bill number.

The only exception to this rule is that consolidation checks received in Buffalo will be processed in Horsham based on a faxed copy of the actual check. This exception applies at month-end only.

All solicited payments should be sent to the appropriate cash-processing center directly and not to a branch office. In addition to not receiving timely credit for collections, branch offices and collectors risk losing credit for a payment where the debtor is instructed to send a payment to a location other that the appropriate cash processing location.

It is understood that certain garnishment checks must be sent to a field office first for processing. These checks will be posted only when received at the appropriate cash-processing center.

**There are certain instances where accruals are necessary, including, but not necessarily limited to the following:**

a.  Bonuses – where we are certain that we have achieved a bonus level with a client based on the collection activities, we can accrue the bonus into the current month. If there are outstanding questions on whether or not we will receive the bonus, it will not be accrued in accordance with NCO's accounting policies.

b.  Student Loan Consolidations – on student loan contracts, there is a considerable lag time between when the consolidation is processed and when funding occurs. Once the process is complete from the NCO side, the commissions should be accrued pending funding. We consider the "LVC" to be the determination of the revenue cycle being complete. Accordingly, if an account has not yet funded, the account may be accrued as complete only if an "LVC" has been received.

c.  Department of Education – because the system generated numbers must be verified by DOE before the payment voucher can be sent, these numbers are not created until the end of the month. Accordingly, accruals are recorded based on our system-generated numbers with any discrepancies corrected in the next month. Any major discrepancies must be reported to management immediately.

d.  We do not process payments for certain of our clients. All payments are made to the client, and we bill them solely based on the information they provide to us. Some of these clients do not provide the information for 25 to 35 days after a particular month-end, accordingly we have to estimate this revenue based on

B-41

actual collections.   Each month's income would include the current month accrual and any true-up necessary from the prior month's estimate.  Any major discrepancies must be reported to management immediately.

**Certain other points:**

All posting will stop at 7pm EST at the latest, and the closeout will begin.

Only at month-end, night processing will be delayed, if necessary, to allow for the close of the directories.  This will be coordinated through Nick Fazio or his designate.

Any crisis level cash or accounting system issues must be immediately reported to the HELP DESK for immediate escalation to the proper technical support person.

*The above items are a strong component of our internal control systems.  Accordingly, any deviation from these procedures can only happen with permission from BOTH Michael Barrist and Steven Winokur.*

**If you have any questions regarding these procedures, please to not hesitate to contact me at 215-441-2103 or Steven.Winokur@ncogroup.com**

**Please note that compliance with Company Policies and Procedures is the responsibility of all employees throughout our organization.  Any violations should be reported to appropriate management or can be confidentially reported to the compliance hotline (1-800-343-9387) as outlined in the Employee Handbook.**

B-42

# Memorandum

To:       Kathy Obenshain

From:     Brian Laiche

Date:     July 15, 2003

Re:       EOM check verification process

---

Effective immediately, Metairie is adapting a check verification process for all checks over $1000.00 posted over the last 3 days of any given month.

All phone payments are to be recorded in hard copy, and submitted to Tami Cabrera to be placed in a date file. This will include any postdated checks issued by phone pay as well. The collectors are also instructed to enter all bank information in the comments field for easy access in following the checks to the bank.

In any overnite or regular mail payments, our collectors will ask for a copy of the check to be faxed to us immediately for the benefit of recording the information in the comments field. We will run scans and perform reviews on the postdates periodically to ensure that our collectors are saving this information.

On the 4th day before closeout, Tami will pull her file of phone pay hard copies and call banks to verify funds and look for stop pays. We also run the postdate report and print screens of the master record and the SPACEBAR C screen. The admins provide copy to the collection manager and we present to the producer, asking for evidence of the check being good. We load these items into CMA followup, and review them by the end of the day. In this process, if any check is not verifying, we can place the account in status 92, which will prevent the check from posting that next day. This will give the collector the opportunity to either find another source to collect it, obtain verification, or pull the check. This same process will take place for all 3 days leading up to closeout.

The managers will use the information obtained in this process to enter questionable accounts in the CMA followup unit, and establish a review date of day 2 in the new month to get the accounts back in front of the collector to follow the check to the bank. We also are delivering the EOM cash journal as an additional resource in assuring cleared funds. The moral to this story is.....keep it in front of them at all times and they will eventually have to do something with it, in order to get past it.





009004

B-43

## Laiche, Brian

| | |
|---|---|
| From: | Obenshain, Kathy |
| Sent: | Wednesday, August 20, 2003 6:34 PM |
| To: | Laiche, Brian; Commercial Ops Mgrs |
| Subject: | RE: EOM check verification process |

Thanks Brian>>>>>>everyone needs to adopt a similar if not same approach to get back the controls we used to have on our eom checks. This is something for you all to use in black and white, no thinking necessary, just implementation!!

    ——Original Message——

| | |
|---|---|
| From: | Laiche, Brian |
| Sent: | Wednesday, August 20, 2003 2:50 PM |
| To: | Commercial Ops Mgrs |
| Subject: | EOM check verification process |

    << File: MEMORANDUM.doc >>

Brian Laiche
General Collection Manager
NCO Financial Systems
Commercial Services Division
(504) 834-9900 ext 3325

Notice of Confidentiality: The information included and/or attached in this electronic mail transmission may contain confidential or privileged information and is intended for the addressee. Any unauthorized disclosure, reproduction, distribution or the taking of action in reliance on the contents of the information is prohibited. If you believe that you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

PLAINTIFF'S
EXHIBIT
Obenshain
3-16-06 pa

B-44

000006

# Michele J. Moore

From:    Obenshain, Kathy [IMCEAEX-
         _O=NCOGROUP_OU=FTW_CN=RECIPIENTS_CN=KATHY+2EOBENSHAIN@ncogroup.com]

Sent:    Friday, January 30, 2004 3:43 PM

To:      Commercial Ops Mgrs; Marlow, Kim; Dehan, John

Subject: FW: 59 checks process of review



Please know and understand  thanks-----Original Message-----
From: Loft, Dina
Sent: Tuesday, January 20, 2004 5:25 PM
To: Loft, Dina; Moore, Carolyn; Capaldo, Bette; Newmoyer, Phil
Cc: Shepardson, Sue; Gindin, Josh; Obenshain, Kathy; Fox, Ted
Subject: RE: 59 checks process of review

Per Carolyn Moore,

I been requested to resubmit this policy.

Dina


Dina Beth Loft
Compliance Auditing Manager
NCO Group Inc.
800 550 9619
215 442 8317
215 442 8318 (fax)

         -----Original Message-----
         From: Loft, Dina
         Sent: Wednesday, December 03, 2003 4:14 PM
         To: Moore, Carolyn; Capaldo, Bette; Newmoyer, Phil
         Cc: Shepardson, Sue; Gindin, Josh
         Subject: 59 checks process of review

         Carolyn,

         I had several managers call me in the last week of the month questioning, 59 checks and what the criteria
         was to determine the destroy or non posting of an item?  Here is what I go by...

         DCI'D CHECKS
         1. Any bank client – destroy after the first bounce.  if payment is over $500.00, tried to verify with bank. If
         can't verify, destroy.
         2. Any stop pay with no contact with the debtor after the fact. Destroy
         3. All invalid micro lines/ or utility returns ( all checks in the system will then be deleted )
         4. All utilities with 1 bounce or more (will destroy all checks in system)
         5. Any account with more than 2 bounces - destroy all checks in system
         6. All closed accounts will be destroyed and checks deleted.

         ANY CHECK OVER $1000.00 verify with bank. If can not verify destroy with a note in system need certified
         funds

DEPOSITION
EXHIBIT



B-45

10/25/2005

## MAIL CHECKS

1. Under $250.00 will post. If dci was returned for invalid or utilities
2. Will send check back for the following reasons: More than 2 bounces, can't verify funds, review of notes in the system.
3. All checks over $500.00, try to verify. If bank won't verify, a review of the notes in the system to help determine if the payment should post. I, also call or email the area manager or lead. As you know if it is a real big one and I can't track any one down, at EOM, I will contact your office as last resort.

Always, when in doubt destroy or send back for certified funds.......

If you have any question, concerns, or changes please let me know...

Dina


*Dina Beth Loft*
Compliance Auditing Manager
NCO Group Inc.
800 550 9619
215 442 8318 fax
DINA.LOFT@NCOGROUP.COM

000029

B-46

10/25/2005

## Michele J. Moore

From: Obenshain, Kathy [IMCEAEX-
_O=NCOGROUP_OU=FTW_CN=RECIPIENTS_CN=KATHY+2EOBENSHAIN@ncogroup.com]

Sent: Monday, January 19, 1004 9:34 AM

To: Loft, Dina

Subject: FW: LeFevre & Mcquisten Policy on NSF

Here is an individual policy in place for 2 LB collectors in Dover, Mark Lefevre and David Mcquisten. I am
sending you over a synopsis of out check policies shortly. Thanks Kathy

—Original Message—
From: Hue, Valerie
Sent: Monday, January 19, 2004 7:56 AM
To: Obenshain, Kathy
Subject: RE: LeFevre & Mcquisten Policy on NSF

I was working on update. Here are memos I will have rest to you soon.

—-Original Message-—
From: Obenshain, Kathy
Sent: Monday, January 19, 2004 9:43 AM
To: Hue, Valerie
Subject: LeFevre & Mcquisten Policy on NSF
<<memo to dave mcquisten from val postdates.doc>>
Please fwd to me asap..I have to send to someone in corp.



