| Date | Name | Account | debtor/collector | Page | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/31/2003 | Frank Saucedo | R52060 | debtor | P16 | -1766.36 | no money |
| 12/29/2003 | Dan Slack | S70004 | debtor/collector? | P18 | -22962.54 | ??? Cmnts show dbtr stop pay b4 ck ran no money |
| 12/31/2003 | Dan Slack | T20235 | debtor | P16 | -3927.03 | no money |
| 12/29/2003 | Dan Slack | S80488 | debtor | P18 | -1650 | no money |
| 12/31/2003 | Stephen Ross | R75604 | collector | P3 | -11913.64 | Does not make sense-dci'd x2 no contact |
| 12/31/2003 | Stephen Ross | R75604 | collector | P3 | -11913.64 | does not make sense-dcix2 no contact |
| 12/31/2003 | Stephen Ross | S60790 | collector | P3 | -7200.69 | doesnot make sense-dcix2 no contact |
| 12/31/2003 | Stephen Ross | S60790 | collector | P3 | -7200.69 | Does not make sense-dci'd x2 no contact |
| 12/31/2003 | Doug Gallaher | T04431 | collector | P42 | -1355.6 | dbtr fed ex'd check- ck was dci'd no contact, |
| 12/31/2003 | Doug Gallaher | S72495 | debtor/collector | P42 | -1157.23 | unable to contact debtor after 1st bounce. |
| 12/29/2003 | Doug Gallaher | S25262 | collector | P42 | -1000 | no doc's from dbtr lo ok post dates |
| 12/31/2003 | miguelle Christi | Q07340 | collector | P44 | -2000 | changed ck with no contact |
| 12/31/2004 | miguelle Christi | T44046 | debtor | P44 | -1550 | |
| 1/13/2004 | miguelle Christi | Q90213 | debtor | P44 | -1508.22 | |
| 12/31/2003 | Michele Beck | T22732 | debtor | P45 | -1405 | mail in check |
| 12/29/2003 | Bill Rice | S64630 | debtor | P46 | -1784.39 | no money |
| 12/29/2003 | Bill Rice | T13604 | collector | P46 | -1490.78 | no money dbtr said needed more time- collector verified funds with bank n ran-ck still bounced. |
| 12/30/2003 | Bill Rice | T13604 | collector | P46 | -1490.78 | dbtr said needed more time- collector verified funds with bank n ran-ck still bounced. |

B-86

| Date | Name | Account | Role | Z | Amount | Notes |
|---|---|---|---|---|---|---|
| --12/31/2003 | Gary Garrett | R37000 | collector | Z19 | -1275.4 | 5 bounces in a row- bounced 2 cks after coll. doc'd need cert funds. |
| --12/31/2003 | Gary Garrett | R25371 | debtor/collector | Z19 | -1061.4 | told by manager to get cert funds |
| -12/31/2003 | Edward Falco | S28056 | debtor | Z2 | -5062.14 | client concerned |
| -12/31/2003 | Edward Falco | S63690 | collector | Z2 | -1000 | collectors doc's say ck run early without dbtrs ok. |
| --12/30/2003 | Maria Munson | T26931 | debtor | Z22 | -1022.94 | no money |
| --12/31/2003 | Patricia Pardo | R59576 | debtor | Z23 | -1500 | no money |
| 12/31/2003 | Jon Fred | T06510 | collector | Z37 | -1254.85 | verifed no money with bank- never destroyed |
| --12/31/2003 | Jacqueline Johns | R93630 | collector | Z41 | -2420.7 | debtor has bounced 5 cks in a row starting Oct. |
| -12/30/2003 | Ed Bagrowski | S25765 | debtor | Z52 | -5000 | Stop payment |
| -12/29/2003 | Ed Bagrowski | T16839 | collector/debtor | Z52 | -4186.0 | was told by manager to verify ck after first ck bounced |
| --12/29/2003 | Ed Bagrowski | S90838 | debtor | Z52 | -3996.65 | waiting for collector to pull next ck, as requested by manager. |
| ..12/26/2003 | Ed Bagrowski | S80920 | debtor | Z52 | -1398.85 | no money |
| ..12/31/2003 | Ed Bagrowski | S00928 | debtor | Z52 | -1333.39 | no money |
| --12/31/2003 | Gary Garrett | G29113 | collector/debtor | Z6 | -1000 | Collector was told cert. funds only-too many bounces |
| --12/10/2003 | Richard Thompson | R77406 | debtor | Z7 | -15213 | no money |
| ...12/26/2003 | Richard Thompson | T14032 | debtor | Z7 | -1845 | debtor was to mail cert funds, next day llc was taken |
| ...12/31/2003 | Richard Thompson | R01523 | debtor | Z7 | -1500 | no money |

001292    B-87

· 001322

Stop Payment- Debtor's been
waiting on loan money.

-0666.66

ZB

dcblor

T00043

Dan Frazier

12:16/2003

B-88

January 2004 - Dina Loft Policy Violations

| Date | Company | City | State | Last Name | First Name | Reason | Date Audited | Description of Policy Violation |
|---|---|---|---|---|---|---|---|---|
| 1/15/2004 | Dbd Debt | Horsham | PA | Loft | | Silverstein | Policy Violation | 1/25/2004 | Collector put thru del checks that were never authorized by the debtor. Account was documented that the calls were made. A phone report shows no calls with debtor. A refund of $500 was issued and a report was sent to C. Moore. Client: Credit Trust. Acct.#: 30/3157 Mgr: Marc Wise |
| 1/15/2004 | Dbd Debt | Gatzville | NY | Loft | | Smith | Policy Violation | 1/20/2004 | Collector put thru many checks for end of month. All checks returned as nsf or invalid. Proper authorization procedures were not followed. Due to previous incident, collector was terminated. Client: Capital One Unit: Don Shantler |



EXHIBIT



PLAINTIFF'S
EXHIBIT
17 Obenshain
3-16-06 pa

000007

B-89

January 2004 - Dina Loft Policy Violations

| Date Added | Type | Location/Branch | Location/State | Instrument | Responsible Party | Reason/Violation | Resolved/Date | Description Of Restitution/Comments |
|---|---|---|---|---|---|---|---|---|
| 1/15/2004 | Commercial | Dover | DE | Loft | McQuisten | Policy Violation | 1/25/2004 | Collectors, S. Reavis, A. Lane, D. McQuisten and mgr, V. Hue put through checks that were either invalid or not for end of month. All the checks were returned. Proper authorization procedures were not followed. Collectors were given JDS and mgr. was terminated. Client: Multiple Clients Acct#: Multiple Accts. Mgr. Mike Scinci |
| 1/15/2004 | Commercial | Dover | DE | Loft | Hue | Policy Violation | 1/25/2004 | Collectors, S. Reavis, A. Lane, D. McQuisten and mgr, V. Hue put through checks that were either invalid or not for end of month. All the checks were returned. Proper authorization procedures were not followed. Collectors were given JDS and mgr. was terminated. Client: Multiple Clients Acct#: Multiple Accts. Mgr. Mike Scinci |
| 1/9/2004 | Illed Debt | Getzville | NY | Loft | Gullo | Policy Violation | 1/9/2004 | Collector used same credit card for 5 different debtors. Carolyn Moore is handling this issue. Collector is out on medical leave. Client: Capital One Acct#: b10046, ku2000t, h06721, ju0556, ju4603, r for353 Mgr. Dan Chandler |

January 2004 - Dina Loft Policy Violations

| Date | Entity | Location | Location City | Location State | Last Name | First Name | Random/Result | Reason | Resolution | Resolution Date | Description of Resolution |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/15/2004 | MCA | Tampa | FL | Loft | Baker | | | Policy Violation | | 1/8/2004 | Collector, Patrick Baker, took checks over the phone without authorization. A refund of $20,500 was issued, via wire transfer, P. Baker was terminated.   Client: Happ Contract Acct#: q0030u Mgr: Manny Cardozo |
| 1/15/2004 | Commercial | Dover | DE | Loft | Reavis | Lane | | Policy Violation | | 1/25/2004 | Collectors, S. Reavis, M. Lane, D. McQuisten and mgr., V. Huu put through checks for end of month. All check were return as invalid or nsf. Proper authorization procedures were not followed. Collectors were given JDS and mgr. was terminated. Client: Multiple Clients Acct#: Multiple Accts. Mgr. Mike Schei |
| 1/15/2004 | Commercial | Dover | DE | Loft | Lane | | | Policy Violation | | 1/25/2004 | Collectors, S. Reavis, M. Lane, D. McQuisten and mgr., V. Huu put through checks that were either invalid or nsf for end of month. All the checks were returned. Proper authorization procedures were not followed. Collectors were given JDS and mgr. was terminated.  Client: Multiple Clients Acct#: Multiple Accts. Mgr. Mike Schei |

000009

B-91

FACT SHEET

<table>
<tr><td>IS #:</td><td>S73713</td><td>Client #:</td><td>M99LZQ-N</td></tr>
<tr><td>Name:</td><td>THE MILLWORK GROUP</td><td>FYPON LTD</td><td></td></tr>
<tr><td>Address:</td><td>505 SCIPLE ST</td><td>Acct #:</td><td>TH3554</td></tr>
<tr><td>City/State:</td><td>ROCKMART, GA 30000</td><td>Regarding:</td><td></td></tr>
<tr><td>Phone #1:</td><td>( ) 000-0000</td><td>Amt Refered:</td><td>23731.75</td></tr>
<tr><td>Phone #2:</td><td>(770) 684-6974</td><td>Current Bal:</td><td>23731.75</td></tr>
<tr><td></td><td></td><td>Comm Rate:</td><td>26.000%</td></tr>
<tr><td>Soc Sec No:</td><td>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</td><td>Costs:</td><td>0.00</td></tr>
<tr><td>Contact:</td><td>KEN ELSBERRY   OWNER</td><td>Ck Chg/Fee:</td><td>0.00</td></tr>
</table>

Other      0.00
Interest Rate:          0.000%

Status:      38   SKIP
Coll Unit:   L89   NON-LITIGATION CLOSE
Date Last:   12/17/02
Activity Code:   SK NON LOCATED SKIP

Interest Amt:          0.00
Date Received:   10/22/03
****** RETURNED ******

E-Mail
WebSite
Old M&M #     Last:                    First:
KCourtCost                0.00ArbitrateDte  00/00/00
KSF OfferAmt              0.00SF OfferDate  00/00/00
KLgl Mgmt Fee             0.00Lgl ContRate
ICO Fax #     (770) 955-6907

```
========================================================================
  212                              NSF CK1046 5930.43
  ALT 404 349 9891                 SAME BK INFO AS ABOVE
  BETWEEN 10 02 12 02              NSF 5930.43  CK 1044
  DTR OWNS HOME IN ROCKMART NOT    ADL MACEY WILNSKY CHN WTTNR KS
  HM 507 SCIPLE ST ROCKMART GA     GEORGIAN BANK
  30153 POSS NOT NOT NOT
========================================================================
```

------------TRANSACTIONS--------------

--------PAYMENTS-------------                              --DATE--    TIME  AC/RC  ----COMMENT----   ID
-Date--      Amount    Code    Rate                                                                  SLM

| Date | Amount | | Code | Rate | DATE | TIME | AC/RC | COMMENT | ID |
|---|---|---|---|---|---|---|---|---|---|
| 3/05/04 | 5930.43 | | 87AA1 | 100.0% | 10/23/03 | 03:10 | MM/MT | ANOTHER PHONE NUMBER FOR THEM IS 404 | |
| 2/25/04 | 5930.43 | | 88AA1 | 100.0% | | | | 349 9891 | CAT |
| 2/25/04 | 5930.43 | CK | 13A3 | 28.0% | 10/23/03 | 10:13 | CS/10 | | CAT |
| 2/25/04 | 5930.43 | CK | 16A3 | 28.0% | 10/23/03 | 10:13 | CX/IR | | |
| 2/16/04 | 185.00 | AT | 37A11 | 100.0% | | | | THE PHONE IS GOOD. PLEASE PIC FOR | |
| 1/06/04 | 5930.43 | | 87AA1 | 100.0% | | | | BILL CATLETT AND VERIFY THE ADDRESS | |
| 1/26/03 | 5930.43 | | 88AA1 | 100.0% | | | | FOR THE CO AND THE OWNER OR CEO OF | |
| 1/26/03 | 5930.43 | CK | 13A11 | 28.0% | | | | THE CO. PULLING THE EXPERIAN REPORT | |
| 1/25/03 | 5930.43 | CK | 16A11 | 28.00% | | | | AND PREPING FOR MAIL AND PIC CALL | |
| 1/25/03 | 5930.43 | | 13A11 | 28.00% | 10/23/03 | 10:15 | RN/4 | 10-23-03 | CAT |
| 1/25/03 | 5930.43 | | 88AA1 | 100.00% | 10/23/03 | 10:15 | RN/9 | 10-31-03 | CAT |
| 1/04/03 | 5930.43 | AT | 87AA1 | 100.00% | 10/23/03 | 10:15 | RM/CC | | CAT |
| 1/26/03 | 5930.43 | CK | 16A11 | 28.00% | | | | PLEASE PIC FOR BILL CATLETT X342 | M2 |
| 1/22/03 | 0.00 | | 0 | | 10/23/03 | 12:30 | PB/CO | | |

EXHIBIT

Shaantiel 13
Caa 3/28/06

000945

B-92

| --------PAYMENTS-------------- | | | | --------------TRANSACTIONS-------------- | | | | |
|---|---|---|---|---|---|---|---|---|
| -Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | ID |
| | | | | | | | HE HAS NOT RECVSD OUR NOTICE YET | |
| | | | | 10/29/03 | 10:06 | PB/LM | | CAT |
| | | | | | | | LMTC FOR KEN ELSEBERRY ON HIS PVM | |
| | | | | 10/30/03 | 10:27 | PB/LM | | CAT |
| | | | | | | | LMTC FOR KEN E ON HIS PVM | |
| | | | | 10/31/03 | 00:32 | SN/9 | | CAT |
| | | | | 10/31/03 | 08:50 | FD/NL | | CAT |
| | | | | 10/31/03 | 08:52 | PB/LM | | CAT |
| | | | | | | | LMTC FOR DTR ON ALT NUMBER I CHECKED FAST DATA AND COULD NOT LOCATE HIS HOME PHN | |
| | | | | 10/31/03 | 09:29 | DC/IO | | CAT |
| | | | | | | | KEN ELSBERRY CALLED IN HE AGREED TO PIF VIA FOUR PAYMENTS OF 5930.43 VIA FOUR POSTDATED CHECKS FOR THE 25TH STARTING IN NOVEMBER HE IS OVERNIGHITNG THE CHECKS TODAY | |
| | | | | 10/31/03 | 12:06 | DC/SC | | CAT |
| | | | | | | | KEN CALLED BACK SAID THE FED EX | |
| | | | | 10/31/03 | 12:06 | DC/IO | | CAT |
| | | | | | | | KEN CALLED IN SAID THAT FED EX TRACKING NUMBER IS 8407 7357 2768 THE FOUR POSTDATED CHECKS ARE ON THE WAY | |
| | | | | 11/03/03 | 15:14 | SC/IO | | CAT |
| | | | | | | | THIS WAS RECVIED IN HORSHAM PA THIS MORNING | |
| | | | | 11/03/03 | 15:30 | BK/RP | | SGH |
| | | | | | | | ON 11-25-03 FOR 5930.43 1043 | |
| | | | | 11/03/03 | 15:30 | CS/32 | | SGH |
| | | | | 11/03/03 | 15:30 | BK/RP | | SGH |
| | | | | | | | ON 12-25-03 FOR 5930.43 1044 | |
| | | | | 11/03/03 | 15:30 | BK/RP | | SGH |
| | | | | | | | ON 01-25-04 FOR 5930.43 1045 | |
| | | | | 11/03/03 | 15:30 | BK/RP | | SGH |
| | | | | | | | ON 02-25-04 FOR 5930.43 1046 | |
| | | | | 11/04/03 | 10:57 | SC/IO | | CAT |
| | | | | | | | I HAVE POSTDATED CHECKS ON THIS ACCOUNT | |
| | | | | 12/01/03 | 07:52 | SC/IO | | CAT |
| | | | | | | | I HAVE POSTDATED CEHCKS ON THIS | |
| | | | | 12/04/03 | 13:39 | CC/CC | | GVM |
| | | | | | | | CK1043 5930.43 NSF PAYMENT STOPPED | |
| | | | | 12/04/03 | 13:39 | CS/ 0 | | GVM |
| | | | | 12/04/03 | 13:39 | TA/ | All | SYS |
| | | | | 12/04/03 | 13:39 | CS/48 | | GVM |
| | | | | 12/04/03 | 13:47 | PB/LM | | CAT |
| | | | | | | | CALLED 2161 LMTC FOR KEN ELSEBERRY ON HIS PVM | |
| | | | | 12/04/03 | 13:47 | PB/LM | | CAT |
| | | | | | | | CALLED THE ALT NUMBER 9891 GOT NO LIVE VOICE | |
| | | | | 12/04/03 | 13:57 | FD/GI | | CAT |
| | | | | | | | 000.000.0000  KEN ELSBERRY | |

