## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | ) |
|        Plaintiff, | ) Civil Action No. 05-225-KAJ |
| v. | ) |
| NCO FINANCIAL SYSTEMS, INC., a Delaware corporation, trading as NCO FINANCIAL COMMERCIAL SERVICES, | ) |
|        Defendant. | ) |

### ATTORNEY DECLARATION
### IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF
### IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Jeremy W. Homer, hereby declare:

1. I represent the plaintiff in the above captioned action. I hereby declare that the foregoing documents contained in Volume I, Appendix to Answering Brief of Plaintiff Valerie Hue in Opposition to Motion for Summary Judgment are true and accurate copies of the documents.

2. The documents contain hand-written underlining or notations in the margin which were added by or at the direction of counsel for plaintiff to the copies in order to facilitate the court's location of the relevant passages.

3.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

        PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
(Delaware Bar ID#0413)
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

DATED:  May 15, 2006