IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-225-KAJ |
| | ) |
| v. | ) |
| NCO FINANCIAL SYSTEMS, INC., a | ) |
| Delaware corporation, trading as NCO | ) |
| FINANCIAL COMMERCIAL SERVICES, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| Defendant. | ) |

    I hereby certify that on May __15__, 2006, I electronically filed the foregoing Appendix Volume I and II to Answering Brief of Plaintiff Valerie Hue in Opposition to Motion for Summary Judgment with the Clerk of Court, which will send notification of such filing to the following and which has also been served via first class mail:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

    I hereby certify that on the __15th__ day of May, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

| | |
|---|---|
| Elizabeth K. Fite, Esq. | David Israel, Esquire |
| Sessions, Fishman & Nathan, L.L.P. | Sessions, Fishman & Nathan L.L.P. |
| 15316 North Florida Avenue, Suite 100 | 3850 North Causeway Boulevard |
| Tampa, Florida 33613 | Lakeway Two, Suite 1240 |
| | Metairie, LA 70002-1752 |

                               PARKOWSKI, GUERKE & SWAYZE, P.A.

                By: _/s/ Jeremy W. Homer_
                               JEREMY W. HOMER, ESQUIRE
                               Delaware State Bar I.D. No.: 413
                               116 W. Water Street, P.O. Box 598
                               Dover, DE 19903
                               (302) 678-3262
                               Attorneys for Plaintiff

H\Hue\Answering Brief-Appendix2