IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |

**ATTORNEY DECLARATION
IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Jeremy W. Homer, hereby declare:

1. I represent the plaintiff in the above captioned action. I hereby declare that the foregoing documents contained in Volume II, Appendix to Answering Brief of Plaintiff Valerie Hue in Opposition to Motion for Summary Judgment are true and accurate copies of excerpts from the depositions of witnesses which have been taken in this case.

2. The documents contain hand-written underlining or notations in the margin which were added by or at the direction of counsel for plaintiff to the copies in order to facilitate the court's location of the relevant passages.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
(Delaware Bar ID#0413)
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262

DATED:  May 15, 2006            Attorneys for Plaintiff