LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE

PROFESSIONAL ASSOCIATION

116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

May 23, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

RE:    **Valerie Hue v. NCO Financial Systems, Inc.**
       **Case No.: 05-225 KAJ**

Dear Judge Jordan:

Our firm represents the plaintiff, Valerie Hue. Yesterday, defendant filed its reply brief in support of its motion for summary judgment. The scheduling order provides oral argument on the motion "if any" shall take place May 30, 2006. Although the reply brief makes some rather strong (and unsupportable) statements about the answering brief (e.g., "Plaintiff's Answer Brief Misrepresents Record Evidence In A Dishonest Attempt To Create Issues of Fact"), we are satisfied plaintiff's brief and appendix adequately address all of defendant's contentions. Therefore, we don't believe oral argument is necessary. Nonetheless, I'll leave the date open on my calendar in the event argument is scheduled.

Thank you for your attention.

Respectfully submitted,

JEREMY W. HOMER
Bar ID #413
Attorney for Plaintiff

JWHsar
e:mail: JHomer@pgslegal.com
cc:    Dr. Peter T. Delleo, Clerk      (Via Electronic Filing)
       David Israel, Esquire          (Via First Class Mail and E-Mail)
       Elizabeth K. Blanco, Esquire   (Via First Class Mail and E-Mail)
       Alyssa M. Schwartz, Esquire    (Via Electronic Filing and E-Mail)
       Jennifer C. Jauffret, Esquire  (Via Electronic Filing and E-Mail)
       Valerie Hue                    (Via First Class Mail)