# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

May 23, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: **Hue v. NCO Financial Systems, Inc.**
   **C.A. No. 05-225-KAJ**

Dear Judge Jordan:

This letter serves to inform the Court that briefing is now completed on defendant NCO Financial Systems, Inc.'s ("NCO") motion for summary judgment in the above-captioned matter. Although the Court has reserved May 30, 2006 for oral argument on the motion, NCO does not believe oral argument will be necessary. Therefore, NCO respectfully requests that the Court cancel the tentatively scheduled oral argument unless Your Honor feels that such argument is necessary.

Respectfully,

Alyssa M. Schwartz (#4351)

KEF:kef
cc: Clerk of the Court (by electronic filing)
    Jeremy Homer, Esquire (by electronic filing and facsimile)

RLF1-3016985-1