IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-225-KAJ |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC., a | : | |
| Delaware corporation, trading as | : | |
| NCO FINANCIAL COMMERCIAL SERVICES | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF CHANGE OF NAME, ADDRESS AND CONTACT INFORMATION**

PLEASE TAKE NOTICE THAT Elizabeth K. Fite, counsel for defendant NCO Financial Systems, Inc. ("NCO"), is now known as Elizabeth Fite Blanco. Also, effective May 8, 2006, the law firm of Sessions, Fishman & Nathan, L.L.P.'s Tampa office has changed its address and contact information as follows:

Elizabeth Fite Blanco, Esq.
Sessions, Fishman & Nathan, L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, FL 33634
Telephone No.: (813) 890-2461
Facsimile No.: (813) 889-9757

Sessions, Fishman & Nathan, L.L.P. remains counsel to NCO.

OF COUNSEL:
David Israel
Sessions, Fishman & Nathan, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, LA 70002
Telephone No.: (504) 828-3700

Elizabeth Fite Blanco
Sessions, Fishman & Nathan, L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, FL 33634
Telephone No.: (813) 890-2461

Dated: May 24, 2006

/s/ Jennifer C. Jauffret
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Telephone No.: (302) 651-7700

*Attorneys for NCO Financial Systems, Inc.*

RLF1-3017826-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

### BY U.S. MAIL

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2873343-1