# **EXHIBIT B**

## **NCO'S LIST OF POTENTIAL EXHIBITS**

| **NO.** | **NAME OF DOCUMENT** | **DATE** | **F.R.E.** |
|---|---|---|---|
| Plaintiff bate no's 000001-000002 | Memo from V. Hue to T. Fox RE Comments made by Bill Savage | 02/02/04 | 401 |
| | | | |
| 000004 | Check Verification Chart | No Date | 401 / 803(6) |
| | | | |
| 000009-000010 | Email from Belly dance to S. Leckerman, and T. Fox RE Valerie Hue | 01/22/04 | 401 / 801(d) |
| | | | |
| 000013 | Check Fax Authorization Form | No Date | 401 / 803(6) |
| | | | |
| 000014 | Check Verification Chart | No Date | 401 / 803(b) |
| | | | |
| 000015-000016 | Memo from V. Hue to S. Leckerman, T. Fox, HR and V. Hue RE Suspension | 01/27/04 | 401 / 801(d) |
| | | | |
| 000017-000019 | List of checks that V. Hue was told to investigate after audit. | 1/04 | 401 / 801(d) |
| | | | |
| 000020 | Form RE 59 Checks/Redips | 8/26/04 | 401 |
| | | | |
| 000022 | Memo from P. Buggelin to all Collection Personnel RE Statement of Policy | 12/26/01 | 401 |
| | | | |
| 000023 | January Dover Office Line-Up from V. Hue to K. Obenshain | No Date | 401 to issue of NCO's damages |
| | | | |
| 000025-000026 | Email from S. McHugh to J. Birdsong RE NSFs | 01/21/04 (e-mail chain beginning in 2003) | 401 |
| | | | |
| 000069 | Memo from P. Buggelin to All Sales and Collection Managers RE Accounting Compliance | 01/16/02 | 401 |

1

| | | | |
|---|---|---|---|
| 000084 | Email from K. Obenshain to V. Hue RE verbal discussion | 09/24/02 | 401 / impeachment |
| 000085, 89 - 99 | JDS of V. Hue / V. Hue's Diary | No Date | 801(d) |
| 000124-000180 | Conversation Transcribed from Tape-Recording between Rick Boudreau, Phil Weaver, and Ted Fox | No Date | 401 |
| 000183 | New Found Fees/Breakout Sheet for Matt Lane | 01/04 | 401 to issue of NCO's damages |
| 000255 | Handwritten EOM Worksheet | No Date | 401 to EOM process |
| 000262 | EOM Projection Worksheet | 01/16 | same |
| 000264 | EOM Worksheet | 01/16/04-01/23/04 | same |
| 000271 | EOM Worksheet | No Date | same |
| 000272 | EOM Projection Worksheet | 01/19-01/21 | same |
| 000280 | Recruiting Pipeline | No Date | 401 to issue of NCO's damages |
| 000407-000408 | Collector Commissionable Business Report for LB Department | 01/21/04 | 401 to issue of NCO's damages |
| 000420 | Compliance Procedure Memorandum | No Date | 401 |
| 000616-… | Pages 1 and 7 and 19 from NCO Employee Handbook | No Date | 401 |

| 000631-000717 | NCO Management Employment Practices Training Manual | 12/01 | 401 |

| NO. | NAME OF DOCUMENT | DATE | F.R.E. |
|---|---|---|---|
| NCO's bate nos: 000002-000003 | E-mail From P. Weaver to Commercial Ops. Mgrs. regarding NSF's | 03/05/03 | 401 |
| 000004 | Memorandum from B. Laiche to K. Obenshain regarding EOM Check Verification Process | 07/15/03 | 401 |
| 000006 | E-mail from K. Obenshain to B. Laiche regarding EOM Check Verification Process | 08/20/03 | 401 |
| 000016-000017 | E-mail from S. McHugh to J. Birdsong regarding NSF's | 01/21/04 (e-mail chain beginning 2003) | 401 |
| 000023-000024 | E-mail from Belly Dance/Valerie Hue to S. Leckerman regarding Valerie Hue | 01/22/04 | 401 / 801(d) |
| 000034-000037 | Settlement Agreement and Release of Reliability between NCO and Mathew Lane | 09/22/04 | 401 to NCO's damages |
| 000054-000057 | Termination of Employment documents for Mathew Lane | No Date | 401 to NCO's damages |
| 000177 | Promotion/raise signed by K. Obenshain. | 2003 | 401 |
| 000189-000192 | Term Documents RE Bill Savage & statements re comments of B. Savage. | Oct 2001 | 401 |
| 000195 | Charge of Discrimination | 02/3/04 | 401 / 801(d) |
| 000219-000221 | 2003 Collector Ranking | No Date | 401 to |

3

|  |  |  | NCO's damages |
|---|---|---|---|
| 000278 | Valerie Hue's promotion to GCM signed by K. Obenshain | 4/23/02 | 401 |
| 000321 | Valerie Hue's Disciplinary Write-up as gcm | 2002 | 401 |
| 000463-466 | DOL Unemployment Compensation Benefits Hearing Findings re Mathew Lane | 3/2004 | 401 to NCO's damages |
| 000467 - 468 | Hue's memo to Leckerman in Jan 04 re suspension and termination | 1/2004 | 401 / 801(d) |
| 000469 | Memo for Record by K. Obenshain re Dover Investigation | 1/22/04 | 401 |
| 000470 - 71 | Hue's e-mail in Jan 04 re suspension and termination | 1/04 | 401 / 801(d) |
| 000472 | Statement of B. Laiche |  | 401 / 613(a) |
| 000473 – 74 | Statement of D. McQuisten re wrongful instructions by Hue | 1/21/04 | 401 / 613(a) |
| 000475-76 | Statement of M. Lefevre re wrongful instructions by Hue | 1/21/04 | 401 / 613(a) |
| 000477 – 78 | Statement of B. Reavis re wrongful instructions by Hue | 1/21/04 | 401 / 613(a) |
| 000479 | Term doc of M. Lane signed 1/21/04 by V. Hue | 1/21/04 | 401 to NCO's damages |

