IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a<br>Delaware corporation, trading as NCO<br>FINANCIAL COMMERCIAL SERVICES,<br><br>    Defendant. | )<br>)<br>)  Civil Action No. 05-225-KAJ<br>)<br>)<br>)<br>)<br>)  **NOTICE OF DEPOSITION**<br>)<br>) |

TO:   Mark Lefevre                             Elizabeth Fite Blanco, Esquire
        278 Great Geneva Drive             Sessions, Fishman & Nathan L.L.P.
        Dover, DE 19901                      9009 Corporate Lake Drive, Suite 300-S
        302-698-0525                            Tampa, Florida 33634

        Jennifer C. Jauffret, Esquire           David Israel, Esquire
        Alyssa M. Schwartz, Esquire           Sessions, Fishman & Nathan L.L.P.
        Richard, Layton & Finger, P.A.         3850 North Causeway Boulevard
        One Rodney Square                      Lakeway Two, Suite 1240
        P.O. Box 551                              Metairie, LA 70002-1752
        Wilmington, DE 19899

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Mark Lefevre on August 15, 2006 at 10:30 A.M. at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904. The deposition will be recorded by sound and stenographic means.

                                        PARKOWSKI, GUERKE & SWAYZE, P.A.

                      By:   /s/ Jeremy W. Homer
                                   JEREMY W. HOMER, ESQUIRE
                                   Delaware State Bar I.D. No.: 413
                                   116 W. Water Street, P.O. Box 598
                                   Dover, DE 19903
                                   (302) 678-3262
DATED: July 18, 2006             Attorneys for Plaintiff