IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE HUE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-225-KAJ |
| ) | |
| v. ) | |
| NCO FINANCIAL SYSTEMS, INC., a ) | |
| Delaware corporation, trading as NCO ) | |
| FINANCIAL COMMERCIAL SERVICES, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant. ) | |

I, hereby certify that on the __18th__ day of July, A.D. 2006, I electronically filed Plaintiff's Notice of Deposition of Mark Lefevre with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

I hereby certify that on the __18th__ day of July, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Elizabeth Fite Blanco, Esquire         Mark Lefevre
Sessions, Fishman & Nathan L.L.P.      278 Great Geneva Drive
9009 Corporate Lake Drive, Suite 300-S Dover, DE 19901
Tampa, Florida 33634

David Israel, Esquire
Sessions, Fishman & Nathan L.L.P.
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752

                    PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
    JEREMY W. HOMER, ESQUIRE
    Delaware State Bar I.D. No.: 413
    116 W. Water Street, P.O. Box 598
    Dover, DE  19903
    (302) 678-3262
    Attorneys for Plaintiff

h\hue\Notice of Depositions15