**REVISED EXHIBIT B
TO PROPOSED PRETRIAL ORDER**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | |
| FINANCIAL COMMERCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**NCO'S LIST OF POTENTIAL EXHIBITS AND
PLAINTIFF'S OBJECTIONS THERETO**

| NO. | NAME OF DOCUMENT | DATE | F.R.E. |
|---|---|---|---|
| Plaintiff bate no's 000001-000002 | Memo from V. Hue to T. Fox RE Comments made by Bill Savage | 02/02/04 | 401 |
| **Plaintiff: No objection.** | | | |
| 000004 | Check Verification Chart | No Date | 401 / 803(6) |
| **Plaintiff: Objection – relevance; lack of foundation.** | | | |
| 000009-000010 | Email from Belly dance to S. Leckerman, and T. Fox RE Valerie Hue | 01/22/04 | 401 / 801(d) |
| **Plaintiff: No objection except "Belly Dance" shall be redacted pursuant to motion in limine.** | | | |
| 000013 | Check Fax Authorization Form | No Date | 401 / 803(6) |
| **Plaintiff: Objection – relevancy; lack of foundation.** | | | |
| 000014 | Check Verification Chart | No Date | 401 / 803(b) |
| **Plaintiff: Objection – relevancy; lack of foundation.** | | | |
| 000015-000016 | Memo from V. Hue to S. Leckerman, T. Fox, HR and V. Hue RE Suspension | 01/27/04 | 401 / 801(d) |
| **Plaintiff: No objection.** | | | |
| 000017-000019 | List of checks that V. Hue was told to investigate after audit. | 1/04 | 401 / 801(d) |
| **Plaintiff: No objection.** | | | |

| | | | |
|---|---|---|---|
| 000020 | Form RE 59 Checks/Redips | 8/26/04 | 401 |
| **Plaintiff: No objection.** | | | |
| 000022 | Memo from P. Buggelin to all Collection Personnel RE Statement of Policy | 12/26/01 | 401 |
| **Plaintiff: No objection.** | | | |
| 000023 | January Dover Office Line-Up from V. Hue to K. Obenshain | No Date | 401 to issue of NCO's damages |
| **Plaintiff: No objection.** | | | |
| 000025-000026 | Email from S. McHugh to J. Birdsong RE NSFs | 01/21/04 (e-mail chain beginning in 2003) | 401 |
| **Plaintiff: No objection.** | | | |
| 000069 | Memo from P. Buggelin to All Sales and Collection Managers RE Accounting Compliance | 01/16/02 | 401 |
| **Plaintiff: No objection.** | | | |
| 000084 | Email from K. Obenshain to V. Hue RE verbal discussion | 09/24/02 | 401 / impeachment |
| **Plaintiff: Objection – relevancy; unduly prejudicial (Rule 403). See motion in limine.** | | | |
| 000085, 89 - 99 | JDS of V. Hue / V. Hue's Diary | No Date | 801(d) |
| **Plaintiff: Objection to JDS; relevancy; unduly prejudicial. See motion in limine. No objection to diary pages except all of 000099 and in 000097 the reference to sexual relations between Dan and Kim which is irrelevant and prejudicial.** | | | |
| 000124-000180 | Conversation Transcribed from Tape-Recording between Rick Boudreau, Phil Weaver, and Ted Fox | No Date | 401 |
| **Plaintiff: No objection.** | | | |
| 000183 | New Found Fees/Breakout Sheet for Matt Lane | 01/04 | 401 to issue of NCO's damages |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000255 | Handwritten EOM Worksheet | No Date | 401 to EOM process |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000262 | EOM Projection Worksheet | 01/16 | same |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000264 | EOM Worksheet | 01/16/04-01/23/04 | same |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |

