LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE
PROFESSIONAL ASSOCIATION

116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

July 20, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

    RE:    Valerie Hue v. NCO Financial Systems, Inc.
             Case No.: 05-225 KAJ

Dear Judge Jordan:

    Our firm represents the plaintiff, Valerie Hue. Enclosed for filing is a supplement to the proposed pretrial order, in the form of plaintiff's objections to certain exhibits which appear at Exhibit B of the proposed pretrial order. The objections were not filed earlier because plaintiff did not receive defendant's list of exhibits until the date of the pretrial order which was July 17, 2006.

                                                  Respectfully submitted,

                                                  JEREMY W. HOMER
                                                  Bar ID #413
                                                  Attorney for Plaintiff

JWHsar
e:mail: JHomer@pgslegal.com

| cc: | | |
|---|---|---|
| | Dr. Peter T. Delleo, Clerk | (Via Electronic Filing) |
| | David Israel, Esquire | (Via First Class Mail and E-Mail) |
| | Elizabeth K. Blanco, Esquire | (Via First Class Mail and E-Mail) |
| | Alyssa M. Schwartz, Esquire | (Via Electronic Filing and E-Mail) |
| | Jennifer C. Jauffret, Esquire | (Via Electronic Filing and E-Mail) |
| | Valerie Hue | (Via First Class Mail) |