IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | **CERTIFICATE OF MAILING** |
| FINANCIAL COMMERCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

    I hereby certify that on August  11 , 2006, I electronically filed the foregoing August 11, 2006 letter to The Honorable Kent A. Jordan with the Clerk of Court using CM/ECF, which will send notification of such filing to the following and which has also been served via e-mail:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

    I hereby certify that on the August  11 , 2006, I have served via e-mail and mailed by United States Postal Service, the August 11, 2006 letter to the following participants:

| | |
|---|---|
| Elizabeth Fite Blanco, Esquire | David Israel, Esquire |
| Sessions, Fishman & Nathan L.L.P. | Sessions, Fishman & Nathan L.L.P. |
| 9009 Corporate Lake Drive, Suite 300-S | 3850 North Causeway Boulevard |
| Tampa, Florida 33634 | Lakeway Two, Suite 1240 |
| | Metairie, LA 70002-1752 |

                    PARKOWSKI, GUERKE & SWAYZE, P.A.

                      By: _____
                            JEREMY W. HOMER, ESQUIRE
                            Delaware State Bar I.D. No.:  413
                            116 W. Water Street
                            P.O. Box 598
                            Dover, DE  19903
                            (302) 678-3262
                            Attorneys for Plaintiff

H\Hue\Jordan15