IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE HUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-225-KAJ |
| | ) | |
| v. | ) | |
| NCO FINANCIAL SYSTEMS, INC., a | ) | |
| Delaware corporation, trading as NCO | ) | |
| FINANCIAL COMMERCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

The parties to this action, the Plaintiff, Valerie Hue, and the defendant, NCO FINANCIAL SYSTEMS, INC., a Delaware corporation, trading as NCO FINANCIAL COMMERCIAL SERVICES, by and through the undersigned counsel, do hereby stipulate to the dismissal of this action with prejudice.

PARKOWSKI, GUERKE & SWAYZE, P.A.

Date: 10-18-06    By: _____
Jeremy W. Homer, Esquire (DE Bar ID#413)
116 W. Water Street
P.O. Box 598
Dover, DE 19903
Telephone No.: (302) 678-3262
Facsimile No.: (302) 678-9415
Attorneys for Plaintiff

RICHARD, LAYTON & FINGER, P.A.

Date: 10/16/06    By: _____
Jennifer C. Jauffret, Esquire (DE Bar ID 3689)
Alyssa M. Schwartz, Esquire (DE Bar ID#4351)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone No.: (302) 651-7700
Facsimile No.: (302) 651-7701
Attorneys for Defendant

1

The parties having stipulated to the dismissal of the action,

IT IS HEREBY ORDERED the case is dismissed with prejudice.

Date:_____

_____
Judge

h:\huc\Stipulation to Dismiss