EXHIBIT
Shaantie 13
Lee on 1/21/04



PLAINTIFF'S
EXHIBIT
12    3-16-06
Obenshain  rv

000012

B-47

01/31/2005 12:49 FAX 215 442 6465    NCO GROUP    ☒013

**Sha'altiel, Dina**

| | |
|---|---|
| From: | Obenshain, Kathy |
| Sent: | Monday, January 19, 2004 10:09 AM |
| To: | Loft, Dina |
| Subject: | Check Verification Policies |

1. We make a serious attempt to verify all post dates over 1k gross. All accounts with post dates will be tickled the day before the check is to run. Admins in each office are responsible for verifying the funds through the bank information that is documented in the update comments screen by the collector when the DCI is taken. For live checks that are sent to Horsham, without check copies we are unable to verify funds at the bank and have to rely on a conversation that collectors are asked to have with the debtor reminding them that the check is going to be run and about their responsibility to make certain the funds are in the bank, we also ask debtors to provide us bank information when the check is sent to Horsham, not always successfully. When admins attempt to verify funds on checks, they are to also ask if there is a stop payment. Any check that does not verify is given to the immediate manager, who is to make a decision about whether or not to run the check. As you know, banks are becoming less and less reluctant to verify funds at any level. If we decide to run a check that we were unable to verify funds for, that check is to be followed through the bank to make sure it clears. When this process is not followed, we have a problem as we did in Atlanta last month since the admins never gave the GCM the information about the checks that didn't verify.

2. All NSFs for 10k gross and over that are not recovered with certified funds by the 10th of the month will be manually adjusted from the producer's commission check for the previous month.

3. Redeposits for 5k gross and over must be approved by me and sent directly by me to Horsham. Otherwise they will not be processed by cash.

EXHIBIT
Sha'altiel 4
Coa 1/31/06

DEPOSITION EXHIBIT
_____
3-13-06

000013

B-48

# Memo for Record

To:     Josh Girden
        Steve Leckerman
        Dina Lott

From:   Kathy Obenshain

Date:   January 22, 2004

Re:     Dover DCI Investigation

We determined yesterday that an inordinate amount of NSF's from Dec 03 were a result of previously returned DCI's recreated by the collectors without the permission of the debtor and re-deposits that were run by producers and managers without talking to the debtor or making any attempt to verify funds with the bank. My review also uncovered one collector, Matt Lane, altering check amounts on DCI's without the permission of the debtor. Through a preliminary investigation with the GCM, Valerie Hue, I was told that Eric Shaw the Mid Balance manager had gone over the NSF's from November fee production not yet recovered and asked the collectors "will the money be there" based on their answers yes or no he told them to recreate the DCI's and put the money back on. We decided this is fraudulent behavior, discussed the issue with Steve Leckerman and demoted him from management to producer. Matt Lane has been terminated.

Today Ted Fox and I started conducting an independent investigation interviewing producers in Dover, who stated that they were advised by management to recreate DCI's without talking to debtors, redeposit checks without verification of funds and not pull checks at EOM even if told that no funds were available by the debtor. Most of them have made written statements confirming these facts. Pending completion of this investigation we have suspended Valerie Hue anticipating termination.

New Policies:
   a.  No redeposits will be allowed for checks greater than 5k without written permission from Kathy Obenshain sent directly to Horsham.
   b.  No DCI will be allowed by telephone in the commercial division. A DCI form will be faxed to the debtor, the debtor will sign the form and fax back a copy of the check along with the signed form. All DCI information will be input by, an Administrative Assistant or designated manager, but not a producer. All DCI copies will be maintained in a secure location at the Branch on a daily basis, month by month, which will clearly provide us with a method for verification at eom.

## Example DCI's
S34627, S13617, P95383, R47590, S34627, S13617

Cc:     Ted Fox

Enclosure

EXHIBIT
Shaantiel 7
CC-2    1/3/06

PLAINTIFF'S
EXHIBIT
9 Obenshai
3-16-06 pa

000022

B-49

# Michele J. Moore

| | |
|---|---|
| **From:** | Obenshain, Kathy [IMCEAEX-_C=NCOGROUP_OU=FTW_CN=RECIPIENTS_CN=KATHY-LEOBENSHAIN@ncogroup.com] |
| **Sent:** | Monday, February 02, 2004 10:19 AM |
| **To:** | Commercial Ops Mgrs |
| **Cc:** | Marlow, Kim |
| **Subject:** | FW: NSF report |

Take this report after close out, find your NSF's and move these files to other producers unless the NSF is recovered.   They have had ample time to recover these checks and I want this done every month.

----Original Message----
**From:** Obenshain, Kathy
**Sent:** Tuesday, January 27, 2004 5:57 PM
**To:** Obenshain, Kathy
**Subject:** FW: NSF report

file...

----Original Message----
**From:** Obenshain, Kathy
**Sent:** Tuesday, January 20, 2004 9:50 AM
**To:** Hue, Valerie
**Subject:** FW: NSF report

fyi........

----Original Message----
**From:** Loft, Dina
**Sent:** Monday, January 19, 2004 5:02 PM
**To:** Obenshain, Kathy
**Cc:** Gindin, Josh
**Subject:** NSF report

Josh,

Here is the  MM (commercial) NSF report. I have spoken with Kathy and she has implemented a new NSF policy.  Bette, has already received a copy which was put into place today.

Originally the status was to change to 92, but due to cash posting conflict, Bette is getting a new status for MM, to hold the account for verification on any NSF as stated in the policy.

Kathy, has also given me a write-up, to add to my end of month report for the severe offenders from last month.

Respectfully submitted,

Dina



EXHIBIT
Shoentiel 9
cac 1/31/06

000029

B-50

Dina Beth Loft
Compliance Auditing Manager
NCO Group Inc.
800 550 9619
215 442 6317
215 442 6319 (fax)

<<nsf mm 1-19-03.xls>> <<Check Verification Policies>> <<FW: LeFevre & Mcquisten Policy on NSF>>

.000030

# MEMORANDUM

To:      All Collectors

From:    Steve Hallam

Date:    January 20, 2004

Re:      NSF Re-deposits

All NSF checks in the amount of $5,000 or greater gross, must be approved by Kathy Obenshain before any check is re-deposited, she will then send the approval to Shawna McHugh for processing. Under no circumstance should anyone request a re-deposit of a check without clear notes with bank information including the telephone number of the bank that indicates we verified the availability of funds and that there is no stop payment.

Please call me if you have any questions.

SH/tc

001337

B-52

PLAINTIFF'S
EXHIBIT
10 Obenshain
3-16-06

# Memorandum

To:        All Employees

From:      Ted Fox
           Kathy Obenshain

Date:      January 21, 2004

Re:        DCI'S

Effective immediately, we are going back to the previously successful method of accepting DCI's from debtors.

(1)    The Collectors will use our approved check fax form.
(2)    Fax the approved check fax form to the debtor.
(3)    The authorized check signer signs the approved check fax form and faxes it back along with a copy of the check.

All GCM's are responsible for maintaining the DCI forms on a daily basis. Absolutely no check information can be input by any collector. The DCI information must be input by an Administrative Assistant or designated Manager and all DCI copies will be maintained in a secure location. Do not give the copies to the producers. Deviation from this policy will be grounds for immediate termination. This paper trail will now provide us with the method for verifying checks at EOM.

KAO:mm



**EXHIBIT**

Shaantie/8
cor '/3,/06

009021

B-53

# MEMORANDUM

To:         General Collection Managers

From:       Phil Weaver

Date:       July 13, 2000

Subject:    PIC's

It has come to my attention that each of you need to meet with your collectors (except Portland) and instill in them the proper PIC procedures as follows:

1. Prior to referring to the account for "PIC", the collector must call the debtor number to verify it is working and the correct company. Upon verification, the collector must document the file accordingly. Any files not documented as verifying the phone number will be returned to the collector without an attempt at PIC.

2. When putting in any additional numbers for the investigator to attempt contact, you should place the additional number in the information section of CMD 10 so that investigator does not have to page through lines of notes to find the same. In fact, it would be prudent if the collector would complete a quick summary of what they have found about the debtor for the investigator to utilize, e.g. principle can be reached at.......between the hours of....debtor banks with.....and has.....locations.

3. When possible, be sure to get a responsible party so that the investigator has someone to specifically ask for.

As always, if you have concerns or questions please do not hesitate to call.

PW/tw

cc:    Ted Fox



B-54



**NCO Financial Systems, Inc.**

Commercial Services
3850 N. Causeway Blvd., 2ⁿᵈ Floor
Metairie, LA 70002

Phone 504-834-8800
Fax 504-837-3230
www.ncogroup.com

# MEMORANDUM

TO:     All Sales and Collection Managers

FROM:   Peter Buggeln

DATE:   January 16, 2002

RE:     Accounting Compliance

Effective 1/1/2002, any practice whose intent or result is to realize revenue before a recovery is completed and verified, or which results in the realization of revenue in a period after established deadlines, will result in the termination of participating employees. This is a zero tolerance policy that we implement to insure that the standards & practices for our accounting & services are above reproach.

We recommend that you secure a signed acknowledgement of this policy from all producers so that no one can claim ignorance or that they were following previously accepted practices.