ALL Checks stopped PYMT / Should been pulled / been

---------- PAYMENTS ------------------    ------------ TRANSACTIONS --------------
--Date--    Amount    Code    Rate    --DATE--    TIME   AC/PC   ----COMMENT---- ID

                                              ELSE HE IS FAXING ME A COPY
                                      12/13/03  09:53  DC/SC                    CAT
                                              KEN FAXED OVER A COPY OF THE LETTER
                                              HE RESIGNED TO NO. 9 OR 1. IT HAD
                                              THE METARIE LA ADDRESS
                                      12/15/03  00:49  SN/12                    PRO
                                      12/15/03  15:44  PB/LM                    CAT
                                              LMTC FOR KEN REGARDING THE BAD
                                              CHECK
                                      12/16/03  08:10  RM/CC                    SLM
                                              ARE WE GETTING THIS MONEY PRIOR TO E
                                              OM. ARE THE PDC WE HAVE GOOD
                                      12/16/03  16:17  PB/LM   LMTC ON HIS PVM  CAT
                                      12/17/03  11:44  DC/SC                    CAT
                                              DTR SAID THAT HE HAS NOT RECVD HIS
                                              RETURN RECPT YET..HE SWEARS HE SENT
                                              IT CERTIFIED LAST WEN
                                      12/18/03  17:30  CX/IR                    CAT
                                              THEY LEAVE AT 4 00 PM EVERY DAY
                                      12/19/03  16:31  PB/LM                    CAT
                                              LMTC FOR KEN ELSBERRY ON HIS PVM
                                      12/20/03  08:30  PB/LM                    CAT
                                              LMTC FOR KEN AT HIS HOME PHN5522
                                      12/22/03  13:39  PB/LM                    CAT
                                              LMTC FOR KEN ELSEBERRY ON HIS PVM
                                      12/22/03  15:19  PB/LM                    CAT
                                              LMTC ON ALT NUMBER AND CALLED THE
                                              POSS HOME PHN 5522 AND LMTC AS WELL
                                      12/23/03  11:29  PB/LM                    CAT
                                              LMTC FOR KEN ELSBERRY ON ALL THREE
                                              CONTACT NUMBERS ...HE IS NOT PICKING
                                              UP THE PHN
                                      12/23/03  16:56  PB/SC                    CAT
                                              NOT GETTING AN ANSWER AT HOME PHN
                                              OR OFFICE PHN
                                      12/24/03  08:46  PB/LM                    CAT
                                              LMTC FOR KEN ELSBERRY ON HIS POSS
                                              HOME PHN I ALSO CALLED 9891 GOT
                                              MACHINE ONLY AND 2161 GOT MACHINE
                                              ONLY
                                      12/29/03  08:03  PB/LM                    CAT
                                              LMTC FOR KEN ON HIS PVM
                                      12/29/03  10:20  PO/LM                    CAT
                                              LMTC FOR KEN AT HIS POSS HOME PHN...
                                              .CAN NOT GET AN ANSWER ON 2161 AND
                                              5522
                                      12/30/03  10:20  PB/IO                    CAT
                                              TT KEN AT 2161 HE SAID HE IS ON THE
                                              ROAD BUT HE WILL CALL IN A PAY BY
                                              PHN THIS AFTERNOON AT 3 PM
                                              WE WILL SEE
                                      01/02/04  14:48  CS/32                    CAT
                                      01/05/04  17:10  PB/SC                    CAT
                                              GOT HIS MACHINE AGAIN

                              B-94  ·  000947

```
----------PAYMENTS----------------        --------------TRANSACTIONS-------
--Date--    Amount    Code    Rate    --DATE--    TIME  AC/RC  ----COMMENT----    ID

                                       01/06/04  14:26  CC/CC                      GVM
                                          CK1044 5930.43 NSF PAYMENT STOPPED
                                       01/06/04  14:26  TA/    A11                 SYS
                                       01/06/04  14:26  TS/A3                      GVM
                                       01/06/04  15:30  PN/5    01-06-04           CAT
                                       01/06/04  15:49  FD/GI                      CAT
                                          770.421.0187  HEATHER J ELSBERRY
                                       01/06/04  15:49  FD/GI                      CAT
                                          770.422.5783  PEGGY ELSBERRY
                                       01/06/04  16:03  FD/GI                      CAT
                                          404.730.4000  FULTON COUNTY GOVERN
                                       01/06/04  16:09  PO/IO                      CAT
                                          CALLED THE TAX OFFICE THEY COULD
                                          NOT FIND THE ADDRESS IN FULTON CO.
                                          CALLED THE STATE CORP BOARD THE CO
                                          WAS INCORPORATED IN AUG 2002 AND
                                          THE REGISTERED AGENT IS KENNITH
                                          ELSBERRY THE ONLY ADDRESS THEY HAD
                                          WAS THE SAME AS OURS I COULD NOT
                                          FIND ANY PROPERTY OWNERSHIP UNDER
                                          HIS NAME
                                       01/06/04  16:11  TA/    A39                 SNT
                                       01/07/04  00:34  SN/5                       CAT
                                       01/07/04  08:04  PB/SC                      CAT
                                          THE 349 9891 AND 745 2161 NUMBERS
                                          ARE BOTH DISC AT THIS TIME. THE CO
                                          APPEARS TO HAVE GONE OOB
                                       01/07/04  08:05  CS/59                      CAT
                                       01/07/04  11:49  PB/SC                      CAT
                                          NOW THE PHONES ARE MAGICALLY WORKING
                                          AGAIN BUT DTR IS NOT ANSWERING
                                          THEM PREPING FOR PI VISIT...DONT
                                          HAVE ANY OTHER CHOICE
                                       01/07/04  11:51  SR/SR  OK PI MAC           MAC
                                       01/07/04  14:00  RM/CC                      CAT
                                          PLEASE SEND PI ASAP
                                       01/07/04  14:32  CI/PX                      HII
                                          ------P I  A S S I G N M E N T------
                                          .....GLOBAL COMPLIANCE SERVICES.....
                                          CONTACT- VINCENT LONG  800 528-5745
                                          ---DO NOT DISCUSS PI FEE WITH PI---.
                                          ..QUESTIONS-CALL HEIDI EISHTADT.....
                                          ........504 834-8800 X2210.........-
                                          -----P I  A S S I G N M E N T------
                                       01/07/04  14:32  RM/CC  PI ASSIGNED         HII
                                       01/08/04  12:54  CC/CC  WORK PHONE          CAT
                                       01/08/04  12:55  OC/SC                      CAT
                                          THE PI CALLED IN HE WILL BE VISITING
                                          THE DEBTOR NEXT MON OR TUES
                                       01/13/04  10:24  OC/SC                      CAT
                                          THE PI CALLED IN HE SAID HE JUST
                                          LEFT THE OFFICE HE TT KEN ELSBERRY
                                          AND HE CLAIMS TAHT THE REASON HE
                                          STOPPED PAYMENT ON THE CHECKS IS
```

# FACT SHEET

```
CRS #:        S75635                    Client #:   D57360-C
Name:         GOLDEN WEST, INC.     BOTTCHER AMERICA
Address:      661 BREA CANYON ROAD     Acct #:     756367
              SUITE # 3
City/State:   WALNUT, CA 91789         Regarding:
Phone #1:     (909) 593-3100           Amt Refered:    2744.03
Phone #2:     (000) 000-0000           Current Bal:    2744.03
Soc Sec No:   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              Comm Rate:      20.000%
Contact:      KEVIN                    Costs:          0.00
                                       Ck Chg/Fee:     0.00
                                       Other     0.00
Status:      13  UNCOLLECTABLE         Interest Rate:  0.000%
Coll Unit:   F12  GRANVILLE CRANSTON   Interest Amt:   0.00
Date Last:   08/08/03                  Date Received:  10/22/03
Activity Code:  NL NO LEGAL            ****** RETURNED ******
E-Mail
WebSite
Old M&M #    Last:                   First:
KCourtCost              0.00ArbitrateDte  00/00/00
KSF OfferAmt         2200.00SF OfferDate  06/01/04
KLgl Mgmt Fee           0.00Lgl ContRate
NCO Fax #       (504) 835-5824
```

===================================================================

```
 FAX 909 595 5001                    WESTERN BANK
                                     SILVER CITY, NM
 PLACED BY
 LINDA HANZLIK
 NSF 2744.03   CK 2034
 UNABLE TO LOCATE
```

===================================================================

```
-----------PAYMENTS----------------    -------------TRANSACTIONS--------------
--Date--      Amount     Code   Rate   --DATE--    TIME  AC/RC   ----COMMENT---- ID

01/13/04    2744.03    87AA1 100.0% 10/23/03  17:28  CC/CC  EMP-          KB
12/31/03    2744.03    88AA1 100.0% 10/23/03  17:28  PB/CM                KB
12/31/03    2744.03 EC 13A3   20.0%    VERF RESIDNECE---KEVIN ID ON VML
12/31/03    2744.03 EC 16A3   20.0% 10/23/03  17:28  CS/10                KB
10/22/03       0.00    0            10/23/03  17:28  RN/4   10-23-03      KB
                                    10/23/03  17:28  RM/CC                KB
                                    PIC KEITH BRYANT EXT 359
                                    10/24/03  00:31  SN/4                 KB
                                    10/24/03  14:48  CK/NI                SY
                                    10/24/03  14:48  FA/NI                SY
                                    10/24/03  14:48  IR/GI                SY
                                    10/24/03  14:48  AD/NI                SY
                                    10/24/03  14:48  AH/NI                SY
                                    10/24/03  14:48  AI/NI                SY
```

B-96            000962

EXHIBIT
Sheentiel 14
CCa 3/28/06

```
----------PAYMENTS---------------       -------------TRANSACTIONS--------------
--Date--      Amount    Code    Rate    --DATE--   TIME  AC/RC   ----COMMENT----  I
```

```
                                        LM FOR CB FROM DEBTOR DIRECYL
                                        11/11/03  13:52  PB/CM                    I:
                                        TT MGF---IN WAREHOUSE---SD THAT
                                        KEVIN WILL BE IN AROUND 1PM
                                        DOESNT HAVE FAX NUMBER---SD THAT
                                        HEY HAVE A PAPERLESS ENVIRONMENT---
                                        SD TO EMAIL HIM INFO---TLD HIM I
                                        CANT,NEED FAX---HE SD THAT HE WILL
                                        HAVE KEVIN CALL ME BACK FOR ARRANGEM
                                        TN
                                        11/11/03  17:12  CC/CC                    KE
                                        FAX NUMBER---909-595-5001
                                        11/12/03  17:27  PB/RC                    KE
                                        GOT RECORDER LEFT
                                        11/13/03  12:21  PB/LM                    KE
                                        LM FOR CB WITH DEBTOR ASAP
                                        11/17/03  14:34  PB/CM                    KE
                                        SOUDNED LIKE MACHINE IN BACKGROUND--
                                        SD THAT DEBTOR KEVIN WILL BE BACK
                                        AT 230PM---WILL TRY BACK BEFORE I
                                        LEAVE
                                        11/17/03  17:16  PB/CM                    KB
                                        KEVIN WILL BE IN 8AM TOMORROW OR 15
                                        MIN
                                        11/18/03  14:27  PB/LM                    KB
                                        LM FOR CB EXT 198 FOR KEVIN
                                        11/19/03  16:45  PB/CM                    KB.
                                        GOT WOMAN WHO TOOK MESSAGE
                                        11/22/03  09:07  PN/8    11-22-03         KB:
                                        11/23/03  00:32  SN/8                     KB:
                                        12/08/03  14:31  PB/CM                    KB:
                                        TT KEVIN---R-R-R- SD THAT HE WANTS
                                        ROLLERS FIRST NOW---TLD HIM THAT IS
                                        NOT GOING TO HAPPEN---TRIED TO MAKE
                                        ARRNAGEMTN OF HALF THE BALANCE NOW
                                        AND HALF AT END OF THE MONTH WITH
                                        HIM PDC CHECK---TLD HIM THAT BOTCHER
                                        SD THAT THEYE WILL SEND ROLLERS
                                        ASAP---KEPT TRYING TO TELL ME ABOUT
                                        WHAT HAPPENED IN THE PAST
                                        12/08/03  14:53  TO/LM                    KB
                                        LM FOR CB FROM SALES
                                        12/08/03  15:32  RM/CC                    SI
                                        CLIENT AGREES WILL SHIP ORDERS UPON
                                        MY VERIFYING THAT WE RECIEVED
                                        12/08/03  15:32  RM/CC                    SI
                                        PAYMENT, BUT THE SHIPMENT WILL BE ON
                                        COD...OR CREDIT CARD, NO CREDIT
                                        12/08/03  15:32  RM/CC                    SI
                                        EXTENDED.....GALLAGHER
                                        12/09/03  15:34  PB/CM                    K:
                                        DEBTOR AT LUNCH WILL BE BACK IN 1
                                        HOUR
                                        12/09/03  17:20  PB/CM                    K:
```

B-97

S78635    GOLDEN WEST, INC.

```
---------PAYMENTS--------------          -----------TRANSACTIONS-------------
--Date--     Amount    Code   Rate   --DATE--   TIME  AC/RC   ----COMMENT---- I
                                     TT DETERO---SD HE DOESNT WANT TO BE
                                     RECORDED---CALLED BACKON UNRECORDED
                                     LINE, DEBTOR DIDNT ANSWER
                                  12/10/03  12:27  PB/CM                    K
                                     CALLED DEBTOR ON UNRECORDED LINE--
                                     SD TAHT HE HAS AGREEEMNED--WAS
                                     ASKING WHO IS FACILITATING RETURN--
                                     TLD HIM THAT OUR OFFICE IN COORDINAT
                                     ION WITH BOTCHER--HE SD TAHT HE
                                     NEEDS TO CALL JOHN AT BOTCHER TO
                                     MAKE SURE AND HER WILL CALL ME BACK-
                                     -TLD HIM THAT WE DONT HAVE TIME TO
                                     KEEP UP WITH THIS GAME ---HEST HAT
                                     HE WILLCB
                                  12/19/03  12:18  PB/CM                    KI
                                     CALLED DEBTOR ON UNRECORDED LINE
                                     GOT VML---NML
                                  12/22/03  13:51  PB/LM  LM FOR CB         KI
                                  12/22/03  17:06  PB/CM                    KE
                                     CALLED DEBTOR ON UNRECORDED LINE---
                                     TLD HIM THAT I WILL BREAK REASONABLE
                                     AND TAKE CHECK DATED FOR END OF
                                     THE MONTH GIVEN HE PROVIDES INFO
                                     AND WE CAN GET HIM THE ROLLERS---HE
                                     SD THAT IF CLIENT DOESNT GET HIM
                                     THE ROLLERS THEN HE IS GOING TO SP
                                     THE CHECK--TLD HIM THAT I WILL DO
                                     EVERYTHING I CAN TO GET HIM ROLLERS-
                                     -IT IS MY INTEREST ALSO---HE SD
                                     THAT HE WANTS TO BE DONE WITH THIS
                                     AS WELL---TAKEIN G CHECK INFO---ABA-
                                     -112200824
                                  12/22/03  17:08  CO/CO                    KE
                                     ACCT ·          --CHK POS FIRST CHK
                                     NBR 2034----GOOD FOR THE 1ST---
                                     ASKED FOR MY INFO IN CASE HE NEEDS
                                     ME AGAIN----
                                  12/22/03  17:09  BK/RP                    KI
                                     ON 01-01-04 FOR 2744.03 2034
                                  12/22/03  17:09  CS/32                    KI
                                  12/22/03  17:09  CC/CC                    KI
                                     BANK WESTERN BANK AT 505-388-3521 AC
                                     CT ·
                                  12/24/03  13:34  PB/CM                    K
                                     GOT VML--LM FOR CB
                                  12/30/03  11:08  PM/CC                    K
                                     ANY WORD ON THE ROLLERS
                                  12/31/03  08:42  CS/48                    S
                                  12/31/03  17:10  PB/NA  RINGS             K
                                  01/01/04  15:02  PF/ET                    M
                                  01/01/04  15:02  CC/CC                    S
                                     ACTIVITY NU - CBR2769801
                                  01/01/04  15:02  CC/CC                    S
                                     RETURN D57380C-756867
```