4

| 000483 | Signed acknowledgement of M. Lane that he read Direct Check/Phone Pay Procedure | 6/2003 | 401 |
|---|---|---|---|
| 000495 | Statement of Jim Sprader | 06/24/04 | 401 / 613(a) |
| 000497 | Statement of Kimberly Marlow | 01/22/04 | 401 / 613(a) |
| 000499 | Statement of Eric Shaw | 01/22/04 | 401 / 613(a) |
| 000506 | Statement of Brian Laiche | 06/28/04, 01/22/04, 07/15/03 | 401 / 613(a) |
| 000510 | Statement of Darrin Deesch | 06/22/04 | 401 / 613(a) |
| 000512 | Statement of Lenny Ciccarone | 06/22/04 | 401 / 613(a) |
| 000514 | Statement of Manny Cardozo | 06/24/04 | 401 / 613(a) |
| 000516 | Statement of Joe Batie | 06/22/04 | 401 / 613(a) |
| 000518 | Statement of Mike Scher | 06/24/04 | 401 / 613(a) |
| 000520 | Statement of Joe Thomas | 06/24/04 | 401 / 613(a) |
| 000522 | Statement of Kathy Obenshain | 06/24/04 | 401 / 613(a) |
| 000551 | K. Obenshain's 2002 memorandum re direct check process | 8/2002 | 401 |
| 000609 | E-mail from Chris Santasiero to Vera Migliarese regarding the redeposit of NSF check | 11/21/2003 | 401 |
| 000611 | E-mail from Mike Regenold to Vera Migliarese regarding check redeposit | 11/21/2003 | 401 |

5

| | | | |
|---|---|---|---|
| 000612 | E-mail from Steve Hallam to Vera Migliarese regarding redeposit of check | 11/22/2003 | 401 |
| 000615 | E-mail from Leigh Nickerson to Vera Migliarese | 11/24/2003 | 401 |
| 000629 | E-mail from Bruce Richardson to Vera Migliarese regarding check redeposit | 11/25/2003 | 401 |
| 000667 | E-mail form Jessie Montoro to Vera Migliarese regarding redeposit of check | 12/10/2003 | 401 |
| 000676 | E-mail from Leigh Nickerson to Vera Migliarese regarding redeposit of check | 12/11/2003 | 401 |
| 000803 | E-mail from Leigh Nickerson to Vera Migliarese regarding redeposit of check | 12/31/2003 | 401 |
| 000804 | E-mail from Leigh Nickerson to Vera Migliarese regarding redeposit of check (Dover Redips) | 12/31/2003 | 401 |
| 000852 | E-mail from Leigh Nickerson to Vera Migliarese regarding redeposit of check | 01/09/2004 | 401 |
| 001336 | Memo to Collectors from Phil Weaver | 06/05/2001 | 401 |
| 001338-001339 | M&M policy memorandum requiring verification for all post-date checks | 8/22/94 | 401 |
| 1353 | V. Hue's resignation letter to B. Savage | 1998 | 401 |
| 1463 | 1/26/95 memo from B. Savage to V. Hue re complaint re B. Cox | 1/26/95 | 401 |
| 1537 | 1994 Memo from B. Savage to V. Hue | 1994 | 401 |

| | | | |
|---|---|---|---|
| 1583 – 84 | V. Hue's resume | | 401 |
| 001618-001619 | Term docs signed by K. Obenshain (1/04) | 1/29/04 | 401 |
| 001637 | 2003 signed acknowledgement by V. Hue that she read and would comply with the Direct Check/Phone Pay Procedure | 2003 | 401 / 801(d) |
| 001652 | Signed "Accounting Compliance" by V. Hue stating that she understands the "zero tolerance" policy on realization of revenue before recovery is completed and verified. | 1/2002 | 401 / 801(d) |
| 001671 – 1672, 1684 | V. Hue signed Employee Handbook Acknowledgement (NCO) | 12/99 & 4/01 | 401 / 801(d) |
| 001738 | E-mail from Valerie Hue to Johnny Cortez RE: Blind Fee Contest | 01/06/2004 | 401 |
| 001739 | Chart: Blind Fee Postdate Contest | 12/31/2003 | 401 |
| | Complete Copy of 1/04 NSF Report | | 401 |
| | All Exhibits Identified and/or Introduced by Plaintiff at Trial | | |
| | Deposition transcripts of D. McQuisten, K. Obenshain, P. Weaver, R. Boudreau | | |
| | Demonstrative exhibit regarding damages caused by loss of employee, Matthew Lane | | |
| | Demonstrative exhibit regarding re-dip of NSF check(s) | | |

7

| 8 |
|---|

H:\DI\NCO HR FILES\Hue, Valerie (7007-18693)\Pleadings\NCO's Potential Exhibit List.doc