| 000271 | EOM Worksheet | No Date | same |
|---|---|---|---|
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000272 | EOM Projection Worksheet | 01/19-01/21 | same |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000280 | Recruiting Pipeline | No Date | 401 to issue of NCO's damages |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000407-000408 | Collector Commissionable Business Report for LB Department | 01/21/04 | 401 to issue of NCO's damages |
| **Plaintiff: No objection.** | | | |
| 000420 | Compliance Procedure Memorandum | No Date | 401 |
| **Plaintiff: Objection – relevancy.** | | | |
| 000616-… | Pages 1 and 7 and 19 from NCO Employee Handbook | No Date | 401 |
| **Plaintiff: No objection.** | | | |
| 000631-000717 | NCO Management Employment Practices Training Manual | 12/01 | 401 |
| **Plaintiff: No objection.** | | | |

| NO. | NAME OF DOCUMENT | DATE | F.R.E. |
|---|---|---|---|
| NCO's bate nos: 000002-000003 | E-mail From P. Weaver to Commercial Ops. Mgrs. regarding NSF's | 03/05/03 | 401 |
| **Plaintiff: No objection.** | | | |
| 000004 | Memorandum from B. Laiche to K. Obenshain regarding EOM Check Verification Process | 07/15/03 | 401 |
| **Plaintiff: No objection.** | | | |
| 000006 | E-mail from K. Obenshain to B. Laiche regarding EOM Check Verification Process | 08/20/03 | 401 |
| **Plaintiff: No objection.** | | | |
| 000016-000017 | E-mail from S. McHugh to J. Birdsong regarding NSF's | 01/21/04 (e-mail chain beginning 2003) | 401 |
| **Plaintiff: No objection.** | | | |
| 000023-000024 | E-mail from Belly Dance/Valerie Hue to S. Leckerman regarding Valerie Hue | 01/22/04 | 401 / 801(d) |
| **Plaintiff: No objection except "Belly Dance" reference shall be redacted pursuant to motion in limine.** | | | |

3

| | | | |
|---|---|---|---|
| 000034-000037 | Settlement Agreement and Release of Reliability between NCO and Mathew Lane | 09/22/04 | 401 to NCO's damages |
| **Plaintiff: No objection.** | | | |
| 000054-000057 | Termination of Employment documents for Mathew Lane | No Date | 401 to NCO's damages |
| **Plaintiff: No objection.** | | | |
| 000177 | Promotion/raise signed by K. Obenshain. | 2003 | 401 |
| **Plaintiff: No objection.** | | | |
| 000189-000192 | Term Documents RE Bill Savage & statements re comments of B. Savage. | Oct 2001 | 401 |
| **Plaintiff: No objection.** | | | |
| 000195 | Charge of Discrimination | 02/3/04 | 401 / 801(d) |
| **Plaintiff: No objection.** | | | |
| 000219-000221 | 2003 Collector Ranking | No Date | 401 to NCO's damages |
| **Plaintiff: Objection - relevancy.** | | | |
| 000278 | Valerie Hue's promotion to GCM signed by K. Obenshain | 4/23/02 | 401 |
| **Plaintiff: No objection.** | | | |
| 000321 | Valerie Hue's Disciplinary Write-up as gcm | 2002 | 401 |
| **Plaintiff: Objection – relevancy; unduly prejudicial. See motion in limine.** | | | |
| 000463-466 | DOL Unemployment Compensation Benefits Hearing Findings re Mathew Lane | 3/2004 | 401 to NCO's damages |
| **Plaintiff: Objection – hearsay; relevancy; prejudicial; misleading and confusing (Rule 403).** | | | |
| 000467 - 468 | Hue's memo to Leckerman in Jan 04 re suspension and termination | 1/2004 | 401 / 801(d) |
| **Plaintiff: No objection.** | | | |
| 000469 | Memo for Record by K. Obenshain re Dover Investigation | 1/22/04 | 401 |
| **Plaintiff: No objection.** | | | |