PB:tl

cc: Phil Weaver
    Ted Fox
    David Israel



DEPOSITION
EXHIBIT

$B$-55



*NCO Financial Systems, Inc.®*

*Commercial Services*

802 Silverlake Blvd., Suite 200
Dover, Delaware 19904

# Memorandum

To:        All GCM's

From:      Kathy Obenshain

Date:      April 4, 2002

Re:        Accurint

You may start using the following search mechanism immediately on balances over 5K. Set up the same type of authorization sheet that you use for Experian and make sure each request is approved. Furthermore, I want to be absolutely certain that the request is documented in the notes and also the information obtained and how used. We see all too often where an Experian was ordered but no collector notes about what information was obtained or how used. A copy must also be put in bates.

Accurint.com
User ID: NCOCORP
Password: Leckerman (Managers, lock it in first time so no one else can see password)
Page 1: Use permitted - #7 ONLY
Searches: Person searches – Run locator report National UCC

Under no circumstances is this information to be shared with anyone including clients or debtors nor can it be used for personal reasons.

KAO:mm



*NCO Financial Systems, Inc.®*

Mailing Address: P.O. Box 558, Dover, Delaware 19903-9963
(National Toll Free) 1/800/788-1007 • (Delaware) 302/735-4891 • FAX 302/735-4893

B-56

**NCO**®

*NCO Financial Systems, Inc.*

Commercial Services
3850 N. Causeway Blvd., 2ⁿᵈ Floor
Metairie, LA 70002

Phone 504-834-8800
Fax 504-837-3230
www.ncogroup.com

# MEMORANDUM

TO:      All Salespeople

FROM:    Phil Weaver

DATE:    April 24, 2002

RE:      Direct Payments

For any payment received directly by a client, we must have either accounting verifi-
cation or specific documentation from the client to support the transaction. As you
are aware, there are certain clients that we do not allow accounting to call due to the
client requesting a single point of contact. Effective immediately, no PTC (direct
payment) will be posted strictly on a salesperson's or manager's sign-off or authori-
zation. It is important that we maintain an audit trail from the client on every direct
payment. Therefore, you will need to secure some form of written confirmation (e-
mail, fax, copy of internal client report, signed copy of our direct payment confirma-
tion, etc.) and attach that client verification document to the PTC request form for any
direct payment to be posted.

Please handle yourselves accordingly.

TF:tl

cc: Ted Fox
    Ed Trahan
    Ron Castellon
    Kathy Obenshain
    Dan Herrejon
    Rebecca Delacroix
    Sunny Sheppard
    Branch Managers
    General Collection Managers

DEPOSITION
EXHIBIT

PENGAD 800-631-6989

B-57

# ATTENTION
# ALL SALES & COLLECTORS

FROM: MIKE SCHER
      & VALERIE HUE

DATE: MAY 6, 2002
   RE: ACCOUNTING CLOSINGS

IN THE SPIRIT OF COOPERATION AND MUTUAL RESPECT BETWEEN THE DEPARTMENTS, THE FOLLOWING IS HOW CLOSINGS ARE TO BE HANDLED, HOWEVER, THIS IS CONTINGENT UPON SALES & COLLECTIONS NOTIFYING EACH OTHER WHEN THEY CLOSE AN ACCOUNT PER A CLIENT.

- **'HP CLOSINGS'** - ARE TO BE SENT TO JENIE BIRDSONG VIA 'APM/APB' OR VIA EMAIL.
- **'BANKRUPTCY CLOSINGS'** – ARE TO BE SENT TO JENIE BIRDSONG, VIA APB/APM OR EMAIL, BUT MUST HAVE THE 'CASE #, FILE DATE, AND CHAPTER OR ANY BACKUP PERTAINING TO THIS INFORMATION'. THESE WILL BE CLOSED UPON REVIEW BY THE GCM.
- **'H CLOSINGS'** – THESE GO TO DARLENE, VIA CPB/CPM.
- **'H & HP CLOSINGS FOR #93'** – GOT TO DARLENE VIA CPB/CPM.
- **'GN' CLOSINGS** – THESE ARE TO CONTINUE TO GO TO DARLENE.

THE FOLLOWING IS BEING IMPLEMENTED TO ENSURE THAT ACCOUNTS WILL BE CLOSED PROMPTLY. AS STATED BEFORE, THIS IS CONTINGENT ON SALES & COLLECTORS NOTIFYING EACH OTHER IN REGARDS TO ALL 'H' CLOSINGS.

CC: Darlene Gorgoretti
    Jenie Birdsong



DEPOSITION
EXHIBIT

PENGAD 800-631-6989

B-58

# Memorandum

To:        General Collection Managers

From:      Kathy Obenshain

Date:      October 18, 2002

Re:        Experian / Accurint

Please make absolutely certain that when authorizing an Experian report that you review the account and make sure it meets the $4k balance limit. The same rules must be followed for Accurint except the balance must be $5k. It is also imperative the collectors document the information they obtain from Accurint or Experian in the comments section of CRS and bate the report. We will be carefully reviewing the Accurint and Experian bills to make sure all offices comply.

KAO:mm



B-59

NCO Financial Systems, Inc.
Commercial Services



802 Silverlake Blvd., Suite 200
Dover, Delaware 19904

# MEMORANDUM

**TO:**      All Managers

**FROM:**    Phil Weaver

**DATE:**    October 25, 2002

**RE:**      System Administration Procedures

Effective immediately, the following list should help guide you with requests/changes you may have on Salesmaker and CRS. General turnaround time on all requests is 24-48 hours.

Following requests should be sent directly to your System Admin via e-mail from Manager:

- Family (master/slave) Changes
- Rate Changes
- Attitude Code Changes
- Staffing Additions/Changes
- Changing Sales Rep on Account
- Requests for Network Logins & E-mail
- Electronic Downloads
- Any other error messages or miscellaneous problems you may encounter

Balance Adjustments should be sent directly to Sunny Sheppard in Accounting unless it was entered incorrectly at time of placement and original amount placed needs to be changed. In this case request should go to your System Admin.

Remit/Billing Cycle changes should be sent to Accounting.



DEPOSITION
EXHIBIT

NCO Financial Systems, Inc.°

Mailing Address: P.O. Box 558, Dover, Delaware 19903-9963
(National Toll Free) 1/800/788-1007 • (Delaware) 302/735-4891 • FAX 302/735-4893

B-60

**NCO Financial Systems, Inc.®**
Commercial Services

802 Silverlake Blvd., Suite 200
Dover, Delaware 19904

**Closing 1 or 2** accounts needs to be sent to Collection Manager. If need bulk closing of accounts (i.e. close everything placed on certain date for certain client...) should go to your System Admin.

**Special Reporting/Programming Requests** should go to Michelle Morgan and Bernard Marino.

**Your System Admin will be as follows** (please send all requests via e-mail)...

<u>**Jessica Christoffer**</u>

Dover

Metairie

Boone

Denver

Atlanta

Legal / Finals

<u>**Michele Percy**</u>

Tucson

San Diego

Portland

Kansas

B-62

**NCO Financial Systems, Inc.®**
*Commercial Services*



802 Silverlake Blvd., Suite 200
Dover, Delaware 19904

# Memorandum

To:        All Sales & Collection Managers

From:     Phil Weaver

Date:     October 29, 2002

Re:        PTC Verification by E-Mail


The following are the instructions on PTC Verifications by E-Mail:

If a client verifies a payment by e-mail, it can be forwarded to the Accounts Receivable
Collectors. Please forward with all information:

(1) **Amount** of PTC (this should be in the client's e-mail)
(2) **Debtor Name** (this should be in the client's e-mail)
(3) **Debtor Number** (can be added by whoever forwards client's e-mail)
(4) **Rate** (client should provide, but can be added by whoever forwards e-mail)
(5) **Client # & Name** (can be added by whoever forwards client's e-mail)

All of this information should be on the e-mail forwarded to A/R collectors in order to be
posted. A/R collector emails are as follows:

(1)    gerripierre@ncogroup.com - Lacoll
(2)    pam.marshall@ncogroup.com - Tucson
(3)    laura.lassabe@ncogroup.com - Portland
(4)    cindy.Ferrell@ncogroup.com - Dover
(5)    linda.powell@ncogroup.com - Metairie / Boone

Pam Marshall is out on leave of absence until December, any Tucson verifications can be
sent to anyone other than her until she returns. If any one of these A/R collectors is out
on any given day, e-mails may be sent to any of the other four A/R collectors.


Cc:        Ted Fox
            Kathy Obenshain
            Rebecca Delacroix
            Sunny Sheppard



DEPOSITION
EXHIBIT

---

**NCO Financial Systems, Inc.®**

Mailing Address: P.O. Box 558, Dover, Delaware 19903-9963
(National Toll Free) 1/800/788-1007 • (Delaware) 302/735-4891 • FAX 302/735-4893

B-63

**NCO Financial Systems, Inc.**
Commercial Services

Hue, Valerie



From: 802 Silverlake Blvd., Suite 200  Sales Dover
      Dover, Delaware  19904  Wednesday, October 30, 2002 12:31 PM
Sent:
To:         Scher, Michael; Hue, Valerie
Subject:    FW: 2nd placements

-----Original Message-----
From:       Loupe, Tricia
Sent:       Wednesday, October 30, 2002 12:29 PM
To:         Commercial Ops Mgrs; Commercial Sales Mgrs
Subject:    2nd placements

All GCMs and Branch Managers:

Clarification:

Any account that has had a previous Attorney Demand Letter sent on it or was in a letter sending program prior to placement with NCO is considered a 2nd placement, regardless of whether there were any calls made on it.