# FACT SHEET

CRS #:        S13415  ✶
Name:         DYNAMICS HIGH TECH
Address:      12025 FLORENCE AVE STE 402
              UNIT B
City/State:   SANTA FE SPRI, CA 90670-7137
Phone #1:     (562) 777-0830
Phone #2:     (000) 000-0000
Soc Sec No:   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
Contact:      JAY LEE

Client #:     K99FVL-N
COLORSMITH
Acct #:

Regarding:
Amt Refered:    1800.00
Current Bal:     800.00
Comm Rate:        28.000%
Costs:             0.00
Ck Chg/Fee:        0.00
Other              0.00
Interest Rate:     0.000%
Interest Amt:      0.00
Date Received:  08/22/03
****** RETURNED ******

Status:        13  UNCOLLECTABLE
Coll Unit:     E8  RACHEL WALTER
Date Last:     05/22/03
Activity Code:     NL NO LEGAL
E-Mail
WebSite
Old M&M #    Last:
KCourtCost            0.00ArbitrateDte
KSF OfferAmt          0.00SF OfferDate
KLgl Mgmt Fee         0.00Lgl ContRate
NCO Fax #    (000) 000-0000

First:
00/00/00
00/00/00

========================================

108
NSF 1800.00  CK 2156
HANMI BANK
SAN DIEGO, CA

========================================

| --------PAYMENTS-------- | | | | ------------TRANSACTIONS-------------- | | |
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- |
| | | | | | | | |
| 03/18/04 | 800.00 | CK 16A3 | 28.0% | 03/26/03 | 08:48 | CK/NI | |
| 01/21/04 | 200.00 | MO 16A3 | 28.0% | 03/26/03 | 08:48 | FA/NI | |
| 01/13/04 | 1800.00 | 87AA1 | 100.0% | 03/26/03 | 08:48 | IR/NI | |
| 12/31/03 | 1800.00 | 88AA1 | 100.0% | 03/26/03 | 08:48 | AD/NI | |
| 12/31/03 | 1800.00 | EC 13A3 | 28.0% | 03/26/03 | 08:48 | AH/NI | |
| 11/10/03 | 1800.00 | EC 16A3 | 28.0% | 03/26/03 | 08:48 | AI/NI | |
| 10/31/03 | 1800.00 | 87AA1 | 100.0% | 03/26/03 | 09:03 | CC/CC | EMP- |
| 09/26/03 | 1800.00 | 88AA1 | 100.0% | | | CX/IR | |
| 09/30/03 | 900.00 | 16A3 | 28.00% | XML---7711 AMIGOS AVE    DOWNEY, CA | | | |
| 09/26/03 | 900.00 | 16A3 | 28.00% | 90242    562  491-0928--COMPANY NAME | | | |
| 09/26/03 | 900.00 | EC 13A3 | 28.00% | TENT AT  7711 AMIGOS AVE    DOWNEY, | | | |
| 09/26/03 | 900.00 | EC 88AA1 | 100.00% | CA 90242    562  940-0830 | | | |
| 10/03/03 | 900.00 | 87AA1 | 100.00% | 03/26/03  09:05  CX/IR | | | |
| 09/30/03 | 900.00 | 13A3 | 29.00% | SOS---SOS DONE--NO LISTING FOR CORP | | | |

EXHIBIT
Shaantiel 15
Coc  3/28/08

000967
B-99

513415   DYNAMICS HIGH TECH LLC

```
----------PAYMENTS----------------        ---------------TRANSACTIONS----------------
--Date--    Amount   Code   Rate     --DATE--   TIME   AC/PC   ----COMMENT---- I
                                        OR LLC
09/30/03    900.00 MO 88AA1100.00%   08/26/03  09:07  CK/IR  CTA--NO LISTING K
10/05/03    900.00 CK 37AA1100.00%   08/26/03  09:07  CS/10                   K
10/31/03   1800.00 LE 16A3   28.00%  08/26/03  09:07  PM/4     08-25-03       K
10/31/03   1800.00 SN 19A3   28.00%  08/26/03  09:07  RM/CC                   K
05/22/03      0.00    0               PIC KEITH BRYANT EXT 359                A
```

08/26/03  12:11  PB/CO
..FINANCIAL INVESTIGATIVE SERVICES..
..........AMANDA BROOKS..........
PIC 0830 VER DB CO..SPK TO FEMALE
EMPL..SD OWNER,JAY LEE, NOT AVAIL..
LMTC YOU...FAX 562.940.0716...REFD
FURTHER INFO..PICD                        A
08/26/03  12:11  RM/CC                     A
08/26/03  12:11  RM/CC                     K
08/27/03  00:40  SN/4                      K
09/04/03  16:22  CC/CC   EMP-SIR           K
09/05/03  16:54  PB/LM   LM FOR CB         K
09/16/03  17:34  PB/CM
MOP SD THAT HE WOULD HAVE TO LOOK
AT AND GET BACK WITH ME-0--SHOWS
BALANCE OF 1800 AS WELL---SD THAT
HE WILL KNOW TO BE ABLE TO LOCK IN
PMT THURSDAY OR FRIDAY, NO DISPUTE,
CASH FLOW---GETTING RECEIVABLES
TOMORROW                                   K
09/16/03  17:34  CS/26                     K
09/18/03  17:07  PB/CM
TT EDWARD---ASKED IF I CAN HOLD
CHECK FOR A COUPLE OF DAYS---TLD
HIM I WOULD HOLD UNTIL THE 22ND--HE
SD THAT IS FINE---THEN ASKED IF
POSSIBLE TO HOLD TO 26TH---TLD HIM
THAT IS FINE AS LONGS AS FUDNS
AVAIL---TAKING CHECKING IN FO NOW---
ABA          , ACT           TENT
ENGINEERING, ADDY CRS---
09/18/03  17:08  CS/32
09/19/03  11:39  PB/CM
TT EDWARD TO GET CHECK NUMBER HE SD
TAHT BOSS NOT IN TO GIVE HIM CHECK
NUMBER---TLD HIM THAT WE NEED CHECK
NUMBER LOCKED IN NOW--HE SD TO PUT
CHECK NUMBER 9000 UNTIL HE GETS
CHECK NUMBER FROM BOSS TODAY---WILL
CALL BACK WITH NEW CHECK NUMBER
09/19/03  11:42  BK/RP
ON 09-26-03 FOR 1800.00 9000
09/19/03  11:42  CC/CC
BANK HANMI BANK AT 858-467-4800 ACCT

09/22/03  14:10  PB/CM
TT EDWARD---DOESNT HAVE CHECK NUMBER
AS OF YET, STILL WAITING ON OWNER

090958

B-100

```
----------PAYMENTS----------        ----------TRANSACTIONS----------
--Date--    Amount   Code   Rate    --DATE--   TIME  AC/RC  ----COMMENT----
                                     12/29/03  10:19  SR/SR
                                       GET YOUR MANAGER GET HIM TO STO
                                       ACCOUNT MONEY TODAY OR RECOMMEDATION
                                       CLIENT PROCEED NO MORE STALLS
                                     12/29/03  14:33  PB/BZ   BUZY
                                     12/29/03  17:17  PB/BZ   BUZY AGAIN
                                     12/31/03  13:42  PB/CM
                                       TT EVELYN SD THAT EDWARD NO LONGER
                                       WORKS THERE---TLD HER EVERYTHING
                                       THAT HAS HAPPENED---SHE EXPLAINED
                                       TO ME THAT TENT ENGINEERING IS
                                       CLOSING DOWN AND REOPENING WITH NEW
                                       COMPANY AND CHECKING INFO---SHE SD
                                       THAT SHE IS NOT SURE IF FUNDS WILL
                                       BE IN THE OLD ACCT AT THE TIME I
                                       TRY TO RUN THE CHECK BUT SHE WILL
                                       HAVE TH NEW ACCT INFO ON THE 7TH IN
                                       CASE IT IS NOT--SHE IS GIVING ME
                                       CHK NBR 2156 FOR THE HAMNI BANK
                                       ACCOUNT----BIF
                                     12/31/03  13:46  BK/RP
                                       ON 12-31-03 FOR 1800.00 2156
                                     12/31/03  13:46  CS/59
                                     12/31/03  13:46  CC/CC
                                       BANK HANMI BANK AT 858-467-4800 ACCT

                                     12/31/03  14:00  BK/CP
                                       ON 01-02-04 FOR 1800.00 2156
                                     12/31/03  14:00  CC/CC
                                       CHECK SUPPOSE TO RUN ON THE 2ND,
                                       NOT THE 31ST---MY MISTAKE--CHANGED
                                       CHECK DATE
                                     01/02/04  07:44  CS/48
                                     01/02/04  18:48  PF/ET
                                     01/02/04  18:48  CC/CC
                                       ACTIVITY NU - CBR2703671
                                     01/02/04  18:48  CC/CC  RETURN K99FVLN-
                                     01/13/04  08:58  CC/CC
                                       CK2156 1800.00 NSF
                                     01/13/04  08:58  TA/    A3
                                     01/13/04  08:58  CS/41
                                     01/13/04  11:37  CC/CC  HP-5629400830
                                     01/13/04  11:42  CS/59
                                     01/13/04  11:43  CS/39
                                     01/13/04  12:00  PB/CM
                                       TT EVYLYN AT DEBTOR----SD THAT THEY
                                       ARE HAVING TO OPEN UP NEW ACCOUNT--
                                       SD TAHT THEY WERE SUPPOSE TO HAVE
                                       DONE IT ON THE 7TH BUT NOW IT WILL
                                       BE ON THE 15TH TO GET IT OPENED---
                                       SD TAHT SHE CAN GIVE ME INFO AT
                                       THAT TIME
                                     01/13/04  12:01  CS/59
                                     01/13/04  12:05  TA/    A39
```

B-101

# FACT SHEET

RS #:  **R49535**
ame:  ATLANTIC CONSTR & RESTORATION
ddress:  353 MAIN ST
211
ty/State: TEWKSBURY, MA 01876
hone #1:  (978) 640-9037
hone #2:  (000) 000-0000
oc Sec No: 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
ontact:  GEORGE SECCHIAROLIS

Client #:  C72078-N
JET-A-WAY INC
Acct #:

Regarding:
Amt Refered:  6353.00
Current Bal:  2541.20
Comm Rate:  25.000%
Costs:  0.00
Ck Chg/Fee:  0.00
Other    0.00
Interest Rate:  0.000%
Interest Amt:  0.00
Date Received: 06/18/03
***** RETURNED *****

Status:  24  SETTLEMENT
oll Unit: A63  JULIE REES
ate Last:  08/31/02
ctivity Code:  PF PAID IN FULL
E-Mail
WebSite
Old M&M #    Last:                        First:
0.00 ArbitrateDte  00/00/00
XCourtCost
KSF OfferAmt             3811.80 SF OfferDate  12/31/03
KLgl Mgmt Fee            0.00 Lgl ContRate
JCO Fax #    (000) 000-0000

=============================================================================

:=============================================================================
  FAX 978 458 7200

=============================================================================

| ----------PAYMENTS------------ | | | | ------------TRANSACTIONS-------------- | | | | ID |
|---|---|---|---|---|---|---|---|---|---|
| -Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | | |
| 1/13/04 | 3811.80 | AD 15A63 | 25.0% | 06/18/03 | 10:11 | MM/MT | COMP AWNS LIVE | | SLM |
| 1/13/04 | -2541.20 | AD 16A63 | 25.0% | 06/18/03 | 11:12 | SM/BI | | | SLM |
| 1/13/04 | -1270.60 | AD 45AA1 | 100.0% | | | RECEIVED OTHER ON 06 18 2003 BATESN | | | |
| 1/09/04 | 3811.80 | 87AA1 | 100.0% | | | O C0000023770 | | | |
| 2/29/03 | 3811.80 | 88AA1 | 100.0% | 06/19/03 | 10:47 | TA/B65 | | | MGG |
| 2/29/03 NSF | 3811.80 | CK 13A63 | 25.0% | 06/19/03 | 10:47 | RM/CC | NEW BIZ | | MGG |
| 2/31/03 | 1270.60 | EC 45AA1 | 100.0% | 06/19/03 | 11:00 | PB/GN | | | STL |
| 2/31/03 | 2541.20 | EC 16A63 | 25.0% | 06/19/03 | 11:00 | RM/CC | | | STL |
| 2/29/03 | 3811.80 | EC 15A63 | 25.00% | | | PLZ PIC STEPHANIE LEITNER | | | STL |
| :/18/03 | 0.00 | 0 | | 06/19/03 | 11:00 | CS/10 | | | HII |
| | | | | 06/19/03 | 11:25 | PB/CO | | | |
| | | | | | | WAS PICD ON MULT Q53639 ON 3-21-03.. | | | |
| | | | | | | UNABLE TO PIC. | | | |
| | | | | 06/19/03 | 11:25 | RM/CC | | | HII |



EXHIBIT
Shoantiel 16
cec 3/28/06

000980
B-102

```
---------PAYMENTS-------------   -------------TRANSACTIONS-------------
-Date--    Amount    Code   Rate   --DATE--   TIME  AC/RC ----COMMENT---- ID
```

```
                                  ACTIVITY NU - CER2639774
                          01/01/04  15:09  CC/CC   RETURN C72078N- SYS
                          01/07/04  13:49  DC/CM                   JUL
                            DCO SFW MICHELLE SD SHE SNT THE CK
                            AS WELL AS DIR CK,ADV SHE WS NT
                            SUPPOSED TO HAVE SNT THE CK,SEE WHT
                            SHE CN DO ABT IT WITH HER BNK 1ST
                            THN CL ME BK...
                          01/07/04  13:51  DC/CM                   JUL
                            ADV HER THT SHE WAS NT SUPPOSED TO
                            HAVE SNT THE CK,SHE SD DID NT KNW
                            TOLD HER THT WE WENT OVER THIS ON
                            THE DIR CK SYSTEM,THT TO KEEP CK NT
                            TO SND IT...SEEMS SHE MISUNDERTAND..
                          01/07/04  13:53  DC/CM                   JUL
                            DB CI SD THT LET ACTG KNW THT RETRND
                            DRAFT FRM HER BNK...
                          01/09/04  14:40  CC/CC                   GVM
                            CK4193 3811.80 NSF NOT AUTHORIZED
                            DO NOT REDEPOSIT
                          01/09/04  14:40  TA/     A63             SYS
                          01/09/04  14:40  CS/41                   GVM
                          01/12/04  12:52  TA/     A39             MAC
                          01/12/04  12:52  SR/SR                   MAC
                            NSF CHECK FIX TODAY
                          01/13/04  15:53  TO/CM                   JUL
                            MAC THIS IS A SETTLMT..DB STOPPED
                            PYMT ON THIS ACT BECOS SHE SNT THE
                            CHECK WHEN SHE HAD A DIR CK IN HSE
                            ALREADY ..SO THEREFORE THE CHECK
                            RECVD NOT SUPPOSED TO BE HERE..
                            THE SIF AMT WAS  3811.80..SHE WAS
                            INSTRUCTD BY ME NT TO SND HER CHECK
                            ..NEED TO CLOSE AS SETTLED...
                          01/13/04  15:54  CS/59                   JUL
                          01/13/04  15:55  TO/CM                   JUL
                            HOWARD CLOSE THIS ACCT PLZ...
                          01/13/04  15:56  CS/24                   JUL
                          01/13/04  16:19  CC/CC                   SGH
                            SIF 3811.80 ON 01-13-04
                          01/13/04  16:19  CS/75                   SGH
                          01/13/04  16:19  CS/56                   SGH
                          01/13/04  16:20  CC/CC                   SGH
                            ADJUSTED ACCOUNT PER PHONE CONVERSAI
                            TION WITH HOWARD WEISS
                          01/13/04  16:20  CC/CC  RETURN C72078N- SGH
                          10/28/05  22:00  CC/CC                   SYS
                            HOLD ADDED 05 - 10-31-05
                          10/29/05  11:43  CC/CC                   SYS
                            HOLD REMOVED 05 - 10-31-05
```

ate Printed:  Feb  9, 2006

# FACT SHEET

CRS #: 809400
Name: A - 1 MEDICAL
Address: 1737 PAMPLICO HWY
City/State: FLORENCE, SC 29505-6216
Phone #1: (843) 661-2166
Phone #2: (000) 000-0000
Soc Sec No: 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
Contact: KIRBY ANDERSON