4

| | | | |
|---|---|---|---|
| 000470 - 71 | Hue's e-mail in Jan 04 re suspension and termination | 1/04 | 401 / 801(d) |
| **Plaintiff: No objection except references to "Belly Dance" shall be redacted.** | | | |
| 000472 | Statement of B. Laiche | | 401 / 613(a) |
| **Plaintiff: Objection – hearsay; relevancy; misleading and confusing (Rule 403).** | | | |
| 000473 – 74 | Statement of D. McQuisten re wrongful instructions by Hue | 1/21/04 | 401 / 613(a) |
| **Plaintiff: No objection.** | | | |
| 000475-76 | Statement of M. Lefevre re wrongful instructions by Hue | 1/21/04 | 401 / 613(a) |
| **Plaintiff: Objection - hearsay.** | | | |
| 000477 – 78 | Statement of B. Reavis re wrongful instructions by Hue | 1/21/04 | 401 / 613(a) |
| **Plaintiff: Objection - hearsay.** | | | |
| 000479 | Term doc of M. Lane signed 1/21/04 by V. Hue | 1/21/04 | 401 to NCO's damages |
| **Plaintiff: No objection.** | | | |
| 000483 | Signed acknowledgement of M. Lane that he read Direct Check/Phone Pay Procedure | 6/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000495 | Statement of Jim Sprader | 06/24/04 | 401 / 613(a) |
| **Plaintiff: Objection - hearsay; relevancy; misleading and confusing (Rule 403).** | | | |
| 000497 | Statement of Kimberly Marlow | 01/22/04 | 401 / 613(a) |
| **Plaintiff: No objection.** | | | |
| 000499 | Statement of Eric Shaw | 01/22/04 | 401 / 613(a) |
| **Plaintiff: No objection.** | | | |
| 000506 | Statement of Brian Laiche | 06/28/04, 01/22/04, 07/15/03 | 401 / 613(a) |
| **Plaintiff: Objection - hearsay; relevancy; misleading and confusing (Rule 403).** | | | |
| 000510 | Statement of Darrin Deesch | 06/22/04 | 401 / 613(a) |
| **Plaintiff: Objection - hearsay; relevancy; misleading and confusing (Rule 403).** | | | |
| 000512 | Statement of Lenny Ciccarone | 06/22/04 | 401 / 613(a) |
| **Plaintiff: Objection - hearsay; relevancy; misleading and confusing (Rule 403).** | | | |

| | | | |
|---|---|---|---|
| 000514 | Statement of Manny Cardozo | 06/24/04 | 401 / 613(a) |
| **Plaintiff: Objection - hearsay; relevancy; misleading and confusing (Rule 403).** | | | |
| 000516 | Statement of Joe Batie | 06/22/04 | 401 / 613(a) |
| **Plaintiff: Objection - hearsay; relevancy; misleading and confusing (Rule 403).** | | | |
| 000518 | Statement of Mike Scher | 06/24/04 | 401 / 613(a) |
| **Plaintiff: No objection.** | | | |
| 000520 | Statement of Joe Thomas | 06/24/04 | 401 / 613(a) |
| **Plaintiff: Objection - hearsay; relevancy; misleading and confusing (Rule 403).** | | | |
| 000522 | Statement of Kathy Obenshain | 06/24/04 | 401 / 613(a) |
| **Plaintiff: No objection.** | | | |
| 000551 | K. Obenshain's 2002 memorandum re direct check process | 8/2002 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000609 | E-mail from Chris Santasiero to Vera Migliarese regarding the redeposit of NSF check | 11/21/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000611 | E-mail from Mike Regenold to Vera Migliarese regarding check redeposit | 11/21/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000612 | E-mail from Steve Hallam to Vera Migliarese regarding redeposit of check | 11/22/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000615 | E-mail from Leigh Nickerson to Vera Migliarese | 11/24/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000629 | E-mail from Bruce Richardson to Vera Migliarese regarding check redeposit | 11/25/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000667 | E-mail form Jessie Montoro to Vera Migliarese regarding redeposit of check | 12/10/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000676 | E-mail from Leigh Nickerson to Vera Migliarese regarding redeposit of check | 12/11/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |

| | | | |
|---|---|---|---|
| 000803 | E-mail from Leigh Nickerson to Vera Migliarese regarding redeposit of check | 12/31/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000804 | E-mail from Leigh Nickerson to Vera Migliarese regarding redeposit of check (Dover Redips) | 12/31/2003 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 000852 | E-mail from Leigh Nickerson to Vera Migliarese regarding redeposit of check | 01/09/2004 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 001336 | Memo to Collectors from Phil Weaver | 06/05/2001 | 401 |
| **Plaintiff: No objection.** | | | |
| 001338-001339 | M&M policy memorandum requiring verification for all post-date checks | 8/22/94 | 401 |
| **Plaintiff: Objection – hearsay; relevancy.** | | | |
| 1353 | V. Hue's resignation letter to B. Savage | 1998 | 401 |
| **Plaintiff: Objection – relevancy; confusion of issues (Rule 403).** | | | |
| 1463 | 1/26/95 memo from B. Savage to V. Hue re complaint re B. Cox | 1/26/95 | 401 |
| **Plaintiff: Objection – hearsay; relevancy; confusion of issues (Rule 403).** | | | |
| 1537 | 1994 Memo from B. Savage to V. Hue | 1994 | 401 |
| **Plaintiff: Objection – hearsay; relevancy; confusion of issues (Rule 403).** | | | |
| 1583 – 84 | V. Hue's resume | | 401 |
| **Plaintiff: Objection – relevancy.** | | | |
| 001618-001619 | Term docs signed by K. Obenshain (1/04) | 1/29/04 | 401 |
| **Plaintiff: No objection.** | | | |
| 001637 | 2003 signed acknowledgement by V. Hue that she read and would comply with the Direct Check/Phone Pay Procedure | 2003 | 401 / 801(d) |
| **Plaintiff: No objection.** | | | |
| 001652 | Signed "Accounting Compliance" by V. Hue stating that she understands the "zero tolerance" policy on realization of revenue before recovery is completed and verified. | 1/2002 | 401 / 801(d) |
| **Plaintiff: No objection.** | | | |

| | | | |
|---|---|---|---|
| 001671 – 1672, 1684 | V. Hue signed Employee Handbook Acknowledgement (NCO) | 12/99 & 4/01 | 401 / 801(d) |
| **Plaintiff: No objection.** | | | |
| 001738 | E-mail from Valerie Hue to Johnny Cortez RE: Blind Fee Contest | 01/06/2004 | 401 |
| **Plaintiff: No objection.** | | | |
| 001739 | Chart: Blind Fee Postdate Contest | 12/31/2003 | 401 |
| **Plaintiff: No objection.** | | | |
| | Complete Copy of 1/04 NSF Report | | 401 |
| **Plaintiff: Objection – Defendant has not adequately identified the exhibit.** | | | |
| | All Exhibits Identified and/or Introduced by Plaintiff at Trial | | |
| **Plaintiff: No objection to exhibits introduced by plaintiff. Plaintiff objects to exhibits "identified" by plaintiff because defendant has not made clear what is meant by "identified."** | | | |
| | Deposition transcripts of D. McQuisten, K. Obenshain, P. Weaver, R. Boudreau | | |
| **Plaintiff: No objection.** | | | |
| | Demonstrative exhibit regarding damages caused by loss of employee, Matthew Lane | | |
| **Plaintiff: Objection – Defendant has not adequately described the exhibit.** | | | |
| | Demonstrative exhibit regarding re-dip of NSF check(s) | | |
| **Plaintiff: Objection – Defendant has not adequately described the exhibit.** | | | |

H:\DI\NCO HR FILES\Hue, Valerie (7007-18693)\Pleadings\NCO's Potential Exhibit List.doc