/s
Phil Weaver
Ted Fox
Kathy Obenshain


NCO Financial Systems, Inc.
3850 N. Causeway Blvd., 2nd Floor
Metairie, LA  70002
Ph - 800-735-6008, ext. 2204
F - 504-837-3230

Notice of Confidentiality: The information included and/or attached in this electronic mail transmission may contain confidential or privileged information and is intended for the addressee. Any unauthorized disclosure, reproduction, distribution or the taking of action in reliance on the contents of the information is prohibited. If you believe that you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.



DEPOSITION
EXHIBIT

**NCO Financial Systems, Inc.**

Mailing Address: P.O. Box 5581 Dover, Delaware  19903-9963
(National Toll Free) 1/800/788-1007 • (Delaware) 302/735-4891 • FAX 302/735-4893

B-64

# SESSIONS
# FISHMAN
# NATHAN LLP

## ATTORNEYS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

www.sessions-law.com

ELIZABETH K. FITE
Licensed in the State of Florida
Direct Dial: 813-908-6121
elizabeth.fite@ficelaw.com
Respond to Tampa Office

March 3, 2006

Sent Via U.S. Mail and Facsimile No.: (302) 678-9415

Jeremy Homer, Esq.
Parkowski, Guerke & Swayze
116 W. Water Street
Dover, DE 19903

MAR - 9 2006
PARKOWSKI, GUERKE & SWAYZE, P.A.

      RE:    *Valerie Hue vs. NCO Financial Systems, Inc.*
           Case No.: 05-225-KAJ

PLAINTIFF'S
EXHIBIT
16 Obenshain
3-16-06  pa
PENGAD 800-631-6989

Dear Mr. Homer:

    Pursuant to our 3/2/06 telephone discussion, I am writing to memorialize certain facts regarding NCO's document production in the above-referenced lawsuit.

    As background, you deposed NCO's Compliance Manager, Dina Sha'altiel, on January 31, 2006. During her deposition, it was confirmed that Ms. Sha'altiel conducted an audit/investigation in early January 2004 regarding "bounced" checks. As part of her review, Ms. Sha'altiel reviewed processes for checks in the NCO Commercial Division. Specifically, Ms. Sha'altiel investigated large balance ($1,000.00 or over) checks that were submitted to banks in December 2003 and were returned for non-sufficient funds (NSF). Ms. Sha'altiel conducted this audit/investigation to determine whether the checks bounced as a result of collector misconduct/error, debtor error, or both.

    Ms. Sha'altiel's investigation consisted of reviewing the December 2003 NSF Report, *see* Exhibit A, and analyzing the account notes ("Fact Sheets") relating to each bounced check. The account notes allowed Ms. Sha'altiel to determine, for example, whether the collector had properly sought the debtor's authorization to re-submit the check and/or attempted to verify with the debtor's bank that the funds were available.

    Ms. Sha'altiel's conclusions were memorialized in a Policy Violation Report that states, among other things, Ms. Sha'altiel's conclusions in the column titled "Root of Problem." *See* Exhibit B. From her review, as memorialized in the Policy Violation

New Orleans Office
201 St. Charles Avenue
Thirty-Fifth Floor
New Orleans, LA 70170-3500
Telephone (504) 582-1500
Fax (504) 582-1555

Metairie Office
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, LA 70002-1752
Telephone (504) 828-3700
Fax (504) 828-3737

Covington Office (temporary)
114 Northpark Boulevard
Suite 10
Covington, LA 70433
Telephone (985) 871-8181
Fax (985) 871-8197

Tampa Office
15316 North Florida Avenue
Suite 100
Tampa, FL 33613-1257
Telephone (813) 908-6121
Fax (813) 908-6126



SESSIONS FISHMAN & NATHAN

Jeremy Homer, Esq.
March 3, 2006 – Page 2

Report, Ms. Sha'altiel determined that certain Dover Large Balance Collectors were violating NCO's check handling policy during December 2003, which resulted in numerous NSF checks.

You have requested a complete copy of the NSF Report, Ms. Sha'altiel's Policy Violation Report, and the account notes supporting Ms. Sha'altiel's conclusions. We produced the requested documents on February 3, 2006, bate nos. 000944 to 001335. Because of the volume of account notes involved, you received the "user-friendly" condensed version of the account notes, where Ms. Sha'altiel literally re-created her investigation by circling the portions of the account notes that lead her to her conclusions.

Also on January 31, 2006, I discovered for the first time through Claire O'Connell, NCO Cash Department, that NCO maintained back-up documents reflecting re-dip requests from the various Commercial Division offices in an off-site storage warehouse, Iron Mountain. David Israel and I called you on January 31 and with Ms. O'Connell discussed the process to review the stored documents. This was an important discovery because NCO's attorneys and a myriad of managers had been attempting to locate a box of 2003 Re-Dip Request Forms that were purportedly kept in the Dover Commercial Office without success. We now believe that these Re-Dip Request Forms were lost in 1 of the 2 moves that the Dover office has made in the last 2 years. We hoped that copies of the Re-Dip Request Forms would be among the back-up documents maintained by the Cash Department.

On February 6, 2006, I traveled back to Horsham, Pennsylvania and met with Ms. O'Connell and Ms. Sha'altiel to review the 10 of boxes of back-up documents delivered from Iron Mountain. Within the boxes, we discovered e-mail requests to re-dip checks, but no handwritten Re-Dip Request Forms. On February 8, 2006, we produced all of the e-mail re-dip requests as bate nos. 000605 to 000943.

Also during our March 2 telephone discussion, you requested that NCO produce all December 2003 and January 2004 Re-Dip Request Forms from all of the other Commercial Offices. As I explained to you, while each Commercial office may have maintained their own system for obtaining authorization/verification and a manager's approval to re-dip, the process of actually re-dipping was accomplished through e-mails to the Cash Department (bate nos. 000605 to 000943). The handwritten Re-Dip Request Forms from the various Commercial offices (if they could be obtained) would not be relevant since a Re-Dip Request Form would not show whether the check was actually re-dipped, whether the re-dipped check bounced again, or whether the collector actually achieved authorization/verification prior to submitting the re-dip request. These determinations could be made only by reviewing tens of thousands of pages of account

B-66

Jeremy Homer, Esq.
March 3, 2006 – Page 3

notes relating to each of the re-dip requests.   Such a discovery request is irrelevant, harassing and burdensome.

The depositions of Brad Reavis, Eric Shaw, and Matt Lane support Ms. Sha'altiel's conclusions because of their admissions of wrongdoing and confirmation that Ms. Hue specifically had them violate NCO's check handling procedures.   Your continued insistence for "more documents" has to stop. Your latest requests do not relate to this case.   All of the information that was submitted to you corroborates Ms. Sha'altiel's testimony and report and proves the propriety of Ms. Hue's discharge.

Dave and I are happy to discuss these issues with you further.

Very truly yours,

Elizabeth K. File, Esq.

EKF/mjm
cc:     David Israel, Esq.
        Alyssa Schwartz, Esq.

H DESCO HR FILES Hue, Salem Correspondence Homer ltr 3 3 06.doc

B-67

EXHIBIT B

| DATE OF CHECK | Collector Name | A/C # | Root of Problem collector/cash/debtor | Unit | Check Amount | Explanation |
|---|---|---|---|---|---|---|
| 12/26/2003 | william callett | S78713 | collector/debtor | A11 | -5930.43 | 1st bounce was inevcrted made up w cert funds |
| 12/31/2003 | william callett | R95152, | collector | A11 | -3221 | debtor said no my on 12/12 ck should of pulled |
| 12/31/2003 | william callett | T03297 | debtor | A11 | -3000 | no money |
| 12/31/2003 | william callett | S92674 | collector | A11 | -1020.65 | debtor told collector funds no good |
| 12/31/2003 | steve troxell | S57063 | debtor | A20 | -2500 | no money |
| 12/31/2003 | steve troxell | R19352 | debtor | A20 | -2500 | stop pay |
| 12/31/2003 | steve troxell | R83936 | debtor | A20 | -1000 | no money |
| 12/30/2003 | michelle gidden | R01080 | debtor | A21 | -1500 | no money |
| 12/31/2003 | keith bryant | S76635 | collector/debtor | A3 | -2744.03 | nvr flu to see if roller recd |
| 12/31/2003 | keith bryant | T35950 | collector/debtor | A3 | -2529.73 | d called to pull ck same day |
| 12/31/2003 | keith bryant | S13415 | collector/debtor | A3 | -1800 | had nsf should of made up w cert |
| 12/31/2003 | claude jones | T04496 | debtor | A32 | -2225.86 | no money |
| 12/24/2003 | harold moore | Q97254 | debtor | A37 | -3044.6 | no money |
| 12/24/2003 | kevin brown | T16561 | debt | A43 | -1051.73 | no money |
| 12/31/2003 | ellis phelps | A68860 | debtor | A53 | -5000 | no money mult nsf |
| 12/31/2003 | ellis phelps | S42563 | debtor | A53 | -2000 | no money |
| 12/31/2003 | ellis phelps | T14389 | debtr | A53 | -1718 | no money |
| 12/26/2003 | ellis phelps | A68860 | debtr | A53 | -1000 | no money mult nsf |
| 12/29/2003 | julie rees | R49535 | collector/debtor | A63 | -3811.8 | money was in the hosp |
| 12/30/2003 | julie rees | R87439 | debtor | A63 | -3069.61 | debtor is client |