Client #: C99BFG-C
DIAMOND DIABETIC PRODUCTS
Acct #:
Regarding:
Amt. Refered: 3547.29
Current Bal: 0.00
Comm Rate: 25.000%
Costs: 0.00
Ck Chg/Fee: 0.00
Other 0.00
Interest Rate: 0.000%
Interest Amt: 0.00
Date Received: 08/19/03
***** RETURNED *****

Status: 41 PAID IN FULL
Coll Unit: A63 JULIE REES
Date Last: 09/12/02
Activity Code: PF PAID IN FULL
E-Mail
WebSite
Old M&M #    Last:                            First:
KCourtCost                      0.00ArbitrateDte    00/00/00
KSF OfferAmt                    0.00SF OfferDate    00/00/00
KLgl Mgmt Fee                   0.00Lgl ContRate
NCO Fax #    (000) 000-0000

===========================================================================
                                    BRANCH BNKING AND TRUST CO
    CLI HAS PG                      INMAN, SC
    ALT 803 206 4297
    NSF CK2564 10 28 03 1000.00
    BRANCH BKG TR CO INMAN SC

    NSF 1000.00  CK 2599
===========================================================================

===========================================================================
                                    ------------TRANSACTIONS------------
----------PAYMENTS----------    ---------------         ----COMMENT----
            Code    Rate    --DATE--    TIME  AC/RC
--Date--    Amount                                                      
                                        08/20/03  09:23  CC/CC  EMP-
04/06/04    250.00 EC 17A63  25.0%  08/20/03  09:23  RN/4   08-20-03
04/02/04    250.00 EC 17A63  25.0%  08/20/03  09:25  PB/CM
03/18/04    209.46 EC 17A63  25.0%  REV MULTS...2 PAID ONE OPEN..RSP IS
03/18/04    290.54 EC 16A63  25.0%  OWNER....LM ON VMAIL FOR RSP
03/02/04    500.00 EC 16A63  25.0%
02/27/04    547.29 EC 16A63  25.0%  08/20/03  09:28  CX/IR
01/31/04    500.00 BC 16A63  25.0%  SOS ONLINE...INC 4-16-01...RSP IS
01/19/04   1000.00 BC 16A63  25.0%  RA...2711 SWINNEY DR..FLORENCE
08/25/03    547.29 BC 16A70 25.00%  29501.....LC
08/25/03    547.29 BC 13A70 25.00%  08/20/03  10:03  CK/NI
08/25/03    547.29 EC 88AA1100.00%  08/20/03  10:03  FA/NI
09/03/03    547.29 EC 97AA1100.00%  08/20/03  10:03  IR/NI
10/28/03   1000.00 EC 16A70 25.00%  08/20/03  10:03  AD/NI
10/28/03   1000.00 EC 13A70 25.00%  08/20/03  10:03  AH/NI
10/28/03   1000.00 EC 88AA1100.00%
===========================================================================

000584

B-104

EXHIBIT
Shaantiel 17
caa 3/28/06

S09400    A - 1 MEDICAL

```
----------PAYMENTS----------    --------------TRANSACTIONS--------------    H
--Date--      Amount    Code    Rate    --DATE--    TIME  AC/RC  ----COMMENT----  H
```

```
                                        12/10/03   09:43  TA/     A50           H
                                        12/11/03   17:04  CS/59                  G
                                        12/11/03   17:04  PB/LM                  J
                                          T PELM VL T CEL 4297 NA
                                        12/12/03   09:04  DC/PP  1000.0 ON 12 31 J
                                        12/12/03   09:04  CS/75                  S
                                          DCO GVE CK SD HE DID SND CASHIERS
                                          LOST PUT TRCR ON IT GVE ME NEW CK
                                          SD LAST ONE SHLD HAVE CLEARD,CK
                                          2599 FR 1000  JAN CK FR  1000
                                          EOM
                                        12/12/03   09:08  BK/RP                  J
                                          ON 12-31-03 FOR 1000.00 2599
                                        12/12/03   09:08  CS/16                  J
                                        12/12/03   09:08  BK/RP                  J
                                          ON 01-30-04 FOR 1000.00 2600
                                        12/12/03   09:08  CC/CC                  J
                                          BANK BRANCH BANKING AND TRUST COMPA
                                          AT 864-473-3100 ACCT ----
                                        12/31/03   12:19  TO/CM                  J
                                          HAVE PDCK FR EOM JAN
                                        01/07/04   13:37  CC/CC                  GV
                                          CK2599 1000.00 NSF
                                        01/07/04   13:37  TA/     A63            S
                                        01/07/04   13:37  CS/48                  GV
                                        01/07/04   16:30  PB/LM                  J
                                          T PO BLM VML CLLD ALT 4297 ....
                                          NA WCB
                                        01/07/04   16:31  CS/59                  J
                                        01/08/04   07:34  TA/     A39            S
                                        01/08/04   09:22  PB/CM                  J
                                          TT KIRBY SD HE WNTS TO CNTC BNK
                                          SD WCB TDY
                                        01/08/04   11:48  PB/CB                  J
                                          T POB SPW RECPT SD TCB HR OTL
                                        01/08/04   12:17  TO/NA                  J
                                          T BNK TO VERFY FUNDS BZ
                                        01/08/04   13:55  TO/CM                  J
                                          T BNK TO VERFY FUNDS SPW ANGELA..SD
                                          NOT GOOD AT THIS TIME
                                        01/08/04   14:12  PB/LM   T POB LM VML   J
                                        01/08/04   15:41  PB/CM                  J
                                          TT DB SD REDO CK  FE EOM JAN FR THE
                                          OTHR CK TO MKAE UP FOR IT
                                          CHGE AMT TO 2000.00
                                        01/08/04   15:42  BK/CP                  C
                                          ON 01-30-04 FOR 2000.00 2600
                                        01/09/04   17:01  SR/SR                  N
                                          OK I GIVE HOW MANAY NSF CHECK CAN
                                          YOU RUN ON A ACCOUNT YOU TOOK ANOTHE
                                          RCHECK FOR 2,000.00 ON AN ACCOUNT
                                          THAT ALREADY HAS 2 PREVIOUSMNSF
                                          CHECKSSORRY ITWILLNOT RUNPER CORPPOL
                                          ICY PERIOD CALL GET CASH MONEY PULL
```

# FACT SHEET

CRS #:          R63632
Name:           ALL SEASONS SPORTS
Address:        THOMAS LINQUIST
                103 MORNINGSTAR CIRCLE
City/State:     FRISCO, CO 80443
Phone #1:       (970) 668-5599
Phone #2:       (970) 668-2534
Soc Sec No:     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
Contact:        TOM LINDHORST

Client #:       K10043-C
VAIL RESORTS
Acct #:         1444379

Regarding:      MERCHANT LIFT TICKET
Amt Refered:    26997.60
Current Bal:    0.00
Comm Rate:      25.000%
Costs:          0.00
Ck Chg/Fee:     0.00
Other     0.00
Interest Rate:  0.000%
Interest Amt:   0.00
Date Received:  07/02/03
****** RETURNED ******

Status:         41   PAID IN FULL
Coll Unit:      A24   VACANT
Date Last:      02/20/03
Activity Code:  PF PAID IN FULL
E-Mail
WebSite
Old M&M #    Last:
KCourtCost
KSF OfferAmt
KLgl Mgmt Fee
NCO Fax #      (000) 000-0000

First:
0.00 ArbitrateDte    00/00/00
0.00 SF OfferDate    00/00/00
0.00 Lgl ContRate

=================================================================

NSF CK 3131 4000.00
WESTSTAR BANK DILLON, CO

NSF CK3282 013104 4498.80
NSF CK 3132 19997.60 12 30 03
PAYMENT STOPPED

WESTSTAR BANK    DILLON, CO

NSF CK3281 022904 4498.80
SAME BK INFO AS ABOVE

=================================================================

| ----------PAYMENTS---------------- | | | | ---------------TRANSACTIONS-------------- | | | | ID |
|--------|--------|--------|--------|--------|--------|--------|--------|----|
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | |
| | | | | | | | | S1 |
| 03/15/04 | 493.60 | WU 16A73 | 25.0% | 07/02/03 | 13:51 | MM/MT | | |
| 03/15/04 | 2000.00 | WU 16A73 | 25.0% | TOM SIGNED CONTRACT  ALSO LISTS JOHN | | | | |
| 03/15/04 | 2000.00 | WU 16A73 | 25.0% | LINDHORST AND CHERI LINDHORST AS AU | | | | |
| 03/10/04 | 4498.80 | 87AA1 | 100.0% | THORIZED AGENTS  TOM IS VP | | | | CO |
| 02/28/04 | 4498.80 | 88AA1 | 100.0% | 07/03/03 | 08:35 | RM/CC | | |
| 02/28/04 | 4498.80 | CK 13A76 | 25.0% | VERF PLZ PIC CRAIG CALVIN EXT 360 | | | | CO |
| 02/28/04 | 4498.80 | CK 16A76 | 25.0% | 07/03/03 | 08:35 | CS/10 | | CO |
| 02/20/04 | 5000.00 | CK 16A76 | 25.0% | 07/03/03 | 08:35 | RN/4 | 07-03-03 | CO |
| 07/31/03 | 1000.00 | CK 16A76 | 25.00% | 07/03/03 | 11:44 | PB/CO | | H |
| 08/29/03 | 1000.00 | CK 16A76 | 25.00% | --FINANCIAL INVESTIGATIVE SERVICES-- | | | | |
| 09/30/03 | 1000.00 | CK 16A76 | 25.00% | .............TRISHA BROWN............ | | | | |
| 10/30/03 | 1000.00 | | 16A76 | 25.00% | PIC-5599--VER DB CO, SPK TO CHERI | | | | |
| 11/30/03 | 4000.00 | | 16A76 | 25.00% | LINDHORST, PRES..ADV OF PROFILE..VER | | | | |
| 11/30/03 | 4000.00 | WU 13A76 | 25.00% | ADD..FAX 970-668-2534..WEB- FRISCORE | | | | |



EXHIBIT
Shaantiel 18
coc 3/28/06

B-000333
B-706

R63932    ALL SEASONS SPORTS

| ----------PAYMENTS---------------- | | | | ------------TRANSACTIONS-------------- | | | | |
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | H |
| | | | | NTALS.COM..REFD ANY FURTHER INFO.. | | | | |
| 11/30/03 | 4000.00 | WU | 88AA1100.00% | PICD AND LMTC YOU. | | | | |
| 12/11/03 | 4000.00 | WU | 87AA1100.00% | 07/03/03 | 11:44 | PM/CC | | HI |
| 12/26/03 | 4000.00 | IU | 16A76 25.00% | 07/03/03 | 11:45 | PM/CC | INFO | HI |
| 12/31/03 | 18997.60 | CK | 16A76 25.00% | 07/03/03 | 11:57 | PB/CM | | CC |
| 12/31/03 | 18997.60 | CK | 13A76 25.00% | PH POE TT MARYANNN SD HLS NEEDS | | | | |
| 12/31/03 | 18997.60 | CK | 88AA1100.00% | PPA ADV HER OF OPTIONS CB MON | | | | |
| 01/13/04 | 18997.60 | | 87AA1100.00% | US | | | | |
| 01/15/04 | 5000.00 | | 16A76 25.00% | 07/03/03 | 14:50 | PM/CC | BU EATED | SL |
| 01/31/04 | 4498.80 | WU | 16A76 25.00% | 07/04/03 | 00:02 | SN/4 | | CC |
| 01/31/04 | 4498.80 | WU | 13A76 25.00% | 07/07/03 | 10:32 | SM/BI | | SL |
| 01/31/04 | 4498.80 | WU | 88AA1100.00% | RECEIVED INVOICE ON 07 07 2003 EATE | | | | |
| 02/11/04 | 4498.80 | IU | 87AA1100.00% | SNO K0000042057 | | | | |
| 02/13/04 | 4498.00 | CK | 16A76 25.00% | 07/07/03 | 16:37 | PB/CM | PH POE LMTC | CC |
| 07/02/03 | 0.00 | | 0 | 07/08/03 | 08:58 | CX/IR | | CC |
| | | | | SEARCH BY BZ NAME SEARCH FAILED | | | | |
| | | | | SEARCH BY ADDRESS SHWS DB LISTED | | | | |
| | | | | WTH THE PH WE HAVE NO ADDITIONAL | | | | |
| | | | | DATA FOUND SEARCH BY RSP 103 MORNING | | | | |
| | | | | STAR CIRCLE YOB 63 SP IS CHERI YOB | | | | |
| | | | | IS 52 970 668 2534 SOS STATE OF COL | | | | |
| | | | | SHWS AS A DISOLVED CORP FAILURE | | | | |
| | | | | TO FILE DISOLVED 1 1 03 PA WAS SHWG | | | | |
| | | | | STEVEN F LETOFSKY NO ADDRESS | | | | |
| | | | | 07/08/03 | 09:09 | CS/26 | | CC |
| | | | | 07/08/03 | 15:04 | CK/NI | | SY |
| | | | | 07/08/03 | 15:04 | FA/NI | | SY |
| | | | | 07/08/03 | 15:04 | IR/NI | | SY |
| | | | | 07/08/03 | 15:04 | AD/NI | | SY |
| | | | | 07/08/03 | 15:04 | AH/NI | | SY |
| | | | | 07/08/03 | 15:04 | AI/NI | | SY |
| | | | | 07/08/03 | 15:05 | CK/NI | | SY |
| | | | | 07/08/03 | 15:05 | FA/NI | | SY |
| | | | | 07/08/03 | 15:05 | IR/NI | | SY |
| | | | | 07/08/03 | 15:05 | AD/NI | | SY |
| | | | | 07/08/03 | 15:05 | AH/NI | | SY |
| | | | | 07/08/03 | 15:05 | AI/NI | | SY |
| | | | | 07/09/03 | 09:54 | CK/NI | | SY |
| | | | | 07/09/03 | 09:54 | FA/NI | | SY |
| | | | | 07/09/03 | 09:54 | IR/NI | | SY |
| | | | | 07/09/03 | 09:54 | AD/NI | | SY |
| | | | | 07/09/03 | 09:54 | AH/NI | | SY |
| | | | | 07/09/03 | 09:54 | AI/NI | | SY |
| | | | | 07/10/03 | 14:48 | PB/CM | | CC |
| | | | | CHERI CI 970 668 2534 970 668 5599 | | | | |
| | | | | 07/10/03 | 17:16 | CK/NI | | SY |
| | | | | 07/10/03 | 17:16 | FA/NI | | SY |
| | | | | 07/10/03 | 17:16 | IR/NI | | S |
| | | | | 07/10/03 | 17:16 | AD/NI | | S |
| | | | | 07/10/03 | 17:16 | AH/NI | | S |
| | | | | 07/10/03 | 17:16 | AI/NI | | S |
| | | | | 07/11/03 | 10:13 | PB/CM | | C |
| | | | | PH POE TT DB GVE TO ADV HER TO | | | | |
| | | | | BORROW GVE HER TILL MON | | | | |