B-69

| Date | Name | Account | Role | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | julie rees | S09400 | collector/debtor | A63 | -1000 | no money/mull nsf |
| 12/31/2003 | david aubery | T23443 | debtor | A73 | -1785.33 | no money |
| 12/31/2003 | lori clark | T00940 | debtor | A75 | -4105 | client issues |
| 12/30/2003 | lori clark | S25962 | debtor | A75 | -2900.43 | no money |
| 12/29/2003 | lori clark | T13040 | debtor | A75 | -2898.42 | no money |
| 12/31/2003 | lori clark | T03384 | debtor | A75 | -2524.43 | no money |
| 12/31/2003 | lori clark | T20759 | debtor | A75 | -2030 | no money |
| 12/31/2003 | lori clark | T20248 | debtor | a75 | -1000 | no money |
| 12/31/2003 | lori clark | T20248 | debtor | A75 | -1000 | no money mull nsf |
| 12/31/2003 | lori clark | T20248 | debtor | A75 | -1000 | no money mull nsf |
| 12/31/2003 | craig cavalcante | R63632 | debtor | A76 | -18997.6 | debtor called no good same day |
| 12/31/2003 | craig cavalcante | T34793 | debtor | A76 | -16176.62 | dci-name error made good bc |
| 12/31/2003 | craig cavalcante | T07888 | collector | A76 | -12577.13 | look cc decline no contact look |
| 12/31/2003 | craig cavalcante | T20414 | debtor | A76 | -7333.99 | clk |
| 12/31/2003 | craig cavalcante | S85957 | debtor | A76 | -10935.94 | no money |
| 12/31/2003 | craig cavalcante | T12150 | collector | A76 | -1937.67 | changed bank accounts w/o notices |
| 12/30/2003 | craig cavalcante | T01866 | debtor | A76 | -1274 | no contact w d just dci |
| 12/31/2003 | craig cavalcante | T01866 | debtor | A76 | -1251.37 | no money |
| 12/31/2003 | frank orr | S60834 | debtor | A77 | -3569.86 | bank hold of funds |
| 12/31/2003 | frank orr | T15748 | debtor | A77 | -3600 | no money |
| 12/31/2003 | frank orr | T06799 | debtor | A77 | -3600 | no money |
| 12/31/2003 | frank orr | Q61567 | collector | A77 | -1753.47 | nvr made up 1st/ or contact w debtor |
| 12/29/2003 | frank orr | D42544 | debtor | A77 | -1500 | nvr made up 1st nsf or contact w |
| 12/31/2003 | frank orr | R83014 | collector | A77 | -1004.97 | nvr made up 1st nsf or contact w debtor |
| 12/24/2003 | jessie montoro | S27322 | debtor | A02 | -3857.73 | no money |
| 12/24/2003 | jessie montoro | R86627 | debtor | A82 | -3605.3 | no money |
| 12/31/2003 | tom ventrone | R25366) | collector/debtor | B57 | -1042.15 | knew ck no good moved dci |

B-70

| Date | Name | Account | Role | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | david Komahrens | T07557 | collector | B59 | -2500 | mult nsf redd w/o ok |
| 12/29/2003 | david Komahrens | S47763 | debtor | B59 | -1000 | mult nsf |
| 12/31/2003 | bob leger | S98456 | debtor | B6 | -1220 | no money |
| 12/30/2003 | walter theodore | S84627 | debtor | B62 | -1000 | ver! bank good for 1 put 2 cks in poss rens! |
| 12/30/2003 | linda costa | S09348 | debtr | B63 | -2845 | no money |
| 12/30/2003 | linda costa | S83272 | debtr | B63 | -1682 | accounting issue |
| S21335 | steven birdsong | S21335 | collector | D1 | -1813 | collector ran ck -funds no ver! |
| 12/29/2003 | raymond morrison | 573686 | debtor | D17 | -2500 | no money |
| 12/30/2003 | diantae ramirez | T16568 | debtor | D19 | -1166.58 | no money |
| 12/31/2003 | diantae ramirez | R97882 | collectr/mgr | D19 | -1000 | redd w/o contact |
| 12/31/2003 | BRAD REAVES | R06156 | collector | D22 | -7000 | nvr recd auth rzn from d eom |
| 12/31/2003 | BRAD REAVES | S51306 | collector | D22 | -3435.5 | nnvr recd auth rzn from d eom |
| 12/31/2003 | Brad REAVES | S51306 | collector | D22 | -3400 | nvr recd auth rzn from d eom |
| 12/31/2003 | BRAD REAVES | T32974 | debtor | D22 | -2401.46 | no money |
| 12/31/2003 | BRAD REAVES | T20071 | collector | D22 | -2030 | nvr recd auth rzn to dc ck |
| 12/29/2003 | BRAD REAVES | S98025 | collector | D22 | -2000 | knew no money nvr pulled ck |
| 12/31/2003 | BRAD REAVES | S90825 | collector | D22 | -2000 | knew no money nvr pulled ck |
| 12/31/2003 | BRAD REAVES | S42285 | collector | D22 | -2000 | change postdate then documnt to do so |
| 12/31/2003 | BRAD REAVES | T38089 | ? | D22 | -1500 | documnts no clear |
| 1/5/2004 | BRAD REAVES | S85602 | collector | D22 | -1071.18 | d was sending mo mult nsf |
| 12/24/2003 | BRAD REAVES | S85602 | collector | D22 | -1000 | d was sending mo mult nsf |
| 12/31/2003 | BRAD REAVES | R72202 | collector | D22 | -1000 | collcr knew d was sending mo ck should have been pull |
| 12/29/2003 | KEN ROSE | S94552 | COLLECTOR | D29 | -6500 | notes show pending client ck should of pulled |
| 12/31/2003 | KEN ROSE | T11659 | collector/client | D29 | -5000 | notes don't add up |
| 12/29/2003 | KEN ROSE | S27200 | collector | D29 | -1982 | mult nsf should of pulled |

B-71

| Date | Name | Account | Role | Status | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | joe giaquento | R74588 | collector | D31 | -2683.21 | 2nd dci no contact or authorizin |
| 12/30/2003 | joe giaquento | T09615 | debtor | D31 | -2459.94 | no money |
| 12/31/2003 | joe giaquento | T22837 | cash | D31 | -1202.05 | ck was changed date to 2nd ran on 31st |
| 12/30/2003 | joe giaquento | S95774 | debtor | D31 | -1112.13 | no money |
| 12/29/2003 | | | | | | |
| 12/31/2003 | dan maddox | Q93081 | collector | D36 | -22879.62 | knew aba wrong got correct info and nvr put in also had date change |
| 12/31/2003 | david dunham | S97141! | collector | D43 | -2034.01 | nvr called debtor after 1st bounce |
| 12/31/2003 | david dunham | T15655 | collector | D43 | -1062.5 | no contact w d then dci |
| 12/30/2003 | david dunham | S07157 | collector | D43 | -1000 | no money |
| 12/31/2003 | SCOTT RAULSTON | D95575 | collector/debtor | D48 | -4000 | no money |
| 12/30/2003 | SCOTT RAULSTON | R40912 | debtor | D48 | -1500 | no money -junky notes |
| 12/31/2003 | SCOTT RAULSTON | S60592 | debtor | D48 | -1050.74 | no money |
| 12/31/2003 | matt lane | S28434 | collector | D60 | -7500 | junky notes |
| 12/31/2003 | matt lane | S13617 | collector | D60 | -5000 | no contact after 1st bounce then redci |
| 12/31/2003 | matt lane | R21037 | collector | D60 | -4325 | no contact after 1st bounce then redci |
| 12/30/2003 | matt lane | S54996 | collector | D60 | -4000 | no contact after 1st bounce then redci |
| 12/31/2003 | matt lane | S70944 | collector | D60 | -3023.5 | ck was a pull |
| 12/30/2003 | matt lane | R63502 | collector | D60 | -1000 | no contact after 1st bounce then redci |
| 12/24/2003 | mark lefevre | T13335 | debtor | D70 | -14045 | no money |
| 12/31/2003 | mark lefevre | Q71642 | collector | D70 | -14000 | 1st ck bounce debtor then told collector ck no good till the 10th collector put ck in on the 2nd |