000934

B-107

```
----------PAYMENTS----------------          -------------TRANSACTIONS--------------
--Date--    Amount    Code    Rate    --DATE--    TIME   AC/RC   ----COMMENT----    II
                                      08/26/03   10:06   CC/CC   A1-720 GRANITE     CC
                                      08/26/03   10:06   CC/CC   ADDRESS 2          CC
                                      08/26/03   11:18   PB/CM                      CC
                                        THIS WAS CKS ON IT
                                      09/05/03   10:18   PB/CM                      CC
                                        THIS HAS PCKS ON IT
                                      09/10/03   15:04   PB/CM                      CC
                                        THIS HAS CKS ON IT
                                      09/18/03   11:40   PB/CM                      CC
                                        THIS HAS CKS ON IT
                                      09/23/03   00:35   SN/12                      ME
                                      10/20/03   00:45   SN/12                      PR
                                      11/03/03   10:06   MR/SK   SET MAIL RETURN    SY
                                      11/03/03   10:06   CS/32                      SY
                                      11/05/03   12:08   CS/39                      CC
                                      12/02/03   14:25   GC/GC                      CC
                                        CHERI PH POE BZ BZ PH RES LMTC
                                      12/11/03   13:24   CC/CC                      GV
                                        CK3131 4000.00 NSF
                                      12/11/03   13:24   CS/ 0                      GV
                                      12/11/03   13:24   TA/       A76              SY
                                      12/11/03   13:24   CS/32                      GV
                                      12/11/03   13:43   PB/CM                      CC
                                        PH POE TT DB SD CK SHLD HVE CLRD
                                        WL CK IT OUT
                                      12/12/03   08:23   TA/       A39              SN
                                      12/12/03   15:50   BK/RP                      CC
                                        ON 12-26-03 FOR 4000.00 3274
                                      12/12/03   15:50   CS/59                      CC
                                      12/12/03   15:50   CC/CC                      CC
                                        BANK WESTSTAR BANK AT 970-945-6586 A
                                        CCT
                                      12/12/03   15:50   PB/CM                      CC
                                        DB CI SD NEED TILL THE 26TH TO
                                        COVER SD 18K WL DEF BE GOOD
                                      12/23/03   11:29   CS/43                      CC
                                      12/29/03   10:40   GC/GC                      CC
                                        DB CI SD HOLD CK TILL 010204
                                      12/29/03   11:28   BK/DP                      SO
                                        ON 12-30-03 FOR 18997.60 3132
                                      12/29/03   11:28   CS/32                      SO
                                      12/29/03   11:29   BK/RP                      SO
                                        ON 01-02-04 FOR 18997.60 3132
                                      12/29/03   11:29   CS/18                      SO
                                      12/31/03   14:38   CS/48                      CC
                                      12/31/03   07:43   CS/32                      SO
                                      01/02/04   14:37   GC/GC                      CC
                                        DB CI SD ALMOST THERE SHLD DEF HAVE
                                        WHEN CK GETS THERE
                                      01/02/04   14:37   CS/41                      CC
                                      01/04/04   14:18   PF/ET                      M
                                      01/04/04   14:18   CS/32                      S
                                      01/04/04   14:18   CC/CC                      S
                                        ACTIVITY NU - CBR2653669
```

000995

B-108

# FACT SHEET

CRS #:          885957
Name:           MARV THE PLUMBER
Address:        93 KING ARTHUR CT
City/State:     ELGIN, IL 60120
Phone #1:       (847) 697-2700
Phone #2:       (000) 000-0000
Soc Sec No:     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
Contact:        MARVIN

Status:        41  PAID IN FULL
Coll Unit: A76  VACANT
Date Last:  02/26/03
Activity Code:  PF PAID IN FULL
E-Mail
WebSite
Old M&M #    Last:
KCourtCost
KSF OfferAmt
KLgl Mgmt Fee
NCO Fax #      (000) 000-0000

Client #:   103260-N
PEKIN INSURANCE GROUP
Acct #:     CL47725-I
Regarding:
Amt Refered:    11626.00
Current Bal:        0.06
Comm Rate:      25.000%
Costs:              0.00
Ck Chg/Fee:         0.00
Other       0.00
Interest Rate:     0.000%
Interest Amt:       0.00
Date Received:  10/29/03
****** RETURNED ******

                                    First:
           0.00ArbitrateDte   00/00/00
           0.00SF OfferDate   00/00/00
           0.00Lgl ContRate

=================================================================

PLACED BY
PAMELA HORN

=================================================================

| --------Date-- | --PAYMENTS------- Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | II |
|---|---|---|---|---|---|---|---|---|
| 03/31/04 | 1937.65 | EC 16A76 | 25.0% | 10/30/03 | 09:04 | RM/CC | | C |
| | | | | VERF PLZ PIC CRAIG CALVIN EXT 360 | | | | |
| 02/29/04 | 1937.65 | EC 16A76 | 25.0% | 10/30/03 | 09:04 | CS/10 | | C |
| 01/31/04 | 1937.65 | EC 16A76 | 25.0% | 10/30/03 | 09:27 | CK/NI | | S |
| 01/14/04 | 1937.65 | EC 16A76 | 25.0% | 10/30/03 | 09:27 | FA/NI | | S |
| 01/09/04 | 1937.67 | 87AA1 | 100.0% | 10/30/03 | 09:27 | IR/NI | | S |
| 12/31/03 | 1937.67 | 88AA1 | 100.0% | 10/30/03 | 09:27 | AD/NI | | S |
| 12/31/03 | 1937.67 | EC 13A76 | 25.0% | 10/30/03 | 09:27 | AH/NI | | S |
| 12/31/03 | 1937.67 | EC 16A76 | 25.0% | 10/30/03 | 09:27 | AI/NI | | S |
| 11/19/03 | 1937.67 | EC 16A76 | 25.00% | 10/30/03 | 14:53 | PB/CO | | M |
| 11/30/03 | 1937.67 | EC 16A76 | 25.00% | | | | | |
| 10/29/03 | 0.00 | 0 | | | | | | |

..FINANCIAL INVESTIGATIVE SERVICES..
........JENNIFER PANDO..........
PIC-2700-ANS AS A DIFFERENT CO
QUINPHONICS SD  MARV THE PLUMBER
NOT HERE WILL CB

EXHIBIT
Shrantiel 19
coa 3/28/06

B-109        001000

```
585957    MARV THE PLUMBER
-------------------TRANSACTIONS-------------------  ID
--------PAYMENTS-------------        --DATE--   TIME   AC/RC  ----COMMENT----
--Date--    Amount   Code   Rate
                                    11/17/03  16:11   PB/CM                    CC
                                      PH PCB SD WL CK IT OUT
                                    11/17/03  17:02   PB/CM   PH PCB LMFC      CC
                                    11/17/03  09:07   PB/CM   PH PCB SD WL CB  CC
                                    11/18/03  11:34   GC/GC                    CC
                                      DB CI IF NOT HERE TODAY WL RESIISE
                                      AND DO DIRECT CKS
                                    11/18/03  15:09   BK/RP                    CCV
                                      ON 11-18-03 FOR 1937.67 5600
                                    11/18/03  15:09   CS/32                    CC
                                    11/18/03  15:09   BK/RP                    CC
                                      ON 12-01-03 FOR 1937.67 5601
                                    11/18/03  15:09   BK/RP                    CCV
                                      ON 01-01-04 FOR 1937.67 5602
                                    11/18/03  15:09   BK/RP                    CCV
                                      ON 02-01-04 FOR 1937.67 5603
                                    11/18/03  15:09   BK/RP                    CCV
                                      ON 03-01-04 FOR 1937.67 5604
                                    11/18/03  15:09   BK/RP                    CCV
                                      ON 04-01-04 FOR 1937.65 5605
                                    11/18/03  15:09   CC/CC                    CCV
                                      BANK FIRST CMTY BK AT 847-622-8800 A
                                      CCT 114207                              CCV
                                    12/02/03  09:04   CS/48                    CC
                                    12/08/03  11:21   PB/CM   PCKS ON FILE     PR
                                    12/22/03  00:49   SN/12                    CCV
                                    01/07/04  14:35   GC/GC
                                      ABA :          ACCT
                                      5763 5765
                                    01/07/04  14:38   BK/DP                    CC
                                      ON 02-01-04 FOR 1937.67 5603
                                    01/07/04  14:38   CS/32                    CC
                                    01/07/04  14:38   BK/DP
                                      ON 03-01-04 FOR 1937.67 5604            CC
                                    01/07/04  14:38   BK/DP
                                      ON 04-01-04 FOR 1937.65 5605            CC
                                    01/07/04  14:43   BK/RP
                                      ON 02-01-04 FOR 1937.65 5763            C
                                    01/07/04  14:43   CS/18                    C
                                    01/07/04  14:43   BK/RP
                                      ON 03-01-04 FOR 1937.65 5764            C
                                    01/07/04  14:43   BK/RP
                                      ON 04-01-04 FOR 1937.65 5765            C
                                    01/07/04  14:43   CC/CC
                                      BANK LASALLE BK NA AT 708-456-2146 A
                                      CCT 5201304721
                                    01/07/04  14:43   CS/48                    C
                                    01/09/04  14:34   CC/CC                    C
                                      CK5602 1937.67 NSF
                                    01/09/04  14:34   TA/      A76             S
                                    01/09/04  14:34   CS/32
                                    01/12/04  12:49   TA/      A39             !
                                    01/12/04  12:50   SR/SR                    !
                                      NSF CHECK FIX TODAY PLEASE
```

*Corrected Bank's N/C* (handwritten annotation)

001001

B-110

S65957   MARV THE PLUMBER

```
-----------PAYMENTS----------        ------------TRANSACTIONS-------------
--Date--      Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT----  ID
                                      01/13/04  14:29  BK/CP                    CC
                                        ON 01-13-04 FOR 1937.65 5763           CC
                                      01/13/04  14:29  BK/CP
                                        ON 02-01-04 FOR 1937.65 5764           CC
                                      01/13/04  14:29  BK/CP
                                        ON 03-01-04 FOR 1937.65 5765           CC
                                      01/13/04  14:29  BK/RP
                                        ON 04-01-04 FOR 1937.65 5777           CC
                                      01/13/04  14:29  CS/59                    CC
                                      01/13/04  14:30  PB/CM
                                        PH POE TT JUDY SD RE SWITCH CK RUN
                                        ONE NOW AND CONINUE WITH SERIS          CC
                                      01/13/04  14:30  CS/48                    MA
                                      01/21/04  14:49  SR/SR
                                        CALL AND MAKE SURE THAT THE CHECK
                                        CLEARED THE BANK DO NOT RELEASE
                                        ANOTHER CHECK WITH OUT VERIFICATION
                                        OF FUNDS                               MA
                                      01/21/04  14:50  CS/32                    CC
                                      01/21/04  15:13  PB/CM
                                        NEWC CKING ACCT LAST WAS GOOD          MA
                                      01/25/04  14:03  SR/SR
                                        DID I MISS THE NOTES WERE YOU CALL
                                        THE BANK AND VE FUNDS CLEARED THE
                                        BANK ACCOUNT I SEE NO NOTES VE
                                        FUNDS BEFORE NEXT CHECK RELEASE
                                        FUNDS NOT VERIFI GOOD WILL NOT BE
                                        RELEASED                               CC
                                      01/26/04  17:12  GC/GC
                                        LAST ONE WAS A MICRO ERROR             C
                                      01/26/04  17:12  CS/48                    C
                                      01/29/04  09:38  PB/CM
                                        PH BANK CK IS GOOD                     G
                                      01/29/04  11:08  CC/CC
                                        FUNDS AVAIL IN BANK, COULD NOT SAY
                                        IF STOP PYMT ON CK...ALG               N
                                      01/29/04  20:04  CS/32                    N
                                      01/29/04  20:04  SR/SR
                                        MANAGER REVIEW VERIFI PDC GOOD B4
                                        RELEASE CHECK
                                      01/30/04  16:29  CS/48
                                      02/01/04  18:42  CS/32
                                      02/01/04  18:42  SR/SR
                                        .............MANAGER REVIEW .......
                                        ....POSTDATED CHECK STATUS CODE IS
                                        43 STOP PUTTING EBERTHING IN 48 USE
                                        THE PROPER STATUS CODES U WERE ONCE
                                        A GENERAL COLLECTION MANAGER USE
                                        THE PROPER STATUS CODES
                                      02/02/04  15:22  CS/43
                                      02/13/04  20:57  CS/32
                                      02/13/04  20:57  SR/SR
                                        ....... POSTDATED CHECK ACCOUNT ....
                                        .... VERIFIY THE FUNDS BB 4 RELEASE
```

Swtch

B-111

# FACT SHEET

CRS #:         S60934
Name:          FAIRVIEW RADIOLOGY  PC
Address:       CO JIM LAVENDER: ESQUIRE
               5245 SCHAEFER RD. SUITE A
City/State:    DEARBORN, MI 48126
Phone #1:      (248) 594-5290
Phone #2:      (000) 000-0000
Soc Sec No:    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
Contact:       FRANK FAYZ -PRES

Client #:     K99G92-6
BARTON & ASSOCIATES
Acct #:

Regarding:    200 MNGT FEES
Amt Refered:   71807.83
Current Bal:       0.00
Comm Rate:     20.000%
Costs:             0.00
Ck Chg/Fee:        0.00
Other      0.00
Interest Rate:  0.000%
Interest Amt:      0.00
Date Received:  10/06/03
***** RETURNED *****

Status:      41   PAID IN FULL
Coll Unit:   L91  CHARLETTE PETKOVICH
Date Last:   07/18/03
Activity Code:  NU ACTIVE DEBTOR
E-Mail
WebSite
Old M&M #    Last:              First:
KCourtCost            625.00ArbitrateDte  00/00/00
KSF OfferAmt            0.00SF OfferDate  00/00/00
KLgl Mgmt Fee        200.00Lgl ContRate   40
NCO Fax #     (000) 000-0000

=================================================================

AL TURFE-ADMINSTRATOR-AP            MI .
313-680 2173-CELL FOR FAYZ         NSF 5000.00  CK 2126
NSF 18,935.94  CK 2130             ADMINISTRATIVE
CHARTER ONE BANK NATL ASSOC        NSF CK2131 013104 18,935.94
NSF CK 2119 10 24 03 10,000.00     CHARTER 1 BK NATL ASSOC
CHARTER ONE BK NATL ASS TAYLOR

=================================================================

------------PAYMENTS----------------   -------------TRANSACTIONS--------------
--Date--     Amount    Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT----

12/17/04    19871.89 BC 16L80  20.0%  10/06/03  12:51  MM/MT
12/03/04    19871.89    87AA1 100.0%   AL TRUFE --DB A P
11/23/04    19871.89    88AA1 100.0%  10/06/03  19:34  TA/M3
12/03/04    19871.89 CK 13L80  20.0%  10/07/03  08:40  TA/XXX
11/23/04    19871.89 CK 16L80  20.0%  10/07/03  08:40  RM/CC  SEE S60834
11/05/04     3000.00 CK 16L80  20.0%  10/07/03  08:46  RN/4   10-07-03
10/22/04     5000.00 CK 16L80  20.0%  10/07/03  08:49  SC/SC
10/06/04     2000.00 BC 16L80  20.0%   TT SLS SD ALL DOCS ON THE WAY. CANT
10/24/03    10000.00 BC 16A77 20.00%   PIC MEDICAL
10/31/03     5000.00 CK 16A77 20.00%  10/07/03  08:49  SC/SC
10/24/03    10000.00 CK 13A77 20.00%   THIS IS FEE FOR AN ANESTESIOLOGIST
10/24/03    10000.00 CK 82AA1100.00%  10/07/03  08:50  RM/CC
10/31/03    10000.00 CK 87AA1100.00%   SLS HAS ALL DOC WILL BATE AN FAX ...
11/04/03    10000.00    16A77 20.00%   ..SLS

EXHIBIT
Shaantiel 20
coe 3/26/06

B-112        001007

560834   FAIRVIEW RADIOLOGY  PC

| ----------PAYMENTS---------- | | | | -----------TRANSACTIONS------------- | | | | I
|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | |
| 10/31/03 | 5000.00 | 13A77 | 20.00% | 10/07/03 | 09:50 | FD/NL | | C: |
| 10/31/03 | 5000.00 | BC 88AA1100.00% | | 10/07/03 | 09:52 | SC/SC | | C: |

DTR AT ADDRESS IS MED BLDG.
DTR IS INC IN 1990 AND FRANK FAYZ
IS

| 11/06/03 | 5000.00 | LB 87AA1100.00% | | | | | | |
| 11/07/03 | 5000.00 | BC 16A77 20.00% | | | | | | |
| 11/30/03 | 18935.94 | CK 16A77 | 20.00% | 10/07/03 | 09:55 | SC/SC | | O: |

THE ONLY OFFICER LISTED.

| 12/31/03 | 18935.94 | CK 16A77 | 20.00% | | | | | |
| 12/31/03 | 18935.94 | CK 13A77 | 20.00% | 10/07/03 | 08:56 | CC/CC | | O: |
| 12/31/03 | 18935.94 | CK 88AA1100.00% | | | | | | |