B-72

| Date | Name | Account | Role | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | mark lefevre | T14251 | collector/debtor | D70 | -6617.79 | 1st bounce then redci funky docs |
| 12/30/2003 | mark lefevre | S51701 | collector | D70 | -1745.62 | no contact w debtor only lm |
| 12/31/2003 | joseph dunning | S11960 | collector | -- | -1000 | no contact w debtor only lm |
| 12/30/2003 | david mcquisten | 684902 | collector/debtor | D75 | -15000 | unable to verf funds 2nd time |
| 12/31/2003 | david mcquisten | Q83571 | collector/mgt | D79 | -12000 | redip per mgt no funds per notes |
| 12/31/2003 | david mcquisten | S15764 | collector | D79 | -8000 | mult nsf |
| 12/31/2003 | david mcquisten | S67976 | collector | D79 | -4373.34 | 1st ck nsf no real contact redci |
| 12/31/2003 | david mcquisten | R92555 | collector | D79 | -1500 | ck bounce |
| 12/31/2003 | david mcquisten | S47717 | collector/mgt | D79 | -3778.06 | mult nsf |
| 12/31/2003 | david mcquisten | R37499 | collector/mgt | D79 | -1366.86 | mult date changes mult nsf |
| 12/30/2003 | david mcquisten | S95738 | collector | D79 | -3000 | mult nsf for sevral mo change dci |
| 12/31/2003 | david mcquisten | T32522 | collector | D79 | -2500 | redci w/o aulhrzn just verf w bank - calld next day and was then told no funds |
| 12/31/2003 | mike kraig | 892388 | collector | F11 | -2000 | dci error |
| 12/30/2003 | St. Clair Carr | Q72441 | collector | F21 | -1000 | collector told debtor to do a stop pmnt |
| 12/30/2003 | Jon Tapia | D32616 | debtor | F51 | -5000 | no money |
| 12/31/2003 | Trenice Harris | Q76796 | debtor | F65 | -2000 | no money |
| 12/30/2003 | Bruce Richardson | S16794 | debtor | F93 | -2000 | no money |
| 12/30/2003 | Storm McIntyre | Q83584 | debtor | M1 | -3000 | no money |
| 12/31/2003 | Brian Dennis | S16508 | debtor/collector | M2 | -12000 | attny sd he would fed-ex ck - ck's were dci'd |

B-73

| Date | Name | Account | Type | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Brian Dennis | R22796 | debtor/collector | M2 | -11133.33 | 2 bounces in a row-nvr verified |
| 12/31/2003 | Brian Dennis | T04342 | debtor | M2 | -4520 | funds |
| 12/22/2003 | Brian Dennis | S91579 | debtor | M2 | -2000 | no money / stop payment |
| 12/22/2003 | Mark Patterson | S09433 | collector | M25 | -1000 | dbtor did to change ck date- / collector said no |
| 12/31/2003 | Elkedra Richard | C60240 | debtor | M26 | -3012 | no money |
| 12/31/2003 | Jim Gillis | 966780 | collector | M31 | -30000 | was told by super to verify funds |
| 12/31/2003 | Jim Gillis | R86579 | debtor | M31 | -2411.5 | no name |
| 1/6/2004 | Annie Hunt | T16484 | collector | M36 | -2536.78 | verified no money with bank-still ran |
| 12/31/2003 | Annie Hunt | D46489 | collector | M38 | -2059.88 | dbtr sd he was sending VU-verifed no money- still ran ck |
| 12/31/2003 | Fernando Hunt | S89295 | debtor | M4 | -4577.07 | no money |
| 12/31/2003 | Fernando Hunt | S88016 | debtor | M4 | -1500 | no money |
| 1/6/2004 | Dane Revette | 248701 | debtor/collector | M40 | -1041.66 | never followed up after 1st bounce. |
| 12/31/2003 | Greg Ansardi | T12054 | collector | M42 | -1050.11 | dbtor called to stop pmnt-never done |
| 12/30/2003 | Denise Richardson | S40051 | debtor | M73 | -1962.09 | no money |
| 12/30/2003 | Steve Hallam | T38274 | ??? | M80 | -2500 | ??? |
| 1/13/2004 | Mike Mullens | Q90213 | debtor | P15 | -1420.54 | ck not endorsed |
| 12/31/2003 | Frank Sauceda | T16254 | debtor | P16 | -9000 | no money |
| 12/31/2003 | Frank Sauceda | T26854 | debtor | P16 | -4608.38 | no money |
| 12/31/2003 | Frank Sauceda | T24294 | debtor | P16 | -2503.91 | no money |

B-74

| Date | Name | Account | debtor/collector | Page | Amount | Comments |
|---|---|---|---|---|---|---|
| 12/31/2003 | Frank Saucedo | R52068 | debtor | P16 | -1766.36 | no money |
| 12/26/2003 | Dan Slack | S78094 | debtor/collector? | P18 | -22962.54 | ??? Cmnts show dbtr stop pay b4 ck ran |
| 12/31/2003 | Dan Slack | T20235 | debtor | P18 | -3927.93 | no money |
| 12/26/2003 | Dan Slack | S80408 | debtor | P18 | -1659 | no money |
| 12/31/2003 | Stephen Ross | R75604 | collector | P3 | -11913.64 | Does not make sense-dci'd x2 no contact |
| 12/31/2003 | Stephen Ross | R75604 | collector | P3 | -11913.64 | does not make sense- dcix2 no contact |
| 12/31/2003 | Stephen Ross | S66790 | collector | P3 | -7290.69 | doesnot make sense- contact |
| 12/31/2003 | Stephen Ross | S68790 | collector | P3 | -7290.69 | Does not make sense-dci'd x2 no contact |
| 12/29/2003 | Doug Gallaher | T04431 | collector | P42 | -1355.6 | dbtr fed ex'd check- ck was dci'd |
| 12/31/2003 | Doug Gallaher | S72495 | debtor/collector | P42 | -1157.23 | no contact. unable to contact debtor after 1st bounce. |
| 12/31/2003 | Doug Gallaher | S25262 | collector | P42 | -1000 | no doc's from dbtr to ok post dates |
| 12/31/2003 | miguelle Christi | Q97349 | collector | P44 | -2000 | changed ck with no contact |
| 12/31/2003 | miguelle Christi | T14046 | debtor | P44 | -1550 | |
| 1/13/2004 | miguelle Christi | Q90213 | debtor | P44 | -1508.22 | mail in check. |
| 12/31/2003 | Michelle Beck | T22732 | debtor | P45 | -1495 | no money |
| 12/31/2003 | Bill Rice | S64638 | debtor | P46 | -1784.39 | no money |
| 12/29/2003 | Bill Rice | T13604 | debtor | P46 | -1490.78 | dbtr said needed more time- collector verified funds with bank |
| 12/31/2003 | Bill Rice | T13604 | collector | P46 | -1490.78 | dbtr said needed more time- collector verified funds with bank |
| 12/30/2003 | Bill Rice | | collector | | | n ran-ck still bounced. |

B-75

| Date | Name | Account # | Role | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Bill Rice | | | P46 | -1000 | every ck in past 4 months bounced. |
| 12/31/2003 | Bruce Woodson | S04710 | collector | P46 | -6000 | dbtr said still trying to get funds- collector dc'd anyway |
| 12/31/2003 | Bruce Woodson | S58146 | collector | P49 | | 2 bounces-2 checks taken, asked to get cert funds, no |
| 12/31/2003 | Bruce Woodson | S30421 | collector | P49 | -2000 | attempt made. |
| 12/31/2003 | Bruce Woodson | S61445 | collector | P49 | -1835.41 | 3 bounces in a row |
| 12/31/2003 | Bruce Woodson | S46255 | collector | P49 | -1704.76 | 4 bounces in a row |
| 12/31/2003 | Ricardo Hernandez | 897576 | debtor | T21 | -1000 | no money |
| 12/31/2003 | Ricardo Hernandez | R49951 | debtor | T21 | -1000 | no money |
| 12/30/2003 | Dennis Angeles | Q19413 | debtor | T27 | -1000 | debtor is a client |
| 12/26/2003 | Andrew Hardin | S95713 | debtor | T47 | -3875 | no money |
| 12/29/2003 | Darrel Austin | T16668 | debtor | T63 | -3138.75 | no money |
| 12/31/2003 | Darrel Austin | R92845 | collector | T63 | -2000 | dbtr wanted pd changed-never changed |
| 12/31/2003 | Darrel Austin | T19022 | collector | T63 | -1800 | debtr was to fed ex-ck dc'd |
| 12/31/2003 | Darrel Austin | P99871 | debtor | T63 | -1000 | No Contact No money |
| 12/31/2003 | Ronald Davis | R51111 | collector/debtor | Z1 | -2004.11 | dbtr clld sd having trouble with funds, will c/b, check ran n |
| 12/31/2003 | Ronald Davis | Q75158 | debtor | Z1 | -1750 | bounced. |
| 12/31/2003 | Michael Dubay | T22857 | debtor | Z11 | -5133.34 | no money |
| 12/31/2003 | Michael Dubay | T26751 | debtor | Z11 | -1307.44 | mail in check bounced |
| 12/31/2003 | Robert Goodrich | T16242 | debtor | Z12 | -1187.15 | no money |