EMP-FRANK FAZE -PRES

| 01/07/04 | 18935.94 | | 87AA1100.00% | 10/07/03 | 08:56 | PN/4 | 10-07-03 | O: |
| 01/31/04 | 18935.94 | | 16A77 20.00% | 10/07/03 | 08:56 | SC/SC | | O: |
| 01/31/04 | 18935.94 | BC 13A77 | 20.00% | | | | | |

SLS IS GOING TO FAX OVER DOCS THIS
AM

| 01/31/04 | 18935.94 | LB 88AA1100.00% | | | | | | |
| 02/12/04 | 18935.94 | BC 87AA1100.00% | | 10/07/03 | 08:58 | FD/NL | | O: |
| 02/16/04 | 185.00 | CK 37A77100.00% | | 10/07/03 | 08:59 | SC/SC | | O: |

TT DTR NBY SD FAYZ FATHER MAY OWN

| 08/12/04 | 625.00 | CK 32F97100.00% | | | | | | |
| 08/26/04 | 625.00 | CK 33L80100.00% | | | | | | |

BLDG T CTA 943 2045 SD ALLIE FAYZ
OWNS THE BLDG. PO BOX 5326 DEARBORN
38128 HIS MLING ADDRES

| 08/26/04 | -200.00 | CK 31L80100.00% | | | | | | |
| 08/31/04 | 5000.00 | 16L80 | 20.00% | | | | | OR |
| 09/10/04 | 5000.00 | 13L80 | 20.00% | 10/07/03 | 09:02 | CX/IR | | |

TT CTA DTR DAD OWNS BLDG ESPERIAN
REQ. TT NBY. 541000 IS APPRAISED
VALUE

| 08/31/04 | 5000.00 | BC 88AA1100.00% | | | | | | |
| 09/10/04 | 5000.00 | LB 87AA1100.00% | | 10/07/03 | 09:03 | SC/SC | | OR |
| 09/21/04 | 5000.00 | BC 16L80 | 20.00% | 10/07/03 | 09:03 | CC/CC | | OR |

SENT MSG TO SC 745 FOR 10-07-03
WHAT WAS THE GUYS NAME THAT DEBTOR H
IRED.

| 09/29/04 | 3000.00 | CK 16L80 | 20.00% | | | | | SI |
| 10/06/03 | 0.00 | 0 | | 10/07/03 | 10:10 | RM/CC | | |

DR SANJAY SHAH IS THE CANIDATE ....R
ICH

10/07/03   10:28   CD/SC   T DTR                    O:
10/07/03   11:18   SC/SC                            O:
DTR CALL IUN, SD WAITING ON MEDICAID
MONEY. CLAIMS WILL PAYBY THE WEEK
STARTING THE 17TH, TRIED FOR HALF
AND HALF IN PDCS. HE REFUSED. TOLD
DTR NEED UPFRONT DOLLARS. SD MAYBE
FRIDAY THE 10TH. WILL DO PHONE PAYS
CLAIMS MEDICAID WAS FOULED UP AND
DELAYED PAYMENTS TO THEM.
10/07/03   11:20   CX/IR                            C
T CLIENT LM VCE ML .
10/07/03   12:27   CC/CC                            C
SENT MSG TO SC 745 FOR 10-07-03
CALL ME ON TIS
10/07/03   13:12   SC/SC                            C
GOT ALL DOCS. THIS IS FOR A TEMP
WORKERM THAT CLIENT PAID.
10/07/03   13:14   SC/SC                            C
JACKIE LEE SIGNED CONTRACT
ALSO TURFE. HAS MADE AND BROKE
PROMISES BEFORE.
10/07/03   13:59   SC/SC

B-113

| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | COMMENT |
|---|---|---|---|---|---|---|---|

CD SC
12/01/03  14:13  SC/SD
POST DATES FOR PIF
12/31/03  18:31  SC/SC
POST DATE FOR PIF
01/07/04  13:41  CC/CC
CK2130 18935.94 NSF ADMINISTRATIVE
HOLD
01/07/04  13:41  TA/      A77
01/07/04  13:41  CS/48
01/07/04  14:34  CD/SC    T DTR
01/07/04  14:34  CD/SC
01/07/04  14:35  CD/SC
TT JACKIE SHE NEW AP.
01/07/04  14:37  SC/SC
01/07/04  14:37  SC/SC
SD SHE JUST TOOK OVER ON MONDAY
SAID WANTS TIL FRIDAY. TOLD HER I
NEED TO TALK TO AL.
01/07/04  14:42  SC/SC
DTR WILL FED X FRIDAY CERTIFIED
01/07/04  14:49  TA/      A39
01/07/04  15:23  SC/SC
TT SLS GAVE STAT. ADVISED WILL BE
SENT OV THIS WEKK
01/08/04  11:46  CD/SC
TT JACKIE WILL CALL IN RPACKING
NUMBER TOMORROW
01/09/04  11:45  CD/SC    T DTR SD WCB
01/09/04  14:51  CD/SC
01/09/04  15:32  SC/SC
TT SLS GAVE STAT
01/09/04  15:34  SC/SC    T DTR
01/09/04  15:36  SC/SC
TT DTR SD STANDARD FEDERAL ISNEW
BANK AND THEY
01/09/04  15:36  SC/SC
ARE MAKING DTR WAIT FOR CASHIERS
CHECK TO CLEAR. SD WILL BE TUES
BEFORE. RELEASE FUNDS SD OLD BK
CHARTER ISSUED CASHIERS CHECK.
AND NEW BANK WAITING FOR IT TO
CLEAR.
01/09/04  15:38  SC/SC
TOLD DTR WE WILL HAVE TO DO A BANK
WIRE.
01/09/04  15:46  SC/SC
TT CLIENT GAVE STAT.
01/09/04  16:08  SC/SC
DID PI REQ FORM T DTR AT 2173 SAD
CALL 419 734 3131 EXT 3435 T 3131
01/09/04  16:14  SC/SC
TT DR FAYZ. SD THIS WILL GET HANDLED
01/09/04  16:30  MR/CO

001009

B-114

# FACT SHEET

CRS #:        T16561
Name:         GLAZE WRECKER SERVICE
Address:      43981 US HIWAY 131
City/State:   ONEONTA, AL 35131
Phone #1:     (205) 274-7791
Phone #2:     (205) 625-3715
Soc Sec No:   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
Contact:      TONY GLAZE

Client #:   CP3622-N
UNIFIRST/BIRMINGHAM
Acct #:
Regarding:
Amt Refered:    5253.69
Current Bal:    2381.87
Comm Rate:      25.000%
Costs:          0.00
Ck Chg/Fee:     0.00
Other  2355.99
Interest Rate:   0.000%
Interest Amt:    0.00
Date Received:  12/02/03
****** RETURNED ******

Status:       12  CLO CLIENT REQ
Coll Unit:    A88  VACANT
Date Last:    12/01/03
Activity Code:  NU ACTIVE DEBTOR
E-Mail          TON
WebSite
Old M&M #    Last:                      First:
KCourtCost              0.00ArbitrateDte  00/00/00
KSF OfferAmt         1051.73SF OfferDate  12/08/03
KLgl Mgmt Fee           0.00Lgl ContRate
NCO Fax #     (770) 952-6669

==================================================================

CP 888-398-0026                    HOMETOWN BANK
                                   ONEONIA, AL

PLACED BY
BOB YORK                           NSF ST PAY CK1019 1051.73 1217
NSF 1051.73  CK 1017               NSF CK 1020 1051.73
STOP PAYMENT

==================================================================

```
----------PAYMENTS----------------   -------------TRANSACTIONS--------------
--Date--      Amount    Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- I

01/16/04      520.83    89AA1 100.0% 12/03/03  10:07  RN/4   12-03-03        K
01/16/04      520.83 DP 26A96  25.0% 12/03/03  10:08  RM/CC                  K
01/05/04     1051.73    87AA1 100.0%       KEVIN ZACHARY EXT 357
12/24/03     1051.73    88AA1 100.0% 12/03/03  10:08  CS/10                  K
12/24/03     1051.73 IT 13A43  25.0% 12/03/03  10:16  CX/IR                  K
12/30/03     1051.73    87AA1 100.0%       PROP OWN NO INFO PER FSTDTA
12/17/03     1051.73    88AA1 100.0% 12/03/03  10:36  CX/IR                  K
12/17/03     1051.73 IT 13A43  25.0%       SOS IS ACTIVE RA IS MAX GLAZE
12/04/03     1051.73 IT 16A43  25.0% 12/03/03  10:54  TC/GC                  K
12/10/03     1051.73    16A43  25.00%      TT CLIENT BOB ADV A AND L, SZ THY
12/04/03     1051.73    13A43  25.00%      GT CM SIGN FIVE YR AGREE SZ WIL PY
12/04/03     1051.73 IT 88AA1 100.00%      FR 5 YRS SZ THERE COMP MKES INVESTME
12/16/03     1051.73    87AA1 100.00%      NT INTO COMP TKES SO MUCH TIME FR
12/17/03     1051.73    16A43  25.00%      THEM TO RECOUP THERE INVESTMENT,
12/10/03     1051.73 DP 13A43  25.00%      THY HV TO BUY ALL UNIFORMS AND
```

EXHIBIT
Shaantielzl
caa 3/26/0

Debtor
Stop payment
Collector good Clu on Bank
Wife  B-115        000973

T16561    GLAZE WRECKER SERVICE                                         Page 2

----------PAYMENTS----------------    ------------TRANSACTIONS-------------
--Date--    Amount    Code    Rate    --DATE--    TIME  AC/RC  ----COMMENT---- I

| 12/10/03 | 1051.73 | 8SAA1100.00% | PENALTIES, 1ST TIME DOING BUSINESS |
| 12/22/03 | 1051.73 | LC S7AA1100.00% | PD INITIALLY FINE THN ALLOF SUDDEN |
| 12/24/03 | 1051.73 | IT 16A43 25.61% | PAYIN |
| 12/02/03 | 0.00 | 0 | 12/03/03  13:57  TC/GC |

ANDY GREENWOOD POSS GENERAL MGR
SIGNED, SZ WILFAX SIGNED CNTRCT AND
CREDIT AP

12/03/03  11:10  SM/BI                    SI
RECEIVED  INVOICE ON 12 03 2003 BATE
SNO  K0000046960

12/03/03  14:41  PB/CO                    HM
--FINANCIAL INVESTIGATIVE SERVICES--
................IAN MURPHY..........
PIC-7791-MALE ANS AS BODY SHOP...
ASKED IF DB CO SAID YES...SPK TO
CHRIS EMPLY...SAID OWNER IS UNAVAIL.
..REFD ANY INFO..LMTC YOU.

12/03/03  14:42  RM/CC                    HM
12/03/03  15:17  DC/GC                    KA
RCVD CALL FROM DBT V KATHI GLAZE
ADV OF A AND L SHE IS VP AND SECRETA
RY SZ SHE DID NT KNOW THIS WZ SUCH
A PROBLEM GV 5 CK FR 1051 A WEEK
STRING TDY 3RD AND GOING TO 31ST,
CK NBR 1017 THRU 1021, 3 EMPLOYEES,
ADDRESS IS CORRECT THY OWN ADDRESS
PROP AS WELL

12/03/03  15:32  CC/CC    WORK PHONE      KA2
12/03/03  15:36  PB/GC                    KA2
CLLD DBT BCK CAUSE ROUTING NBR DID
NT IDENTIFY ON FILE FOUND BKS NBR
THY ARE BRAND NEW BK DID VRFY ROUTIN
G NBR SPOKE WTH BROOK AT THE BK,
SHE SZ ASK FR PATTY IF ND VRFCTION

12/03/03  15:37  CS/26                    KA2
12/03/03  16:08  DC/GC                    KA2
RCVD CALL FROM DBT MAX GLAZE SZ HE
DZNT WNT TO PY ALL THIS MONEY THRU
THE CKS IF NO SERVICE FROM CLIENT
HE SZ HE WIL LIKE TO OFFER THY
CONTINUE SERVICING HIM WHICH HE
WNTS OR HE PY UP TO DTE COST OF PMT
THT WERE DELIQUENT AND PICK UP FROM
THERE, ADV WE HV ALREADY BN GVN
AUTH FR PMTS AND UNLESS CLIENT
AGREES TO WRK OUT SIDE DEAL THY ARE
IN PLACE, SZ CB TO LET HIM KNOW WHT
CLIENT SZ, DBT CLMING CLIENT NVR
MDE CONTACT WTH HIM ALSO SZ HE NVR
RCVD ANYTHING FROM THM DZ ACKNOWLEDG
E ANDY WRKED FR HIM BUT IS TRYING
TO DOWNPLAY HIS ROLE

12/03/03  16:27  TC/GC                    KA2
TT SERVICE MGR BOB ABT BIL HE CLLD

T16561    GLAZE WRECKER SERVICE                                    Page 3

| ----------PAYMENTS---------------- | --------------TRANSACTIONS-------------- |
| --Date--    Amount    Code    Rate | --DATE--    TIME    AC/RC    ----COMMENT---- |

|  | ME TO DISCUSS SITUATION ADV HIM OF |
|  | DBT OFFER GV HIM OF POSS DOABLE |
|  | WCB TO LET ME KNOW WHT THY CN DO |
| 12/03/03  15:35  PB/GC | K |
|  | TT DBT ADV OF OUR CONVERSATION AND |
|  | THT BOB ACTUALLY WNT OUT TO HIS |
|  | LOCATION TO STRAIGHHTN THIS OUT SO |
|  | ATTMPS TO RESLVE WZ MDB |
| 12/04/03  00:32  SN/4 | K |
| 12/04/03  10:17  MR/CO | S! |
|  | CRS SYSTEM DOES NOT RECOGNIZE ABA |
|  | NUMBERS FOR DEBTOR BANK |
| 12/04/03  10:18  MR/CO | SN |
|  | EMAIL TO ACCOUNTING |
| 12/04/03  10:53  MR/CO | SN |
|  | ABA NUMBER        ;   ACCOUNT |
|  | ...CK DATE 12 03 03 AMOUNT |
| 12/04/03  10:56  MR/CO  5 CHECKS | SN |
| 12/04/03  10:56  MR/CO | SN |
|  | EACH AMOUNTING TO 1051 AND 73 CENTS |
|  | CHECK NUMBERS 1017-1021 |
| 12/04/03  14:47  TC/GC | KA |
|  | TT RANDY JONES CLIENT BOBS SUPERVISE |
|  | R HE IS GOING TO RESTART SERVICE |
|  | WTH HIM CK ALREADY PD WILL BE APPLIE |
|  | D TO HIS ACCT SZ HE WILL CALL HIM |
|  | AND LET HIM KNOW SO CK IS GD |
| 12/04/03  15:12  SN/A3 | TY |
| 12/05/03  14:06  MM/BI | SE |
|  | RECVD BACK UP ATL |
| 12/08/03  17:29  PB/NA  NO ANSWER | KA |
| 12/16/03  10:48  TC/GC | KA |
|  | TT CLIENT BOB SZ HE WIL CB TO SET |
|  | CONFERENCE CALL BTWEEN THE DEBTOR |
|  | AND I |
| 12/16/03  14:02  CC/CC | GV |
|  | CK1017 1051.73 NSF STOP PAY |
| 12/16/03  14:02  CS/ 0 | GV |
| 12/16/03  14:02  CS/16 | GV |
| 12/17/03  09:24  CS/59 | GV |
| 12/17/03  10:56  GC/GC | K |
|  | RCVD CALL FROM JERILYN SZ ND TO GHT |
|  | WTH CLIENT TO FIND OUT HOW THIS IS |
|  | TO BE HNDLED |
| 12/17/03  11:14  CS/10 | K |
| 12/17/03  11:14  TC/LM | K |
|  | LM WTH RCPT FR CLIENT |
| 12/19/03  16:43  PB/NA  NO ANSWER | K |
| 12/22/03  15:39  CS/ 0 | SC |
| 12/22/03  15:40  CC/CC | SC |
|  | IT 1018 STOP PYMT 2000131 |
| 12/23/03  18:52  PB/NA  NO MES LFT | K |
| 12/30/03  13:33  CC/CC | G |
|  | CK1019 1051.72 NSF STOP PAYMENT |