B-76

| Date | Name | ID | Role | Z | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Gary Garrett | R37980 | collector | Z 19 | -1275.4 | 5 bounces in a row- bounced 2 cks after coll. doc'd need cert funds. |
| 12/31/2003 | Gary Garrett | R25371 | debtor/collector | Z 19 | -1061.4 | told by manager to get cert funds |
| 12/31/2003 | Edward Falco | S20056 | debtor | Z 2 | -5862.14 | client concerned |
| 12/31/2003 | Edward Falco | S63890 | collector | Z 2 | -1000 | collectors doc's say ck ran early without dbtrs ok. |
| 12/30/2003 | Maria Munson | T26931 | debtor | Z 22 | -1022.94 | no money |
| 12/31/2003 | Patricia Pardo | R59576 | debtor | Z 23 | -1500 | no money |
| 12/31/2003 | Jon Fred | T06510 | collector | Z 37 | -1254.05 | verfied no money with bank- never destroyed |
| 12/31/2003 | Jacqueline Johns | R33638 | collector | Z 41 | -2429.7 | debtr has bounced 5 cks in a row starting Oct. |
| 12/30/2003 | Ed Bagowski | S25765 | debtor | Z 52 | -5000 | Stop payment |
| 12/29/2003 | Ed Bagowski | T16839 | collector/debtor | Z 52 | -4166.9 | was told by manager to verify ck after first ck bounced |
| 12/29/2003 | Ed Bagowski | S98838 | debtor | Z52 | -3996.65 | waiting for collector to pull next ck. as requested by manager. |
| 12/26/2003 | Ed Bagowski | S80928 | debtor | Z52 | -1398.85 | no money |
| 12/31/2003 | Ed Bagowski | S80928 | debtor | Z52 | -1333.39 | no money |
| 12/31/2003 | Gary Garrett | G29113 | collector/debdir | Z6 | -1000 | Collector was told cert. funds only-too many bounces |
| 12/30/2003 | Richard Thompson | R77406 | debtor | Z7 | -15213 | no money |
| 12/31/2003 | Richard Thompson | T14832 | debtor | Z7 | -1845 | debtor was to mail cert funds, next day ilc was taken |
| 12/26/2003 | Richard Thompson | R01525 | debtor | Z7 | -1500 | no money |

B-77

| 12/30/2003 | Dan Frazier | T00043 | debtor | Z8 | -3656.66 | Stop Payment- Debtor's been waiting on loan money. |
|---|---|---|---|---|---|---|

B-78

PLAINTIFF'S EXHIBIT

| DATE OF CHECK | Collector Name | A/C # | Root of Problem collector/cash/debtor | Unit | Check Amount | Explanation |
|---|---|---|---|---|---|---|
| 12/26/2003 | william callett | S78713 | collector/debtor | A11 | -5930.43 | 1st bounce was never made up w cert funds |
| 12/31/2003 | william callett | R95152 | collector | A11 | -3221 | debtor said no my on 12/12 ck should cl pulled |
| 12/31/2003 | william callett | T03207 | debtor | A11 | -3000 | no money |
| 12/31/2003 | william callatt | S92674 | collector | A11 | -1020.55 | debtor told collector funds no good |
| 12/31/2003 | steve troxell | S57063 | debtor | A20 | -2500 | no money |
| 12/31/2003 | steve troxell | R19352 | debtor | A20 | -2500 | stop pay |
| 12/31/2003 | steve troxell | R83936 | debtor | A20 | -1000 | no money |
| 12/30/2003 | michelle gideon | R01000 | debtor | A21 | -1500 | no money |
| 12/31/2003 | keith bryant | S76635 | collector/debtor | A3 | -2744.03 | nvr flu to see it roller recd |
| 12/31/2003 | keith bryant | T35050 | collector/debtor | A3 | -2529.73 | d called to pull ck same day |
| 12/31/2003 | keith bryant | S13415 | collector/debtor | A3 | -1000 | had nsf should of made up w cert |
| 12/31/2003 | claudie jones | T04496 | debtor | A32 | -1000 | no money |
| 12/24/2003 | harold moore | Q97254 | debtor | A37 | -2225.06 | no money |
| 12/24/2003 | kevin brown | T16551 | debt | A43 | -3044.6 | no money |
| 12/31/2003 | ellis phelps | A68060 | debtr | A53 | -1051.73 | no money |
| 12/31/2003 | ellis phelps | S42563 | debtr | A53 | -5000 | no money nsf |
| 12/31/2003 | ellis phelps | T14399 | debtr | A53 | -2000 | no money |
| 12/26/2003 | ellis phelps | A68860 | debtr | A53 | -1718 | no money |
| 12/29/2003 | julie rees | R49535 | collector/debtor | A63 | -1000 | no money nsf |
| 12/30/2003 | julie rees | R07430 | debtor | A63 | -3011.0 | money was in the bank |
|  |  |  |  |  | -3369.61 | debtor is client |

| Date | Name | Account | Code | Collector/Debtor | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | julie mes | S09400 | A63 | collector/debtor | -1000 | no money/mult nsf |
| 12/31/2003 | david dubury | T23443 | A73 | debtor | -1785.33 | no money |
| 12/31/2003 | lori clark | T00940 | A75 | debtor | -4105 | client issues |
| 12/30/2003 | lori clark | S25962 | A75 | debtor | -2900.43 | no money |
| 12/25/2003 | lori clark | T13940 | A75 | debtor | -2898.42 | no money |
| 12/31/2003 | lori clark | T0338A | A75 | debtor | -2524.43 | no money |
| 12/31/2003 | lori clark | T20759 | a75 | debtor | -2030 | no money |
| 12/31/2003 | lori clark | T2024A | A75 | debtor | -1000 | no money mult nsf |
| 12/31/2003 | lori clark | T2024A | A75 | debtor | -1000 | no money mult nsf |
| 12/31/2003 | craig cavalcante | R63632 | A76 | debtor | -10997.0 | debtor called no good same day |
| 12/31/2003 | craig cavalcante | T34703 | A76 | debtor | -16176.62 | dci-name error made good bc |
| 12/31/2003 | craig cavalcante | T070A0 | A76 | collector | -12577.13 | look cc decline no contact tonk clk |
| 12/30/2003 | craig cavalcante | T20414 | A76 | debtor | -7333.09 | no money |
| 12/31/2003 | frank orr | S85957 | A76 | debtor | -1937.67 | changed bank accounts w/o notices |
| 12/31/2003 | frank orr | T12150 | A76 | collector | -1274 | no contact w d just dci |
| 12/30/2003 | frank orr | T01000 | A76 | debtor | -1251.37 | no money |
| 12/31/2003 | frank orr | S60034 | A77 | debtor | -10935.94 | bank hold of funds |
| 12/31/2003 | frank orr | T15748 | A77 | debtor | -3600 | no money |
| 12/31/2003 | frank orr | T06799 | A77 | debtor | -3589.06 | no money |
| 12/31/2003 | frank orr | Q61567 | A77 | collector | -1753.47 | nvr made up 1st nsf or contact w debtor |
| 12/29/2003 | frank orr | D42544 | A77 | debtor | -1500 | no money |
| 12/31/2003 | frank orr | R03014 | A77 | collector | -1004.97 | nvr made up 1st nsf or contact w / nvr made up 1st nsf or contact w debtor |
| 12/24/2003 | jessie montoro | S27322 | A82 | debtor | -3657.73 | no money |
| 12/24/2003 | jessie montoro | R00627 | A82 | debtor | -3695.3 | no money |
| 12/31/2003 | tom ventrone | R25366 | B57 | collector/debtor | -1042.15 | knew ck no good moved dci |

B-80

| Date | Name | Account | Role | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | david kornahrens | T07557 | collector/debtor | B59 | -2500 | mult nsf redci w/o d ck |
| 12/29/2003 | david kornahrens | S47763 | | B59 | -1000 | mult nsf |
| 12/30/2003 | bob fagar | S98456 | debtor | B6 | -1220 | no money |
| 12/30/2003 | walter theodore | S64627 | debtor | B62 | -1000 | verf bank good for 1 put 2 cks in poss rensf |
| 12/30/2003 | linda costa | S00340 | debtr | B63 | -2845 | no money |
| 12/30/2003 | linda costa | S83272 | debtr | B63 | -1602 | accounting issue |
| 52/13/ | steven birdsong | S21335 | collector | D1 | -1013 | collector ran ck -funds no verf |
| 12/23/2003 | raymond morrison | 573686 | debtor | D17 | -2500 | no money |
| 12/30/2002 | danlae ramirez | T16560 | debtor | D19 | -1166.50 | no money |
| 12/31/2003 | danira ramirez | R97002 | collector/mgr | D19 | -1000 | redci w/o contact |
| 12/15/2003 | BRAD REAVES | R06156 | collector | D22 | -7000 | nvr recd authrzln from d eam |
| 12/31/2003 | Brad REAVES | S51306 | collector | D22 | -3435.5 | nvr recd authrzln from d eam |
| 12/31/2003 | BRAD REAVES | T32974 | debtor | D22 | -3400 | nvr recd authrzln from d eam |
| 12/31/2003 | BRAD REAVES | T20071 | collector | D22 | -2401.46 | no money |
| 12/24/2003 | BRAD REAVES | S98025 | collector | D22 | -2030 | nvr recd authrzln to del ck |
| 12/31/2003 | BRAD REAVES | S98025 | collector | D22 | -2000 | knew no money nvr pulled ck |
| | | | | D22 | -2000 | knew no money nvr pulled ck |
| 12/31/2003 | BRAD REAVES | S42285 | collector | D22 | -2000 | change postdate then document to do so |
| 12/31/2003 | BRAD REAVES | T38080 | ? | D22 | -1500 | documnts no clear |
| 1/5/2004 | BRAD REAVES | S85602 | collector | D22 | -1071.18 | d was sending mo mult nsf |
| 12/24/2003 | BRAD REAVES | S85602 | collector | D22 | -1000 | d was sending mo mult nsf |
| 12/31/2003 | BRAD REAVES | R72202 | collector | D22 | -1000 | colletr knew d was sending mo ck should have been null |
| 12/29/2003 | KEN ROSE | S94552 | COLLECTOR | D29 | -6500 | notes don't add up |
| 12/31/2003 | KEN ROSE | T11059 | collector/client | D29 | -5000 | notes show pending client ck should of pulled |
| 12/29/2003 | KEN ROSE | S27200 | collector | D29 | -1902 | mult nsf should of pulled |