# FACT SHEET

RD #:          ~~734451~~
RPA:           SIGNER CONTRACTOR
Street:        ~~~~ ~ ~ ~ ~~~
~~~~~~~~~~      ~~ ~ ~ ~ ~~~~~
Phone #1:      (839) 788-8135
Phone #2:      (000) 000-0000
Soc Sec No:    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
Contact:       NELLIE WAGNER

Status:        24   SETTLEMENT
Coll Unit:     D15   KIM MARLOW
Date Last:     09/11/03
Activity Code: SF SETTLED IN FULL
E-Mail
WebSite
Old M&M #      Last:
KCourtCost                    0.00 ArbitrateDte
KSF OfferAmt                  0.00 SF OfferDate
KLgl Mgmt Fee                 0.00 Lgl ContRate
NCO Fax #      (000) 000-0000

Client #:   K991TX-N
TRI COUNTY WINDOW INC
Amt #:
~~~~~~~~~~~       ~~~~~~~~
Amt Refered:    10942.64
Current Bal:    6624.98
Comm Rate:          33.300%
Costs:              0.00
Ck Chg/Fee:         0.00
Other       0.00
Interest Rate:      0.000%
Interest Amt:       0.00
Date Received:  12/01/03
***** RETURNED *****

First:
0.00 ArbitrateDte   00/00/00
0.00 SF OfferDate   00/00/00
0.00 Lgl ContRate

============================================================

NORTH FORT MY, FL

NSF 6617.79  CK 1329
RIVERSIDE BK OF THE GULF COAST
NORTH FORT MY  FL

PLACED BY
HOWARD KELLAM
NSF CK 1329 6617.79
RIVERSIDE BK OF THE GULF COAST

============================================================

| --------PAYMENTS-------- | | | | --------TRANSACTIONS-------------- | | | |
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | ID |
| | | | | 12/01/03 | 09:52 | CC/CC | | SLM |
| 01/26/04 | 6617.76 WT | 16D70 | 33.3% | | | A01-ADDED REFERENCE | | SLM |
| 01/13/04 | 6617.79 | 87AA1 | 100.0% | 12/01/03 | 16:47 | RM/CC | | |
| 12/31/03 | 6617.79 | 88AA1 | 100.0% | | | COMPLETE BATES BY WEEK END DO NOT CA | | |
| 12/31/03 NSF | 6617.79 IT | 13D70 | 33.3% | | | LL CLT | | |
| 12/31/03 | 6617.79 IT | 16D70 | 33.3% | 12/02/03 | 08:57 | CC/CC | A1-POB 545 | SYS |
| 12/23/03 | 6617.79 | 87AA1 | 100.0% | 12/02/03 | 08:57 | CK/NI | | SYS |
| 12/11/03 | 6617.79 | 88AA1 | 100.0% | 12/02/03 | 08:57 | FA/NI | | SYS |
| 12/11/03 NSF | 6617.79 EC | 13D70 | 33.3% | 12/02/03 | 08:57 | IR/NI | | SYS |
| 12/11/03 | 6617.79 EC | 16D70 | 33.30% | 12/02/03 | 08:57 | AD/NI | | SYS |
| 12/01/03 | 0.00 | 0 | | 12/02/03 | 08:57 | AH/NI | | SYS |
| | | | | 12/02/03 | 08:57 | AI/NI | | LF |
| | | | | 12/03/03 | 09:15 | GC/CO | | |

TEL CL WAS DISPUTING AND ASKED FOR
TICKETS THAT ARE NOT THEIRS DTR

EXHIBIT
Shoantiel 22
Caa 3/28/06

001124

B-118

T14251    CALOOSA CONTRACTING

```
-----------PAYMENTS------------   -----------TRANSACTIONS-------------
--Date--      Amount    Code    Rate    --DATE--   TIME   AC/RC   ----COMMENT----   ID

                                        12/18/03   16:22   MV/BI                     ST
                                          RATES  RP329 CREDIT APP.STATEMENT
                                        ../../..   ..:..   ../..                     LF
                                          TEL POE LM MACH ML
                                        12/09/03   10:23   GC/CO                      LF
                                          TEL POE LM MACH ML
                                        12/09/03   10:24   GC/CO                      LF
                                          TEL POE FAXING NOW ML
                                        12/09/03   10:41   BK/RP                      LF
                                          ON 12-11-03 FOR 6617.79 1329
                                        12/09/03   10:41   CS/18                      LF
                                        12/09/03   10:41   CC/CC                      LF
                                          BANK RIVERSIDE BANK OF THE GULF COA
                                          AT 239-573-9000 ACCT
                                        12/12/03   11:38   GC/CO                      LF
                                          TEL POE MAKING DEP TODAY ML
                                        12/23/03   13:51   CC/CC                      GV
                                          CK1329 6617.79 NSF
                                        12/23/03   13:51   TA/D70                     SY
                                        12/23/03   13:51   CS/48                      GV
                                        12/23/03   14:01   GC/CO                      LF
                                          TEL POE LM TEL BANK FUNDS VERIFIED
                                          ML
                                        12/23/03   15:17   GC/CO                      LF
                                          SHE CALLED SD RUN CHK AGAIN ML
                                        12/24/03   09:08   TA/D0                      ER
                                        12/24/03   09:23   GC/CO                      LF
                                          DROPPED REDIP FORM ML
                                        12/31/03   08:45   RM/CC                      HU
                                          DID YOU CALL BANK AND VERIFY FUNDS
                                        12/31/03   08:45   SR/CC   PRIOR TO REDIP     HU
                                        12/31/03   08:49   RM/CC                      LF
                                          YES PER 12-23 NOTES AND REDIP FORM
                                        12/31/03   08:50   RM/CC                      LF
                                          DELAYS LIKE THIS CAUSE SUPP
                                        12/31/03   11:08   CS/59                      LF
                                        12/31/03   08:52   CC/CC                      GV
                                          CK1329 6617.79 REDIP
                                        01/13/04   09:04   CC/CC                      GV
                                          CK1329 6617.79 NSF
                                        01/13/04   09:04   TA/D70                     SY
                                        01/13/04   09:04   CS/42                      GV
                                        01/13/04   13:46   GC/CO                      LF
                                          TEL BANK SPOKE TO LINDA FUNDS ARE
                                          AVAIL WAITING FOR CLEARANCE TEL POE
                                          LM MACH ML
                                        01/14/04   07:50   TA/D0                      KI
                                        01/14/04   10:54   GC/CO                      LF
                                          SHE CALLED DO BANK WIRE 30 MIN BANK
                                          VERIFIED FUNDS AV AND CALL BACK
                                          WITH VER NUM ML
                                        01/14/04   11:47   GC/CO                      LF
                                          SHE CALLED HAS TO DO FROM BANK WILL
                                          DO THIS AFTERNOON ML
```

001125

B-119

# FACT SHEET

CRS #:        S51701                              Client #:   D99JTW-N
Name:         TOP NOTCH AUTOMOTIVE       EQUISERV
Address:      PO BOX 1060                       Acct #:   CUS865933
              P.O. BOX 1060
City/State:   OVERGAARD, AZ 85933-1060    Regarding:
Phone #1:     (928) 535-3375                    Amt Refered:    2745.62
Phone #2:     (000) 000-0000                    Current Bal:    1745.62
Soc Sec No:   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                       Comm Rate:       20.000%
Contact:      RAY                               Costs:           0.00
                                                Ck Chg/Fee:      0.00
                                                Other    0.00
Status:       13   UNCOLLECTABLE          Interest Rate:      0.000%
Coll Unit:    E1   KEN SARGEANT           Interest Amt:       0.00
Date Last:    10/12/02                          Date Received:  09/25/03
Activity Code: NL NO LEGAL                    ****** RETURNED ******
E-Mail
WebSite
Old M&M #   Last:                          First:
KCourtCost                0.00ArbitrateDte  00/00/00
KSF OfferAmt              0.00SF OfferDate  00/00/00
KLgl Mgmt Fee            0.00Lgl ContRate
NCO Fax #     (000) 000-0000

====================================================================

    CHCK NUM 332 WS STP PMT FOR
    1745.62
    PLACED BY
    PAM BARNARD

====================================================================

----------PAYMENTS----------------     ------------TRANSACTIONS-------------
--Date--      Amount    Code   Rate   --DATE--     TIME   AC/RC   ----COMMENT---- ID
01/08/04      1745.62   87AA1  100.0% 09/25/03   18:12   MM/MT                    SLM
12/30/03      1745.62   88AA1  100.0%    FOR WORK ORDER S W49556 AND W49554
12/30/03 ASF  1745.62 EC 13D70  20.0% 09/26/03   14:51   MM/BI                    SUL
12/30/03      1745.62 EC 16D70  20.0%    NEW BATES 162512 RECIEVED 09 26 03
10/20/03      1000.00   89AA1  100.0%    GAVE COPY TO COLL
10/20/03      1000.00 DP 26D70  20.0% 09/26/03   14:52   SM/BI                    SLM
09/25/03         0.00   0            RECEIVED  STATEMENT ON 09 26 2003 BA
                                      TESNO  D0000162512
                                     09/26/03   16:11   GC/CO                     LFV
                                        TEL POE AWAITING INS CHK FOR 80K
                                        NOT SENT YET ADV MONDAY ML
                                     09/26/03   16:12   CS/10                     LFV
                                     09/29/03   09:17   CK/FD                     SYS
                                     09/29/03   09:17   FA/FD                     SYS

001126   B-120



EXHIBIT
Shcantiel 23
coa  3/28/06

51701   TOP NOTCH AUTOMOTIVE

```
----------TRANSACTIONS----------
-------PAYMENTS-----------           --DATE--    TIME  AC/AC  ----COMMENT----   ID
-Date--     Amount    Code  Rate
                                                                          SY
                                                                          SY
                                                                          SY
                                                                          LF
                                                                          LF
                                     10/03/03  14:01   GC/CO  TEL POE LM ML      LF
                                     10/07/03  15:53   GC/CO
                                        TEL POE CELL 921-5405 928 TEL CELL
                                        TEL CELL LM ML
                                     10/07/03  15:54   FN/3     10-07-03          LF
                                     10/08/03  00:33   SN/3                       LF
                                     10/13/03  15:14   GC/CO                      LF
                                        TEL POE LM TEL CELL NA ML
                                     10/17/03  11:13   FM/CC                      SLJ
                                        FRM SLS-CLT REC PTC FOR 1K I AM DPRG
                                        PTC-CLT TT RAY RE CLMD WOULD PAY
                                     10/17/03  11:13   RM/CC  BIF BY 11-25        SLJ
                                     10/17/03  12:36   BK/CO                      V2
                                        SUBMITTED PTC AT 1000
                                     10/20/03  15:41   GC/CO  TEL POE LM ML       LF
                                     10/27/03  16:30   GC/CO  TEL POE LM ML       LF
                                     11/05/03  16:19   GC/CO  TEL POE LM ML       LF
                                     11/14/03  16:17   GC/CO  TEL POE LM ML       LF
                                     12/05/03  11:05   CS/26                      LF
                                     12/08/03  16:39   GC/CO  TEL POE LM ML       LF
                                     12/18/03  16:43   GC/CO
                                        TEL POE LM MACH ML
                                     12/24/03  14:08   GC/CO  TEL POE LM ML       LF
                                     12/30/03  10:13   GC/CO
                                        TEL POE DO PH PAY 2 HRS ML
                                     12/30/03  13:03   GC/CO                      LF
                                        TEL POE ANS MACH ML
                                     12/30/03  13:15   BK/RP                      LF
                                        ON 12-30-03 FOR 1745.62 332
                                     12/30/03  13:15   CS/75                      LF
                                     12/30/03  13:15   CC/CC                      LF
                                        BANK NATL BK OF ARIZONA AT 928-333-4
                                        038 ACCT
                                     12/30/03  13:16   GC/CO                      LF
                                        TEL POE ROSALEE DID PH PAY ML
                                     12/30/03  14:18   CS/48                      SG
                                     01/05/04  08:56   PF/ET                      LA
                                     01/05/04  08:56   CC/CC                      SY
                                        ACTIVITY NU - CBR2742468
                                     01/05/04  08:56   CC/CC                      SY
                                        RETURN D99JVWN-CUS858933
                                     01/08/04  13:45   CC/CC                      GV
                                        CK332 1745.62 NSF PAYMENT STOPED
                                     01/08/04  13:45   TA/D70                     SY
                                     01/08/04  13:45   CS/41                      GV
                                     01/09/04  07:43   TA/D0                      KI
                                     01/12/04  15:05   GC/CO                      LF
                                        TEL POE RAY BE BACK 10 MIN ROSALEE
                                        NI ML
```

001127

B-12-1

# FACT SHEET

```
CR3 #:       S95735                    Client #:   K993M6-N
Name:        DX RADIO SYSTEMS          CAPITOL ELECTRONICS SALES
Address:     10941 PENDLETON ST        Acct #:
City/State:  SUN VALLEY, CA 91352      Regarding:
Phone #1:    (213) 585-6090            Amt Refered:    46285.94
Phone #2:    (818) 252-6700            Current Bal:    34285.94
Soc Sec No:  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               Comm Rate:      25.000%
Contact:     ATTY ERIC LINDQUIST       Costs:            0.00
                                       Ck Chg/Fee:       0.00
                                       Other     0.00
Status:      13  UNCOLLECTABLE         Interest Rate:   9.000%
Coll Unit:   F16  SCOT WEBER           Interest Amt:     0.00
Date Last:   01/15/03                  Date Received:  11/05/03
Activity Code: NL NO LEGAL             ****** RETURNED ******
E-Mail
WebSite
Old M&M #   Last:                      First:
KCourtCost           680.00ArbitrateDte  00/00/00
KSF OfferAmt           0.00SF OfferDate  00/00/00
KLgl Mgmt Fee        200.00Lgl ContRate  40
NCO Fax #    (000) 000-0000
```

=================================================================

```
    DON KLAEUNDE CONTROLLER            NSF 3000.00   CK 1231
    DAWN WALL AP                       ACCOUNT CLOSED
    MARIUS DE MOS  OWNER-WED-FRI        MISSION VALLEY BANK
    CLIENT DOES NOT WANT LEGAL....      SUN VALLEY, CA
    EXP MY DESK
    818-252-6711 FAX
```

=================================================================

```
----------PAYMENTS---------------    ------------TRANSACTIONS--------------
--Date--      Amount   Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT----  ID

05/13/04    -3000.00        89AA1 100.0% 11/05/03  17:51  MM/MT              SI
05/13/04    -3000.00 DP 26D26  25.0%   CLIENT IS A MANUFACTORS REP FOR THE
04/30/04     3000.00    89AA1 100.0%    DB.. PLEASE CALL SLS FOR MORE DETAIL
04/30/04     3000.00 DP 26D26  25.0%    .
04/14/04      185.00 AT 37D79 100.0% 11/06/03  08:11  FD/NL               DN
04/08/04     3000.00    89AA1 100.0% 11/06/03  08:12  RN/4    11-06-03     DN
04/08/04     3000.00 DP 26D26  25.0% 11/06/03  08:13  CC/CC   REQ EXP      DN
02/03/04     3000.00 CK 16D79  25.0% 11/06/03  09:18  CC/CC               DN
11/28/03     3000.00 CK 16D79 25.00%    SLS CI..SD RSP IS VP-PROM TO PAY
12/31/03     3000.00 DP 16D79 25.00% 11/06/03  10:53  RM/CC              SI
12/21/03     3000.00    13D79 25.00%    CLIENT WANTS FULL EFFORTS ...SLS
12/31/03     3000.00 AT 88AA1100.00% 11/06/03  11:56  PB/MM              DN
01/13/04     3000.00 DP 87AA1100.00%    POB LIVE VC ID BUSI NM LFT
01/14/04     3000.00    16D79 25.00% 11/06/03  11:56  CS/10              DN
11/05/03        0.00       0         11/06/03  11:56  TC/CC              DN
```