B-81

| Date | Collector | Account | Type | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | joe giaquenta | R74580 | collector | D31 | -2600.21 | 2nd dci no contact or authorzin |
| 12/30/2003 | joe giaquenta | T00615 | debtor | D31 XX | -2450.94 | no money |
| 12/31/2003 | joe giaquenta | T22037 | cash | D31 | -1202.05 | ck was changed date in 2nd ran on 31st |
| 12/29/2003 | joe giaquenta | S95774 | debtor | D31 | -1112.13 | no money |
| 12/31/2003 | dan maddox | Q93081 | collector | D36 | -22079.62 | knew abs wrong gor correct info andt nvr put in also had date change |
| 12/31/2003 | david dunham | S97141 | collector | D43 | -2034.01 | nvr called debtor after 1st bounce |
| 12/31/2003 | david dunham | T15655 | collector | D43 | -1062.5 | no contact w d then dci |
| 12/30/2003 | david dunham | S07157 | collector | D43 | -1000 | no money |
| 12/31/2003 | SCOTT RAULSTON | D05575 | collector/debtor | D40 | -4000 | no money -funky notes |
| 12/30/2003 | SCOTT RAULSTON | R40912 | debtor | D40 | -1500 | no money |
| 12/31/2003 | SCOTT RAULSTON | S80592 | debtor | D40 | -1050.74 | funky notes |
| 12/31/2003 | mail lane | S28434 | collector | D60 | -7500 | no contact after 1st bounce then redci |
| 12/31/2003 | mail lane | S13617 | collector | D60 | -5000 | no contact after 1st bounce then redci |
| 12/31/2003 | mail lane | R21037 | collector | D60 | -4325 | no contact after 1st bounce then redci |
| 12/30/2003 | mail lane | S54996 | collector | D60 | -4000 | ck was a pull |
| 12/31/2003 | mail lane | S76944 | | D60 | -3023.5 | no contact after 1st bounce then redci |
| 12/30/2003 | mail lane | R63502 | collector | D60 | -1000 | no contact after 1st bounce then redci |
| 12/29/2003 | mark lefevre | T13335 | debtor | D70 | -14045 | no money |
| 12/31/2003 | mark lefevre | Q71042 | collector | D70 | -14000 | 1st ck bounce debtor then told collector ck no good till the 10th collector put ck in on the 2nd |

B-82

| Date | Name | Account | collector/debtor | | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | mark lefevre | T14251 | collector | D70 | -6617.79 | 1st bounce then redcl funky docs |
| 12/30/2003 | mark lefevre | S51701 | collector | D70 | -1745.62 | no contact w debtor only lm |
| 12/31/2003 | joseph dunning | S11960 | collector | D75 | -1000 | no contact w debtor only lm |
| 12/31/2003 | david mcquisten | 684002 | collector/debtor | D70 | -15000 | unable to verf funds 2nd time |
| 12/31/2003 | david mcquisten | Q83571 | collector/mgt | D79 | -12000 | redip per mgt no funds per notes mult nsf |
| 12/31/2003 | david mcquisten | S15764 | collector | D79 | -8000 | 1st ck nsf no real contact redci |
| 12/31/2003 | david mcquisten | 867976 | collector | D79 | -4373.34 | ck bounce |
| 12/31/2003 | david mcquisten | S47717 | collector/mgt | D79 | -3778.06 | mult nsf |
| 12/31/2003 | david mcquisten | S95730 | collector | D79 | -3000 | dci done w/o authrzn |
| 12/30/2003 | david mcquisten | T32522 | collector | D79 | -2500 | redcl w/o authrzn just verf w bank - valid next day and was then lokt no funds |
| 12/30/2003 | david mcquisten | P06005 | collector | D79 | -1500 | mult nsf for sevral mo change dci dates |
| 12/31/2003 | david mcquisten | R92555 | collector | D79 | -1500 | mult date changes mult nsf |
| 12/31/2003 | david mcquisten | R37499 | collector/mgt | D79 | -1366.06 | mult nsf |
| 12/31/2003 | mike kraig | 892308 | collector | F11 | -2000 | dci error |
| 12/30/2003 | St. Clair Carr | Q72441 | collector | F21 | -1000 | collector told debtor to do a stop pmnt |
| 12/30/2003 | Jon Tapia | D32616 | debtor | F51 | -5000 | no money |
| 12/31/2003 | Trenice Harris | Q76796 | debtor | F65 | -2000 | no money |
| 12/31/2003 | Bruce Richardson | S16794 | debtor | F93 | -2000 | no money |
| 12/30/2005 | Storm McIntyre | Q03504 | tchter | M1 | -3000 | no money |
| 12/31/2003 | Brian Dennis | S16550 | debtor/collector | M2 | -12000 | allny sd he would fed-ex ck - ck's were dc'd |

B-83

| Date | Name | Check # | debtor/collector | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Brian Dennis | R22796 | debtor/collector | M2 | -11133.33 | 2 bounces in a row-nvr verified funds |
| 12/31/2003 | Brian Dennis | T04342 | debtor | M2 | -4520 | no money |
| 12/22/2003 | Brian Dennis | S91579 | debtor | M2 | -2000 | stop payment |
| 12/31/2001 | Mark Patterson | S09133 | collector | M25 | -1000 | dbtror did to change ck date-collector said no |
| 12/22/2003 | Elkiedra Richard | Q00240 | debtor | M26 | -3012 | no money |
| 12/31/2003 | Jim Gillis | 066700 | collector | M31 | -30000 | was told by super to verify funds |
| 12/31/2003 | Jim Gillis | R86579 | debtor | M31 | -2411.5 | no name |
| 1/6/2004 | Annie Hunt | T16184 | collector | M38 | -2536.78 | verified no money with bank-still ran |
| 12/31/2003 | Annie Hunt | 046409 | collector | M38 | -2059.88 | dblr sd he was sending WU-verified no money- still ran ck |
| 12/31/2003 | Fernando Hunt | S09295 | debtor | M4 | -4577.07 | no money |
| 12/31/2003 | Fernando Hunt | S08816 | debtor | M4 | -1500 | no money |
| 1/6/2004 | Dane Revelle | 240701 | debtor/collector | M40 | -1041.66 | never followed up after 1st bounce. |
| 12/31/2003 | Greg Ansardi | T12054 | collector | M42 | -1050.11 | debtor called to stop pmnt-never done |
| 12/30/2003 | Denise Richardson | S40051 | debtor | M73 | -1962.00 | no money |
| 12/30/2003 | Steve Hallam | T38274 | ??? | M80 | -2500 | ??? |
| 1/13/2004 | Mike Mullens | Q00213 | debtor | P15 | -1420.54 | ck not endorsed |
| 12/31/2003 | Frank Sauceda | T16254 | debtor | P16 | -9000 | no money |
| 12/31/2003 | Frank Sauceda | T26854 | debtor | P16 | -4608.30 | no money |
| 12/31/2003 | Frank Sauceda | T24294 | debtor | P16 | -2593.91 | no money |

B-84

001213

| Date | Name | Account | collector | Code | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Bill Rice | S04710 | collector | P-16 | -1000 | every ck in past 4 months bounced. |
| 12/31/2003 | Bruce Woodson | S50146 | collector | P49 | -6000 | dbtr said still trying to get funds- collector didn't anyway |
| 12/31/2003 | Bruce Woodson | S30421 | collector | P49 | -2000 | 2 bounces-2 checks taken, asked to get cert funds, no attempt made. |
| 12/31/2003 | Bruce Woodson | S61445 | collector | P49 | -1835.41 | |
| 12/31/2003 | Bruce Woodson | S46255 | collector | P49 | -1704.76 | 3 bounces in a row |
| 12/31/2003 | Ricardo Hernandez | 897578 | debtor | T21 | -1000 | 4 bounces in a row |
| 12/31/2003 | Ricardo Hernandez | R49951 | debtor | T21 | -1000 | no money |
| 12/26/2003 | Dennis Angeles | Q19413 | debtor | T27 | -1000 | no money |
| 12/26/2003 | Andrew Hardin | S95713 | debtor | T47 | -1000 | debtor is a client |
| 12/29/2003 | Darrel Austin | T16868 | debtor | T63 | -3875 | no money |
| 12/31/2003 | Darrel Austin | R92845 | debtor | T63 | -3130.75 | no money |
| 12/31/2003 | Darrel Austin | T19022 | collector | T63 | -2000 | dbtr wanted pmt changed-never changed |
| 12/31/2003 | Darrel Austin | P90871 | collector | T63 | -1000 | dbtr was in fed ex ck-ck clrd / No Contact |
| | | | debtor | T63 | -1000 | no money |
| 12/31/2003 | Ronald Davis | R51111 | collector/debtor | Z1 | -2004.11 | dbtr clld sd having trouble with funds, will c/b. check ran in bounced. |
| 12/31/2003 | Ronald Davis | Q75158 | debtor | Z1 | -1750 | no money |
| 12/31/2003 | Michael Dubay | T22057 | debtor | Z11 | -5133.34 | no money |
| 12/31/2003 | Michael Dubay | T26751 | debtor | Z11 | -1307.44 | mail in check bounced |
| 12/31/2003 | Robert Goodrich | T16242 | debtor | Z12 | -1107.15 | no money |

B-85