EXHIBIT

Shaantiel 2Y
coc 3/28/06

991147
B-122

S95738   DX RADIO SYSTEMS

```
--------PAYMENTS--------              --------TRANSACTIONS--------
--Date--    Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT----  II
                                    POB RSP SD COULD NOT GET OFF PH AP
                                    WILL CALL BACK 1 2 HR
                                    11/26/03  16:05  EK/RP                  DM
                                      ON 11-26-03 FOR 3000.00 22545
                                    11/26/03  16:05  CS/32                  DM
                                    11/26/03  16:05  EK/RP                  DM
                                      ON 12-30-03 FOR 3000.00 1230
                                    11/26/03  16:05  CC/CC                  DM
                                      BANK MISSION VALLEY BANK AT 818-394-
                                      2300 ACCT
                                    11/26/03  16:06  CC/CC                  DM
                                      B01-BI-ST-              01003690
                                    11/26/03  16:06  CC/CC                  DM
                                      DAWN SD CALL FOR CK NUMBER FOR EOM,
                                      THEN REVISIT WITH DON K IN JAN REF
                                      FUTURE TRMS
                                    12/04/03  11:28  CC/CC                  DM
                                      CALL BANK TOO EARLY
                                    12/04/03  13:45  CC/CC                  DM
                                      CALL BANK TT SANDY CK CLEARED ON 12-
                                      1
                                    12/09/03  14:29  CC/CC                  DN
                                      SLS CI RICH..KC NCO LMRVCML FOR RET
                                      CALL
                                    12/09/03  14:33  CC/CC                  DI
                                      CALL BANK TO VERI FUNDS FOR BIF..TT
                                      TYLER..SD WL CALL BACK..
                                    12/16/03  14:27  PB/LM                  D
                                      POB LM FOR FRANK FOWLER-HE CI LMVCML
                                    12/18/03  12:23  CC/CC                  D
                                      SLS CI EXT 103 RICH IN KC NCO, CLI
                                      CONCERNED ABOUT SMALL PPA
                                    12/18/03  14:51  PB/CC                  D
                                      POB FOR FRANK FOWLER-GONE FOR DAY-
                                      ASKED FOR RSP..PUT ON HOLD..LONG
                                      HOLD
                                    12/22/03  14:31  PB/LM                  I
                                      POB FRANK NI, DON LFT ON HOLD AGAIN
                                    12/22/03  14:31  CC/CC                  I
                                      SENT MSG TO SC 745 FOR 12-22-03
                                      CLI 99GM6, DEBTR S95738 I HAVE NOT F
                                      ORGOT YOU, TRYING TO
                                    12/22/03  14:31  CC/CC
                                      SENT MSG TO SC 745 FOR 12-22-03
                                      REACH DEBTR, DAVE
                                    12/23/03  12:58  PB/LM
                                      POB RSP ON OTHER LINE. ASKED TO
                                      HOLD, LONG HOLD RECEP CAME BACK
                                      TOOK MSSG
                                    12/24/03  13:12  PB/NM
                                      POB SD RSP NI TILL JAN 5TH, AP NI
                                      TD
                                    12/29/03  11:14  PM/CC
                                      HAVE WE SPOKED TO THE DB BANK FOR BT
```

B-123

SP5736   DX RADIO SYSTEMS                                          Page 5

```
----------PAYMENTS--------------      -----------TRANSACTIONS-------------
--Date--     Amount    Code   Rate    -DATE-    TIME  AC/RC   ----COMMENT----  L
```

                                       O...ELS
                                      12/19/03   11:33   BK/CP                  D
                                       ON 12-31-03 FOR 3000.00 1230
                                      12/29/03   11:35   PB/LM                  DM
                                       POB LM FOR RSP, WAS IN BUT GONE FOR
                                       DAY, AP OUT TILL NEXT WEEK
                                      12/30/03   12:36   PB/CC                  DM
                                       POB AGAIN LFT ON HOLD
                                      12/30/03   12:53   CC/CC                  DM
                                       CALL BANK TO VERI FUNDS TT SANDY-
                                       PUT ME ON HOLD, I BELEIVE CALLING
                                       DEBTR CO..CAME BACK..SD NEED TO
                                       CALL DEBTR TO VERI FUNDS
                                      12/30/03   12:58   PB/TD                  DM
                                       POB TT RSP, WL CL RIGHT BACK
                                      12/30/03   13:59   DC/TD                  DM
                                       DON CI-SD HAS TO CI IN AM, CAN NOT
                                       GIVE INFO ATT
                                      12/30/03   13:59   BK/CP                  DM
                                       ON 01-02-04 FOR 3000.00 1230
                                      12/31/03   13:00   PB/TD                  DM
                                       POB TT RPS SD NO MONEY TILL NEXT
                                       WEEK DID AGREE TO CK DATED 12-31
                                       BUT NO AP PEOPLE, WL USE CK NUMBER
                                       1231 FOR DATE ADV AP MONDAY
                                      12/31/03   13:01   BK/CP                  DM
                                       ON 01-02-04 FOR 3000.00 1231
                                      01/05/04   16:28   CC/CC                  DM
                                       RESET GAME PLANB W VAL
                                      01/08/04   14:47   PB/NM                  DM
                                       POB RSP AT LUNCH, FRANK IN MONDAY
                                       WED AND FRI-POSITION UNK
                                      01/09/04   12:50   RM/CC                  SL
                                       I SEE WE GOT ANOTHER PAYMENT HERE WH
                                       AT IS THE DB PLAN FOR REPAYMENT
                                      01/09/04   12:50   RM/CC                  SL
                                       OF BALANCE..THANKS
                                      01/09/04   13:32   PB/NM                  DM
                                       POB RSP WENT INTO FIN MEETING,
                                       RECEP SD ALL THREE OF THEM
                                       TRY 1 HR
                                      01/09/04   14:25   PB/LM                  DM
                                       POB LM IN MEETING
                                      01/12/04   13:08   PB/NM                  DM
                                       POB NM , RSP IN MEETING TRY 1 HR
                                      01/12/04   14:17   PB/TD                  DM
                                       POB TT RSP, WILL OVER NIGHT 3K
                                       TODAY, SD WILL OVERNIGHT 3K TODAY,,
                                       LONG CONVERSATION, WILL NOT DO ANY
                                       PBP, SAID SOMEONE TOOK UNFAVORABLE
                                       ADVANTAGE OF IT, HE WILL NOT COMMIT
                                       TO PAYMNTS, DID SAY GOAL IS TO PIF
                                       IN 90 DAYS, HIS BANK WILL NO LONGER
                                       VERI FUNDS, HE CLAIMS HIS AR IS NOT

001143

B-124



# SESSIONS
# FISHMAN
# & NATHAN LLP

ATTORNEYS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
www.sessions-law.com

MAYAS S. DABIT
mdabit@sessions-law.com
Respond to Metairie Office

June 28, 2004

PERSONAL & CONFIDENTIAL
Via Fax: (302) 422-1137 (w/out encls.) & U.S. Mail

Trina R. D. Wheedleton
Labor Law Enforcement Officer II
DDOL, Division of Industrial Affairs
24 N.W. Front Street, Suite 100
Milford, DE 19963

      Re:    Charging Party:      Valerie Hue
             Respondent:          NCO Financial Commercial Services
             EEOC Charge No.:     17CA400265
             FEPA No.:            0402270

Dear Ms. Wheedleton:

    Sessions, Fishman & Nathan, L.L.P., represents the respondent, NCO Financial
Systems, Inc., regarding the referenced Charge of race, sex and retaliation discrimination.

    As will be proven below, Ms. Hue's allegations are false. Ms. Hue was discharged
for violating NCO's check handling procedures. As a general collections manager, Ms.
Hue was responsible for insuring proper implementation of NCO's policies and
procedures. Instead, Ms. Hue intentionally violated these policies by improperly
depositing checks and instructing her subordinates to do the same. NCO requests a No-
Cause Determination.

## BACKGROUND

    NCO provides collections services to financial institutions, healthcare providers,
retail and commercial clients, educational organizations, telecommunications companies,
utility companies and government entities. Because of the regulated nature of NCO's work,
it is important that there be qualified and trained collectors and managers. The charging
party worked in NCO's Commercial Division office in Dover, Delaware.

    NCO commercial collectors, as well as managers, must comply with NCO's
Policies, including NCO's direct check input (DCI) policy. See Exhibit 1A – 1B, 1/21/04

PLAINTIFF'S
EXHIBIT
Il Obenshain

SESSIONS FISHMAN & NATHAN LLP

Ms. Trina R. D. Wheedleton
June 28, 2004 – Page 2

memorandum and 8/2/02 memorandum. The DCI policy allows use of a direct check form for payments over the telephone. Managers are responsible to review all DCIs received, to ensure that proper authorization has been given to post checks to the appropriate bank. Posting, or re-posting a "bounced" check, without proper authorization that funds are available constitutes fraud and is a ground for immediate termination.

NCO maintains a complaint procedure detailed in the Employee Handbook that states in pertinent part: "If an employee experiences any job-related harassment based on sex, race, national origin, disability, or another factor, or if an employee believes he or she has been treated in an unlawful, discriminatory manner, the incident should be promptly reported to the department manager." The complaint procedure further states: "In the alternative, the employee can contact Corporate Employee Relations directly." *See* Exhibit 2, NCO's Complaint Procedure.

<u>FACTS</u>

On April 19, 1999, the charging party was hired as a collector with Milliken & Michaels, NCO's predecessor. As a collector, the charging party was assigned to work many accounts and was responsible to contact debtors to collect on the past due debts. The charging party was later promoted to a large balance collector, then a small/mid-balance manager and finally to the general collections manager (GCM) of the Dover Commercial Division. To be promoted, the charging party was obligated to learn NCO's policies. The GCM is the highest manager position over the collections function in the Dover office.

Managers throughout NCO's Commercial Division offices are divided into different levels, including GCMs; large balance (LB) managers (also known as level 3 managers), mid-balance (MB) managers (also known as level 2 managers), and small balance (SB) managers (also known as level 1 managers).

As the GCM of the Dover office, the charging party was responsible for implementing NCO's policies and procedures and ensuring that her staff properly followed NCO's rules. Not only did the charging party <u>fraudulently</u> violate NCO's check handling procedures, she also instructed her staff to do so.

During a <u>routine monthly audit</u>, a large number of non-sufficient funds (NSF) checks were found in the charging party's office. A fact-finding investigation by Kathy Obenshain was completed. The investigation revealed the charging party was violating NCO's check handling policies by improperly re-depositing NSF checks. This improper

B-126

000081

SESSIONS FISHMAN & NATHAN

Ms. Trina R. D. Wheedleton
June 28, 2004 – Page 3

re-depositing was to create additional fees to add to the charging party's end of the month (EOM) figures. From this number, the charging party earned part of her bonus. Although the charging party was aware that these checks would not clear the respective bank accounts, she violated NCO's check handling policies in order to benefit herself. By increasing her EOM end figures, the charging party could earn more bonus money. *See* Exhibits 3A – 3E, Employee Statements.

The charging party was suspended, with pay, from January 21, 2004 – January 28, 2004, pending the outcome of the fact-finding investigation. Corporate Employee Relations was consulted, prepared the charging party's termination paperwork and assisted with the termination interview. *See* Exhibit 4, 1/28/04 Termination Job Discussion Summary.

The charging party had other problems by not following NCO's policies. In addition to her fraudulent check handling violations, the charging party was verbally admonished for the improper issuance of disciplinary forms. On June 11, 2002, the charging party attended training. Managers were trained that all progressive discipline and performance reviews were to be prepared by the Dover human relations representative and reviewed by Corporate Employee Relations before issuance.

On September 17, 2002, the charging party had an administrative assistant log on to the human relations representative's computer while the representative was out for the day and prepare several disciplinary reports. Not only did the charging party fail to follow the proper procedure for issuing these disciplinary reports, she also failed to review these reports, resulting in her rescinding the discipline. *See* Exhibit 5, 9/23/02 Verbal Job Discussion Summary.

The charging party alleges that she was terminated for re-depositing checks while "none of [her] similarly situated co-workers were disciplined for following the same process [she] followed" and that she was only following the instructions given to her by Kathy Obenshain, Vice President of Operations for the Commercial Division. This is untrue. No other manager in NCO's Commercial Division re-deposited NSF checks. *See* Exhibits 6A – 6I, Sworn Statements of B. Laiche, D. DeEsch, S. Ross, C. Santasiero, L. Ciccarone, M. Cardoza, J. Batie, M. Scher and J. Thomas. As confirmed by Ms. Obenshain, at no time did Ms. Obenshain instruct the charging party to deposit NSF checks unless the consumer had confirmed that funds were available. *See* Exhibit 7, Sworn Statement of K. Obenshain. (Ms. Obenshain is no longer employed by NCO, but was so offended by the charging party's allegations that she executed the enclosed sworn

000032

SESSIONS FISHMAN & NATHAN ᴸᴸᴾ

Ms. Trina R. D. Wheedleton
June 28, 2004 – Page 4

statement.)    See also Exhibit 1A – 1B, written DCI Process used throughout all Commercial Division.

Other employees who violated this policy have been discharged, including: Matthew Lane (wh/m), Michael Deppe (wh/m), Brian Dooley (wh/m), Patrick Baker (wh/m), Hugo Guerra (hisp/m), Deidre Nichols (bl/f), Michael Frank (wh/m), Gabriel Betancourt (hisp/m), Douglas Smith (wh/m), Shazad Kobir, Samone Thomas (bl/f) and Michael Wilson, (wh/m). See Exhibits 8A – 8J, Termination Job Discussion Summaries. NCO could not locate Job Discussion Summaries for Brian Dooley and Patrick Baker. Ironically, the charging party issued Mr. Lane's and Mr. Deppe's termination paperwork, further evidencing her knowledge that such conduct violated NCO's check handling policies.

The charging party also complains that Ted Fox terminated her in retaliation for a previous claim of sexual harassment she filed against Bill Savage, one of Mr. Fox's former subordinates. Assumedly this complaint was made during October 2001. This claim is confusing. The charging party never reported that Mr. Savage sexually harassed her. She, and others, complained regarding racial comments made by Mr. Savage.

Bill Savage was not discharged from NCO for sexual harassment. Mr. Savage was separated as a result of inappropriate racial slurs he made at the office. Corporate Employee Relations conducted a fact-finding investigation and determined that Mr. Savage had made racial remarks and offensive comments to employees. As a member of management, such conduct could not be tolerated. See Exhibit 9, 10/11/01 Savage Termination Job Discussion Summary. It is illogical for the charging party to complain that she was discharged in retaliation for her claims against Mr. Savage. The complaints raised against Mr. Savage were made in October 2001. The charging party was not discharged from NCO until January 2004, 2½ years later.

The charging party's claim that Mr. Fox retaliated against her by terminating her ignores the fact that Mr. Fox did not independently make the decision to terminate the charging party. Kathy Obenshain conducted a fact-finding investigation and recommended Corporate Employee Relations to review and prepare the charging party's termination paperwork. Mr. Fox was not involved in this investigation or decision.

The charging party's allegations are illogical and unfounded. No other general collections manager substantiates the charging party's claims. Ms. Obenshain provided a sworn statement that at no time did she instruct the charging party to re-deposit checks without verification of funds. The charging party signed the termination paperwork for 2

B-128

000083

SESSIONS FISHMAN & NATHAN ⸗

Ms. Trina R. D. Wheedleton
June 28, 2004 – Page 5

of her own employees who were separated for violating NCO's check bundling procedures. There has been no wrongdoing by NCO regarding the charging party's separation. The charging party fraudulently violated policy and, like others, was terminated for her intentional acts of wrongdoing.

CONCLUSION

Based on the foregoing, the respondent, NCO Financial Systems, Inc., respectfully requests that the DDOL issue a No-Cause Determination. Should I not hear from you, I will assume that you have all the necessary documents and materials that answer the Charge, so that this matter may be dismissed.

Very truly yours,

Mayas S. Dabit
SESSIONS, FISHMAN & NATHAN, L.L.P.
Attorneys for Respondent,
NCO Financial Systems, Inc.

MSD:pdp
Enclosures
cc:    David Israel, Esq.    (via e-mail)
H:\NN\CO HR FILES\Hot, Valeris\Correspondence\Position Statement.doc

13-129

000084

# SESSIONS FISHMAN & NATHAN LLP

Ms. Trina R. D. Wheedleton
June 28, 2004 – Page 6

bcc:   Josh Gindin       (via e-mail: josh.gindin@ncogroup.com)
       Cherie Sugg       (via e-mail: cherie.sugg@ncogroup.com)
       Carol Murray      (via e-mail: carol.murray@ncogroup.com)
       Ted Fox           (via e-mail: ted.fox@ncogroup.com)

H:\ONNCO HR FILES\Gius, Valerie\Correspondence\Position Statement.doc

B-130

000035